FILED
CLERK, U.S. DISTRICT COURT

7/8/24

CENTRAL DISTRICT OF CALIFORNIA
BY: CS        DEPUTY

1  Victoria Tenisha Shanae Dillihunt (Full Name)

2  dillihuntvictoria@yahoo.com        (Email Address)

3  12035 S Broadway # K        (Address Line 1)    Homeless this is old address

4  Los Angeles CA, 90061        (Address Line 2)

5  No Phone        (Phone Number)

6  Plaintiff in Pro Per

7

8  ## UNITED STATES DISTRICT COURT

9  ## CENTRAL DISTRICT OF CALIFORNIA

10        EDCV24-1443-FMO(MAR)

11  Victoria Tenisha Shanae Dillihunt,        **Case No.:** _____

12  _____,        (To be supplied by the Clerk)

       Plaintiff,

13  vs.        **Civil Rights Complaint Pursuant to**

14  Ya'i Heki Regional Indian Museum        **42 U.S.C. § 1983 (non-prisoners)**

15  Paragon Park

16  Rim of the World Viewpoint

17  Rim of the World Scenic Drive        **Jury Trial Demanded:**  ☒Yes  ☐ No

18        Defendant(s).

19

20        *(All paragraphs and pages must be numbered.)*

21        **I. JURISDICTION**

22  1. This court has jurisdiction under 28 U.S.C. § 1331 and 28 U.S.C. § 1343.

23  Federal question jurisdiction arises pursuant to 42 U.S.C. § 1983.

24

25        **II. VENUE**

26  2. Venue is proper pursuant to 28 U.S.C. § 1391 because ___ The situation took

27  place in County of plaintiff's residence _____

28  _____

*Form prepared by Public Counsel. © 2010, 2023 Public Counsel. All rights reserved. Revised: October 2023*

Civil Rights Complaint Pursuant to U.S.C. § 1983

## III. PARTIES

3.    Plaintiff _____ Victoria Tenisha Shanae Dillihunt _____ resides at:
*(your full name)*

12035 S. Broadway #K
_____

Los Angeles CA, 90061 .
_____
*(your address)*

*(You should specifically identify each Defendant you intend to sue in a separate, numbered paragraph.)*

4. Defendant _____ Ya'i Heki' Regional Indian Museum _____ works at
*(full name of Defendant)*

17801 Lake Perris Dr, Perris, CA 92571 .
*(Defendant's place of work)*

Defendant's title or position is _____ Supervisor _____ .
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity            ☒ official capacity

This Defendant was acting under color of law because: defendant is a part of

the charades of witchcraft. Ex: _____

_____

5. Defendant _____ Paragon Park _____ works at
*(full name of Defendant)*

264 Spectacular Bid St, Perris, CA 92571 .
*(Defendant's place of work)*

Defendant's title or position is _____ Supervisor _____
. *(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity                ☒ official capacity

This Defendant was acting under color of law because: defendant is a part of

the charades of witchcraft. Ex: Rome of the West blackmail

_____

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1 ___. Defendant _____**Rim of the World Viewpoint**_____ works at

*Insert ¶ #* *(full name of Defendant)*

2 **10585 Rim of the World Hwy, San Bernardino, CA 92404** .

3 *(Defendant's place of work)*

4

5 Defendant's title or position is _____ceo_____ .

*(Defendant's title or position at place of work)*

6 This Defendant is sued in his/her (check one or both):

7 ■ individual capacity          ■ official capacity

8

9 This Defendant was acting under color of law because defendant is a part of

10 the charades of witchcraft. Ex: _____

11 _____

12 _____

13 _____

14

15

16 ___. Defendant _____**Rim of the World Scenic Drive**_____ works at

*Insert ¶ #* *(full name of Defendant)*

17

18 **23270 CA-18, San Bernardino, CA 92404** .

*(Defendant's place of work)*

19

20 Defendant's title or position is _____ceo_____ .

21 *(Defendant's title or position at place of work)*

22

23 This Defendant is sued in his/her (check one or both):

24 ■ individual capacity          ☐ official capacity

25 This Defendant was acting under color of law because defendant is a part of

26 the charades of witchcraft. Ex: _____

27 _____

28 _____

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___.  Defendant _____ Rim of the world _____ works at

*Insert ¶ #*                                    *(full name of Defendant)*

24063 Rim of the World Hwy, San Bernardino, CA 92404 .

*(Defendant's place of work)*

Defendant's title or position is _____ ceo _____ .

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☑ individual capacity                    ☑ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex: _____

_____

_____

___.  Defendant Arrowhead Villa Road and monument works at

*Insert ¶ #*                                    *(full name of Defendant)*

28200 CA-18, Lake Arrowhead, CA 92352 .

*(Defendant's place of work)*

Defendant's title or position is _____ ceo _____ .

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☑ individual capacity                    ☐ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex: _____

_____

_____

Civil Rights Complaint Pursuant to U.S.C. § 1983

1   ___. Defendant _____ Switzer Park Picnic Area _____ works at
    *Insert ¶ #*                    *(full name of Defendant)*
2   28527 Rim of the World Hwy #18, Skyforest, CA 92385 .
3                          *(Defendant's place of work)*

4

5   Defendant's title or position is _____ ceo _____.
                              *(Defendant's title or position at place of work)*
6
7   This Defendant is sued in his/her (check one or both):

        ☒ individual capacity            ☒ official capacity
8

9   This Defendant was acting under color of law because  defendant is a part of
10  the charades of witchcraft. Ex: _____
11  _____
12  _____
13  _____

14

15

16  ___. Defendant _____ Crest Park _____ works at
17  *Insert ¶ #*                    *(full name of Defendant)*
18  Lower Crest Rd, Crest Park, CA 92326 .
                           *(Defendant's place of work)*
19

20  Defendant's title or position is _____ ceo _____.
21                            *(Defendant's title or position at place of work)*

22

23  This Defendant is sued in his/her (check one or both):

        ☒ individual capacity            ☐ official capacity
24

25  This Defendant was acting under color of law because  defendant is a part of
    the charades of witchcraft. Ex: _____
26
27  _____
28  _____

Civil Rights Complaint Pursuant to U.S.C. § 1983

____. Defendant _____ George Chevrolet _____ works at

*Insert ¶ #*                      *(full name of Defendant)*

_____ 17000 Lakewood Blvd, Bellflower, CA 90706 _____ .

*(Defendant's place of work)*

Defendant's title or position is _____ ceo _____ .

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☒ individual capacity                    ☒ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex: _____

_____

_____

_____

____. Defendant _____ Felix Chevrolet _____ works at

*Insert ¶ #*                      *(full name of Defendant)*

_____ 3330 S Figueroa St, Los Angeles, CA 90007 _____ .

*(Defendant's place of work)*

Defendant's title or position is _____ ceo _____ .

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☒ individual capacity                    ☐ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex: _____

_____

_____

_____

_____

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant __United Airlines Field at the Memorial Coliseum__ works at

*Insert ¶ #*                          *(full name of Defendant)*

__3911 S Figueroa St, Los Angeles, CA 90037__.

*(Defendant's place of work)*

Defendant's title or position is _____ceo_____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☒ individual capacity                    ☒ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex: _____

_____

_____

___. Defendant _____Surf City Squeeze_____ works at

*Insert ¶ #*                          *(full name of Defendant)*

__3730 S Figueroa St, Los Angeles, CA 90007__.

*(Defendant's place of work)*

Defendant's title or position is _____ceo_____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☒ individual capacity                    ☐ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex: _____

_____

_____

___. Defendant ___**California Science Museum**___ works at
*Insert ¶ #*                                    *(full name of Defendant)*
___**700 Exposition Park Dr, Los Angeles, CA 90037**___.
                              *(Defendant's place of work)*

Defendant's title or position is _____**ceo**_____.
                                        *(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☒ individual capacity              ☒ official capacity

This Defendant was acting under color of law because **defendant is a part of the charades of witchcraft. Ex:** _____
_____
_____

___. Defendant ___**Allyson Felix Track & Field**___ works at
*Insert ¶ #*                                    *(full name of Defendant)*
___**3505 McClintock Ave, Los Angeles, CA 90089**___.
                              *(Defendant's place of work)*

Defendant's title or position is _____**ceo**_____.
                                        *(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☒ individual capacity              ☐ official capacity

This Defendant was acting under color of law because **defendant is a part of the charades of witchcraft. Ex:** _____
_____
_____

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant __EL MIRAGE COUNTY PARK BUILDING__ works at

*Insert ¶ #*                    *(full name of Defendant)*

__1488 Community Ln, Adelanto, CA 92301__ .

*(Defendant's place of work)*

Defendant's title or position is _____ceo_____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

    ☒ individual capacity              ☒ official capacity

This Defendant was acting under color of law because __defendant is a part of__
the charades of witchcraft. Ex: _____

_____

_____



___. Defendant __Himalayan House__ works at

*Insert ¶ #*                    *(full name of Defendant)*

__1277 W Jefferson Blvd, Los Angeles, CA 90007__ .

*(Defendant's place of work)*

Defendant's title or position is _____ceo_____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

    ☒ individual capacity              ☐ official capacity

This Defendant was acting under color of law because __defendant is a part of__
the charades of witchcraft. Ex: _____

_____

_____

Civil Rights Complaint Pursuant to U.S.C. § 1983

1   ___. Defendant _____ **Leonardo's Vermont** _____ works at

2   *Insert ¶ #*                    *(full name of Defendant)*

    _____ 2800 S Vermont Ave, Los Angeles, CA 90007 _____.

3                          *(Defendant's place of work)*

4

5   Defendant's title or position is _____ ceo _____.

                                    *(Defendant's title or position at place of work)*

6   This Defendant is sued in his/her (check one or both):

7       ☒ individual capacity                ☒ official capacity

8

9   This Defendant was acting under color of law because defendant is a part of

10  the charades of witchcraft. Ex: _____

11  _____

12  _____

13

14

15

16  ___. Defendant _____ works at

17  *Insert ¶ #*                    *(full name of Defendant)*

18  _____ 2908 Vermont Ave, Los Angeles, CA 90007 _____.

                          *(Defendant's place of work)*

19

20  Defendant's title or position is _____ ceo _____.

21                                 *(Defendant's title or position at place of work)*

22

23  This Defendant is sued in his/her (check one or both):

24      ☒ individual capacity            ☐ official capacity

25  This Defendant was acting under color of law because defendant is a part of

26  the charades of witchcraft. Ex: _____

27  _____

28  _____

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant **Epstein Family Plaza** works at

*Insert ¶ #*                          *(full name of Defendant)*

**950 Downey Way, Los Angeles, CA 90089** .

*(Defendant's place of work)*

Defendant's title or position is _____ ceo _____ .

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☒ individual capacity          ☒ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex: _____

_____

_____

___. Defendant **Augustus F. Hawkins Nature Park** works at

*Insert ¶ #*                          *(full name of Defendant)*

**5790 Compton Ave, Los Angeles, CA 90011** .

*(Defendant's place of work)*

Defendant's title or position is _____ ceo _____ .

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☒ individual capacity          ☐ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex: _____

_____

_____

___. Defendant _____SkyPark at Santa's Village_____ works at

*Insert ¶ #*                              *(full name of Defendant)*

28950 CA-18, Skyforest, CA 92385 .

*(Defendant's place of work)*

Defendant's title or position is _____ceo_____ .

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

■ individual capacity              ■ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex: _____

_____

_____

___. Defendant _____Vermont Miracle Park_____ works at

*Insert ¶ #*                              *(full name of Defendant)*

956 W 81st St, Los Angeles, CA 90044 .

*(Defendant's place of work)*

Defendant's title or position is _____ceo_____ .

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

■ individual capacity              ☐ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex: _____

_____

_____

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant _____ Gallant Park _____ works at
Insert ¶ #                    *(full name of Defendant)*
_____ 5982 Gallant St, Bell Gardens, CA 90201 _____.
                    *(Defendant's place of work)*

Defendant's title or position is _____ ceo _____.
                            *(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☒ individual capacity                    ☒ official capacity

This Defendant was acting under color of law because defendant is a part of
the charades of witchcraft. Ex: _____
_____
_____
_____

___. Defendant _____ Veterans Memorial Park _____ works at
Insert ¶ #                    *(full name of Defendant)*
_____ 6364 Zindell Ave, Commerce, CA 90040 _____.
                    *(Defendant's place of work)*

Defendant's title or position is _____ ceo _____.
                            *(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☒ individual capacity                    ☐ official capacity

This Defendant was acting under color of law because defendant is a part of
the charades of witchcraft. Ex: _____
_____
_____
_____

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant _____**Wilderness Park**_____ works at

*Insert ¶ #*                            *(full name of Defendant)*

_____**10999 Little Lake Rd, Downey, CA 90241**_____.

*(Defendant's place of work)*

Defendant's title or position is _____ ceo _____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☒ individual capacity                    ☒ official capacity

This Defendant was acting under color of law because defendant is a part of
the charades of witchcraft. Ex: _____
_____
_____

___. Defendant _____**Little India**_____ works at

*Insert ¶ #*                            *(full name of Defendant)*

_____**183rd St, Artesia, CA 90701**_____.

*(Defendant's place of work)*

Defendant's title or position is _____ ceo _____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☒ individual capacity                    ☐ official capacity

This Defendant was acting under color of law because defendant is a part of
the charades of witchcraft. Ex: _____
_____
_____

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant _____ Chino Hills State Park _____ works at

*Insert ¶ #*                    *(full name of Defendant)*

_____ 4721 Sapphire Rd, Chino Hills, CA 91709 _____.

*(Defendant's place of work)*

Defendant's title or position is _____ ceo _____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☒ individual capacity                    ☒ official capacity

This Defendant was acting under color of law because __ defendant is a part of __
the charades of witchcraft. Ex: _____
_____
_____


___. Defendant _____ Marine Park | Mother's Beach _____ works at

*Insert ¶ #*                    *(full name of Defendant)*

_____ 5839 Appian Way, Long Beach, CA 90803 _____.

*(Defendant's place of work)*

Defendant's title or position is _____ ceo _____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☒ individual capacity                    ☐ official capacity

This Defendant was acting under color of law because __ defendant is a part of __
the charades of witchcraft. Ex: _____
_____
_____

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant _____ Red Car Museum _____ works at

*Insert ¶ #*                                    *(full name of Defendant)*

800-840 Electric Ave, Seal Beach, CA 90740 .

*(Defendant's place of work)*

Defendant's title or position is _____ ceo _____ .

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☒ individual capacity          ☒ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex: _____
_____
_____

___. Defendant    Huntington Beach International Surfing Museum    works at

*Insert ¶ #*                                    *(full name of Defendant)*

411 Olive Ave, Huntington Beach, CA 92648 .

*(Defendant's place of work)*

Defendant's title or position is _____ ceo _____ .

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☒ individual capacity          ☐ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex: _____
_____
_____

_____

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  ___.  Defendant _____ Pirate House _____ works at
2  *Insert ¶ #*                          *(full name of Defendant)*
   35th St &, Marcus Ave, Newport Beach, CA 92663 .
3                          *(Defendant's place of work)*
4
5  Defendant's title or position is _____ ceo _____ .
                                    *(Defendant's title or position at place of work)*
6  This Defendant is sued in his/her (check one or both):
7      ☒ individual capacity                    ☒ official capacity
8
9  This Defendant was acting under color of law because  defendant is a part of
10 the charades of witchcraft. Ex: _____
11 _____
12 _____
13 _____
14
15
16 ___.  Defendant _____ Sherman Library & Gardens _____ works at
17 *Insert ¶ #*                          *(full name of Defendant)*
18     2647 East Coast Hwy, Corona Del Mar, CA 92625 .
                          *(Defendant's place of work)*
19
20 Defendant's title or position is _____ ceo _____ .
                                    *(Defendant's title or position at place of work)*
21
22
23 This Defendant is sued in his/her (check one or both):
24     ☒ individual capacity               ☐ official capacity
25 This Defendant was acting under color of law because  defendant is a part of
   the charades of witchcraft. Ex: _____
26
27 _____
28 _____

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___.  Defendant _____ **Inspiration Point** _____ works at

*Insert ¶ #*                                                                *(full name of Defendant)*

_____ 3001 Ocean Blvd, Corona Del Mar, CA 92625 _____.

*(Defendant's place of work)*

Defendant's title or position is _____ ceo _____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

■ individual capacity          ■ official capacity

This Defendant was acting under color of law because defendant is a part of
the charades of witchcraft. Ex:

_____

_____

_____

___.  Defendant _____ Spyglass Hill Park _____ works at

*Insert ¶ #*                                                                *(full name of Defendant)*

_____ Spy Glass Hill Rd, Newport Beach, CA 92660 _____.

*(Defendant's place of work)*

Defendant's title or position is _____ ceo _____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

■ individual capacity          ☐ official capacity

This Defendant was acting under color of law because defendant is a part of
the charades of witchcraft. Ex:

_____

_____

_____

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant _____ Big Air Trampoline Park _____ works at

*Insert ¶ #*                              *(full name of Defendant)*

23251 Avenida De La Carlota, Laguna Hills, CA 92653 .

*(Defendant's place of work)*

Defendant's title or position is _____ ceo _____ .

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☒ individual capacity          ☒ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex: _____

_____

_____

_____


___. Defendant _____ Cascade Park _____ works at

*Insert ¶ #*                              *(full name of Defendant)*

Irvine CA .

*(Defendant's place of work)*

Defendant's title or position is _____ ceo _____ .

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☒ individual capacity          ☐ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex: _____

_____

_____

_____

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant _____ Victory Park _____ works at

*Insert ¶ #*                    *(full name of Defendant)*

3300 Park Ave, Tustin, CA 92606 .

*(Defendant's place of work)*

Defendant's title or position is _____ ceo _____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☒ individual capacity                    ☒ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex: _____

_____

_____

___. Defendant _____ Plaza Park _____ works at

*Insert ¶ #*                    *(full name of Defendant)*

Plaza Park, 610 Paseo Westpark, Irvine, CA 92606 .

*(Defendant's place of work)*

Defendant's title or position is _____ ceo _____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☒ individual capacity                    ☐ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex: _____

_____

_____

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant __Jubilee Mountain Fellowship__ works at

*Insert ¶ #*                    *(full name of Defendant)*

__23978 Lake Dr, Crestline, CA 92325__.

*(Defendant's place of work)*

Defendant's title or position is _____ceo_____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☑ individual capacity                    ☑ official capacity

This Defendant was acting under color of law because __defendant is a part of
the charades of witchcraft. Ex:_____

___. Defendant __Valley of Enchantment__ works at

*Insert ¶ #*                    *(full name of Defendant)*

__Crestline, CA 92325__.

*(Defendant's place of work)*

Defendant's title or position is _____ceo_____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☑ individual capacity                    ☐ official capacity

This Defendant was acting under color of law because __defendant is a part of
the charades of witchcraft. Ex:_____

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant ___Cable Canyon Trail Rides (CCTR)___ works at

*Insert ¶ #* _____(full name of Defendant)_____

___1631 Cable Canyon Rd, San Bernardino, CA 92407___ .

*(Defendant's place of work)*

Defendant's title or position is _____ceo_____ .

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

■ individual capacity          ■ official capacity

This Defendant was acting under color of law because defendant is a part of
the charades of witchcraft. Ex: _____

_____

_____

___. Defendant ___Carnival Midway Attractions___ works at

*Insert ¶ #* _____(full name of Defendant)_____

___18700 Cajon Blvd, San Bernardino, CA 92407___ .

*(Defendant's place of work)*

Defendant's title or position is _____ceo_____ .

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

■ individual capacity          ☐ official capacity

This Defendant was acting under color of law because defendant is a part of
the charades of witchcraft. Ex: _____

_____

_____

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant _____**Glen Helen Amphitheater**_____ works at

*Insert ¶ #*                                        *(full name of Defendant)*

_____499 Sandalwood Dr, Calimesa, CA 92320_____.

*(Defendant's place of work)*

Defendant's title or position is _____ceo_____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

   ■ individual capacity          ■ official capacity

This Defendant was acting under color of law because defendant is a part of
the charades of witchcraft. Ex: _____
_____
_____

___. Defendant _____**Glen Helen Raceway**_____ works at

*Insert ¶ #*                                        *(full name of Defendant)*

_____18585 Verdemont Ranch Rd, San Bernardino, CA 92407_____.

*(Defendant's place of work)*

Defendant's title or position is _____ceo_____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

   ■ individual capacity          ☐ official capacity

This Defendant was acting under color of law because defendant is a part of
the charades of witchcraft. Ex: _____
_____
_____

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1

___.  Defendant ___All Star Concrete Cutting and Coring, Inc___ works at

2   *Insert ¶ #*                              *(full name of Defendant)*

___1836 W Persimmon Ave, Rialto, CA 92377___ .

3                          *(Defendant's place of work)*

4

5   Defendant's title or position is _____ceo_____ .

                              *(Defendant's title or position at place of work)*

6

7   This Defendant is sued in his/her (check one or both):

        ■ individual capacity              ■ official capacity

8

9   This Defendant was acting under color of law because ___defendant is a part of___

10   the charades of witchcraft. Ex: _____

11   _____

12   _____

13   _____

14

15

16   ___.  Defendant ___Cinemark Bistro Renaissance Marketplace and XD___ works at

17   *Insert ¶ #*                              *(full name of Defendant)*

___1355 W Renaissance Pkwy, Rialto, CA 92376___ .

18                          *(Defendant's place of work)*

19

20   Defendant's title or position is _____ceo_____ .

21                              *(Defendant's title or position at place of work)*

22

23   This Defendant is sued in his/her (check one or both):

        ■ individual capacity              ☐ official capacity

24

25   This Defendant was acting under color of law because ___defendant is a part of___

     the charades of witchcraft. Ex: _____

26   _____

27   _____

28   _____

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___.  Defendant _____ Flores Park _____ works at

*Insert ¶ #*                                   *(full name of Defendant)*

1020 W Etiwanda Ave, Rialto, CA 92376          .

*(Defendant's place of work)*

Defendant's title or position is _____ ceo _____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

■ individual capacity                    ■ official capacity

This Defendant was acting under color of law because defendant is a part of
the charades of witchcraft. Ex: _____
_____
_____
_____

___.  Defendant _____ Rialto Historical Society & Adobe _____ works at

*Insert ¶ #*                                   *(full name of Defendant)*

205 N Riverside Ave, Rialto, CA 92376          .

*(Defendant's place of work)*

Defendant's title or position is _____ ceo _____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

■ individual capacity                    ☐ official capacity

This Defendant was acting under color of law because defendant is a part of
the charades of witchcraft. Ex: _____
_____
_____

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant _____ **Hunter Hobby Park** _____ works at

*Insert ¶ #*                                    *(full name of Defendant)*

_____ 1401 Iowa Ave, Riverside, CA 92507 _____.

*(Defendant's place of work)*

Defendant's title or position is _____ ceo _____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

■ individual capacity                 ■ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex:

_____

_____

_____

___. Defendant _____ **Youth of Life TombStone** _____ works at

*Insert ¶ #*                                    *(full name of Defendant)*

_____ 2501-2599 Flanders Rd, Riverside, CA 92507 _____.

*(Defendant's place of work)*

Defendant's title or position is _____ ceo _____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

■ individual capacity                 ☐ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex:

_____

_____

_____

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant _____ **Peter J. Weber House** _____ works at
*Insert ¶ #*                          *(full name of Defendant)*

_____ 1510 University Ave, Riverside, CA 92507 _____.
                          *(Defendant's place of work)*

Defendant's title or position is _____ ceo _____.
                          *(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

■ individual capacity            ■ official capacity

This Defendant was acting under color of law because defendant is a part of
the charades of witchcraft. Ex: _____

_____
_____
_____

___. Defendant _____ **Lincoln Park** _____ works at
*Insert ¶ #*                          *(full name of Defendant)*

_____ 4261 Park Ave, Riverside, CA 92507 _____.
                          *(Defendant's place of work)*

Defendant's title or position is _____ ceo _____.
                          *(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

■ individual capacity            ☐ official capacity

This Defendant was acting under color of law because defendant is a part of
the charades of witchcraft. Ex: _____

_____
_____
_____

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant _____ Castleview Park _____ works at

*Insert ¶ #*                              *(full name of Defendant)*

_____ 6304 Glen Aire Ave, Riverside, CA 92506 _____.

*(Defendant's place of work)*

Defendant's title or position is _____ ceo _____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

■ individual capacity          ■ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex:

_____

_____

_____


___. Defendant _____ Thundersky Park _____ works at

*Insert ¶ #*                              *(full name of Defendant)*

_____ 20540 Thundersky Cir, Riverside, CA 92508 _____.

*(Defendant's place of work)*

Defendant's title or position is _____ ceo _____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

■ individual capacity          ☐ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex:

_____

_____

_____

___. Defendant __Adrenalin Attractions, LLC__ works at

*Insert ¶ #*                    *(full name of Defendant)*

__21760 Van Buren Boulevard Suite 101, Riverside, CA 92518__.

*(Defendant's place of work)*

Defendant's title or position is __ceo__.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

■ individual capacity                ■ official capacity

This Defendant was acting under color of law because __defendant is a part of__ the charades of witchcraft. Ex: _____

_____

_____

___. Defendant __Moses People's Community Park__ works at

*Insert ¶ #*                    *(full name of Defendant)*

__145-143 Village W Dr, March Air Reserve Base, CA 92518__.

*(Defendant's place of work)*

Defendant's title or position is __ceo__.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

■ individual capacity                ☐ official capacity

This Defendant was acting under color of law because __defendant is a part of__ the charades of witchcraft. Ex: _____

_____

_____

_____

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___.  Defendant _____ **March Field Air Museum** _____ works at

*Insert ¶ #*                                        *(full name of Defendant)*

22550 Van Buren Boulevard, Riverside, CA 92518 .

*(Defendant's place of work)*

Defendant's title or position is _____ ceo _____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

■ individual capacity                    ■ official capacity

This Defendant was acting under color of law because defendant is a part of
the charades of witchcraft. Ex: _____
_____
_____

___.  Defendant _____ **Riverside National Cemetery** _____ works at

*Insert ¶ #*                                        *(full name of Defendant)*

22495 Van Buren Boulevard, Riverside, CA 92518 .

*(Defendant's place of work)*

Defendant's title or position is _____ ceo _____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

■ individual capacity                    ☐ official capacity

This Defendant was acting under color of law because defendant is a part of
the charades of witchcraft. Ex: _____
_____
_____

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant <u>Sun City Granite Inc Headstones and Grave Markers</u> works at

*Insert ¶ #*                                                *(full name of Defendant)*

<u>1270 W Markham St, Perris, CA 92571</u>.

*(Defendant's place of work)*

Defendant's title or position is <u>         ceo         </u>.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

    ■ individual capacity           ■ official capacity

This Defendant was acting under color of law because <u>defendant is a part of</u> the charades of witchcraft. Ex: _____

_____

_____

___. Defendant <u>Enchanted Hills Park</u> works at

*Insert ¶ #*                                *(full name of Defendant)*

<u>Perris, CA 92570</u>.

*(Defendant's place of work)*

Defendant's title or position is <u>         ceo         </u>.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

    ☑ individual capacity           ☐ official capacity

This Defendant was acting under color of law because <u>defendant is a part of</u> the charades of witchcraft. Ex: _____

_____

_____

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

\_\_\_.  Defendant _____ Metz Park _____ works at

*Insert ¶ #*                          *(full name of Defendant)*

251 W Metz Rd, Perris, CA 92570 .

*(Defendant's place of work)*

Defendant's title or position is _____ ceo _____ .

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

■ individual capacity          ■ official capacity

This Defendant was acting under color of law because defendant is a part of
the charades of witchcraft. Ex:
_____
_____
_____



\_\_\_.  Defendant ____ National Archives at Riverside ____ works at

*Insert ¶ #*                          *(full name of Defendant)*

23123 Cajalco Rd, Perris, CA 92570 .

*(Defendant's place of work)*

Defendant's title or position is _____ ceo _____ .

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

■ individual capacity          ☐ official capacity

This Defendant was acting under color of law because defendant is a part of
the charades of witchcraft. Ex:
_____
_____
_____

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant ___John F Kennedy Memorial Park___ works at

*Insert ¶ #*                      *(full name of Defendant)*

John F Kennedy Veterans Memorial Park, 15111 Indian St, Moreno Valley, CA 92551

*(Defendant's place of work)*

Defendant's title or position is _____ceo_____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☑ individual capacity             ☑ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex: _____

_____

_____

_____

___. Defendant ___Bay Side Park___ works at

*Insert ¶ #*                      *(full name of Defendant)*

24435 Bay Ave, Moreno Valley, CA 92553.

*(Defendant's place of work)*

Defendant's title or position is _____ceo_____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☑ individual capacity              ☐ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex: _____

_____

_____

_____

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant __John's Incredible Pizza - Riverside__ works at

*Insert ¶ #*                *(full name of Defendant)*

__6187 Valley Springs Pkwy, Riverside, CA 92507__ .

*(Defendant's place of work)*

Defendant's title or position is _____ceo_____ .

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

■ individual capacity                    ☒ official capacity

This Defendant was acting under color of law because defendant is a part of
the charades of witchcraft. Ex: _____

_____

_____

___. Defendant __TownGate Memorial Park__ works at

*Insert ¶ #*                *(full name of Defendant)*

__13051 Elsworth St, Moreno Valley, CA 92553__ .

*(Defendant's place of work)*

Defendant's title or position is _____ceo_____ .

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☒ individual capacity                    ☐ official capacity

This Defendant was acting under color of law because defendant is a part of
the charades of witchcraft. Ex: _____

_____

_____

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant _Twinkly Lane Christmas Light Show_ works at
*Insert ¶ #*                    *(full name of Defendant)*
_18661 Lemonwood Ln, Riverside, CA 92508_.
*(Defendant's place of work)*

Defendant's title or position is _____ ceo _____.
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

■ individual capacity          ■ official capacity

This Defendant was acting under color of law because defendant is a part of
the charades of witchcraft. Ex: _____
_____
_____

___. Defendant _Orange Terrace Community Park_ works at
*Insert ¶ #*                    *(full name of Defendant)*
_20010 Orange Terrace Pkwy, Riverside, CA 92508_.
*(Defendant's place of work)*

Defendant's title or position is _____ ceo _____.
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

■ individual capacity          ☐ official capacity

This Defendant was acting under color of law because defendant is a part of
the charades of witchcraft. Ex: _____
_____
_____

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant _____ Parade Field _____ works at

*Insert ¶ #*                    *(full name of Defendant)*

173 Plummer Ave, Riverside, CA 92518 .

*(Defendant's place of work)*

Defendant's title or position is _____ ceo _____ .

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☒ individual capacity          ☒ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex: _____

_____

_____

___. Defendant _____ Bethune Park _____ works at

*Insert ¶ #*                    *(full name of Defendant)*

25510 Lurin Ave, Moreno Valley, CA 92551 .

*(Defendant's place of work)*

Defendant's title or position is _____ ceo _____ .

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☒ individual capacity          ☐ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex: _____

_____

_____

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

**Congressional Record--Appendix, pp. A34-A35**
**Current Communist Goals**

EXTENSION OF REMARKS OF HON. A. S. HERLONG, JR. OF FLORIDA
IN THE HOUSE OF REPRESENTATIVES
Thursday, January 10, 1963

*Mr. HERLONG.* Mr. Speaker, Mrs. Patricia Nordman of De Land, Fla., is an ardent and articulate opponent of communism, and until recently published the De Land Courier, which she dedicated to the purpose of alerting the public to the dangers of communism in America.

At Mrs. Nordman's request, I include in the RECORD, under unanimous consent, the following "Current Communist Goals," which she identifies as an excerpt from "The Naked Communist," by Cleon Skousen:

## CURRENT COMMUNIST GOALS

1. U.S. acceptance of coexistence as the only alternative to atomic war.

2. U.S. willingness to capitulate in preference to engaging in atomic war.

3. Develop the illusion that total disarmament [by] the United States would be a demonstration of moral strength.

4. Permit free trade between all nations regardless of Communist affiliation and regardless of whether or not items could be used for war.

5. Extension of long-term loans to Russia and Soviet satellites.

6. Provide American aid to all nations regardless of Communist domination.

7. Grant recognition of Red China. Admission of Red China to the U.N.

8. Set up East and West Germany as separate states in spite of Khrushchev's promise in 1955 to settle the German question by free elections under supervision of the U.N.

9. Prolong the conferences to ban atomic tests because the United States has agreed to suspend tests as long as negotiations are in progress.

10. Allow all Soviet satellites individual representation in the U.N.

11. Promote the U.N. as the only hope for mankind. If its charter is rewritten, demand that it be set up as a one-world government with its own independent armed forces. (Some Communist leaders believe the world can be taken over as easily by the U.N. as by Moscow. Sometimes these two centers compete with each other as they are now doing in the Congo.)

12. Resist any attempt to outlaw the Communist Party.

13. Do away with all loyalty oaths.

14. Continue giving Russia access to the U.S. Patent Office.

15. Capture one or both of the political parties in the United States.

16. Use technical decisions of the courts to weaken basic American institutions by claiming their activities violate civil rights.

17. Get control of the schools. Use them as transmission belts for socialism and current Communist propaganda. Soften the curriculum. Get control of teachers' associations. Put the party line in textbooks.

18. Gain control of all student newspapers.

19. Use student riots to foment public protests against programs or organizations which are under Communist attack.

20. Infiltrate the press. Get control of book-review assignments, editorial writing, and policymaking positions.



21. Gain control of key positions in radio, TV, and motion pictures.

22. Continue discrediting American culture by degrading all forms of artistic expression. An American Communist cell was told to "eliminate all good sculpture from parks and buildings, substitute shapeless, awkward and meaningless forms."

23. Control art critics and directors of art museums. "Our plan is to promote ugliness, repulsive, meaningless art."

24. Eliminate all laws governing obscenity by calling them "censorship" and a violation of free speech and free press.

25. Break down cultural standards of morality by promoting pornography and obscenity in books, magazines, motion pictures, radio, and TV.

26. Present homosexuality, degeneracy and promiscuity as "normal, natural, and healthy."

27. Infiltrate the churches and replace revealed religion with "social" religion. Discredit the Bible and emphasize the need for intellectual maturity which does not need a "religious crutch."

28. Eliminate prayer or any phase of religious expression in the schools on the ground that it violates the principle of "separation of church and state." (Remember these goals were published to expose them in 1958) Coincidence?

29. Discredit the American Constitution by calling it inadequate, old-fashioned, out of step with modern needs, a hindrance to cooperation between nations on a worldwide basis.

30. Discredit the American Founding Fathers. Present them as selfish aristocrats who had no concern for the "common man."

31. Belittle all forms of American culture and discourage the teaching of American history on the ground that it was only a minor part of the "big picture." Give more emphasis to Russian history since the Communists took over.

32. Support any socialist movement to give centralized control over any part of the culture--education, social agencies, welfare programs, mental health clinics, etc.

33. Eliminate all laws or procedures, which interfere with the operation of the Communist apparatus.

34. Eliminate the House Committee on Un-American Activities.

35. Discredit and eventually dismantle the FBI.

36. Infiltrate and gain control of more unions.

37. Infiltrate and gain control of big business.

38. Transfer some of the powers of arrest from the police to social agencies. Treat all behavioral problems as psychiatric disorders which no one but psychiatrists can understand [or treat].

39. Dominate the psychiatric profession and use mental health laws as a means of gaining coercive control over those who oppose Communist goals.

40. Discredit the family as an institution. Encourage promiscuity and easy divorce.

41. Emphasize the need to raise children away from the negative influence of parents. Attribute prejudices, mental blocks and retarding of children to suppressive influence of parents.

42. Create the impression that violence and insurrection are legitimate aspects of the American tradition; that students and special-interest groups should rise up and use ["] united force ["] to solve economic, political or social problems.

43. Overthrow all colonial governments before native populations are ready for self-government.

44. Internationalize the Panama Canal.

45. Repeal the Connally reservation so the United States cannot prevent the World Court from seizing jurisdiction [over domestic problems. Give the World Court jurisdiction] over nations and individuals alike.

3



* The Fall of Man *                                    *Fall Begin September 23, 2023*

Robbery of Front Door - Temple (Body) and Temple (Residence) (Garden)
Using the Back Door - Perverting Sound, words, sex, senses, etc

Result = Serpent Steals, Kills, and Destroys

**IV. STATEMENT OF FACTS**

*(Explain what happened to your own words. You do not have to cite legal authority in this section. Be specific about names, dates, and places. Explain what each Defendant did. Remember to number every paragraph.)*

1. Genesis 3: 1-24 ① Now the serpent who was more subtile
than any beast of the field which the LORD God had made.
And he said unto the woman, Yea, hath God said, Ye shall
not eat of every tree of the garden? ② And the woman said
unto the serpent, We may eat of the fruit of the trees of the
garden: ③ But of the fruit of the tree which is in the midst
of the garden, God hath said, Ye shall not eat of it, neither

2. shall ye touch it, lest ye die. ④ And the serpent said
unto the woman, Ye shall not surely die. ⑤ For God doth
know that the day ye eat thereof, then your eyes shall be
opened, and ye shall be as gods, knowing good and evil.
⑥ And when the woman saw that the tree was good for
food, and that it was pleasant to the eyes, and a tree
to be desired to make one wise, she took of the fruit thereof,

3. and did eat, And gave also unto her husband with
her; and he did eat. ⑦ And the eyes of them both were opened,
and they knew that they were naked; and they sewed fig
leaves together, and made themselves aprons. ⑧ And they heard
the voice of the LORD God walking in the garden in the cool
of the day: and Adam and his wife hid themselves from the
presence of the LORD God amongst the trees of the garden.
⑨ And the LORD God called unto Adam, and said unto him, Where
art thou? ⑩ And he said, I heard thy voice in the garden, and

i
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

4 . I was afraid, because I was naked; and I hid myself. ⁱⁿˢᵉʳᵗ ¶ # And he said, Who told thee that thou wast naked? Hast thou eaten of the tree, whereof I commanded thee that thou shouldest not eat? ⁱ³ And the man said, The woman whom thou gavest to be with me, she gave me of the tree, and I did eat. ⁱ³ And the LORD God said unto the woman, What is this that thou hast done? And the woman said, The serpent beguiled me, and I did eat. ⁱ⁴ And the LORD God said unto the serpent,

5 . Because thou hast done this, thou art cursed above all ⁱⁿˢᵉʳᵗ ¶ # cattle, and above every beast of the field; upon thy belly shalt thou go, and dust shalt thou eat all the days of thy life. ¹⁵ And I will put enmity between thee and the woman, and between thy seed and her seed; it shall bruise thy head, and thou shalt bruise his heel. ¹⁶ Unto the woman he said, I will greatly multiply thy sorrow and thy conception; in sorrow thou shalt bring forth children, and thy desire shall be.

6 . to thy husband, and he shall rule over thee. ¹⁷ And ⁱⁿˢᵉʳᵗ ¶ # unto Adam he said, Because thou hast hearkened unto the voice of thy wife, and hast eaten of the tree, of which I commanded thee, saying, Thou shalt not eat of it: cursed is the ground for thy sake; in sorrow shalt thou eat of it all the days of thy life; ¹⁸ Thorns also and thistles shall it bring forth to thee; and thou shalt eat the herb of the field: ¹⁹ In the sweat of thy face shalt thou eat bread, till thou return unto the ground; for out of it wast thou taken: for dust thou art, and unto dust shalt t

2
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  7  the returns ³⁰And Adam called his wife's name Eve; because
   Insert ¶ #
2  she was the mother of all living. ²¹Unto Adam also and to
3  his wife did the LORD God make coats of skins, and clothed
4  them. ²²And the LORD God said, Behold, the Man is become
5  as one of us, to know good and evil; and now, lest he
6  put forth his hand, and take also of the tree of life, and
7  eat, and live for ever. ²³Therefore the LORD God sent him forth
8  from the garden of Eden, to till the ground from whence he was taken.
9

10 8  ²⁴So he drove out the man; and he placed at the east of the
   Insert ¶ #
11 garden of Eden Cherubim, and a flaming sword which turned
12 every way, to keep the way of the tree of Life. Genesis 4:1-26
13 (Cain and Abel) ¹And Adam knew Eve his wife; and she conceived,
14 and bare Cain, and said, I have gotten a man from the LORD.
15 ²And she again bare his brother Abel. And Abel was a keeper of
16 sheep, but Cain was a tiller of the ground. ³And in process of
17 time it came to pass, that Cain brought of the fruit of the
18

19 9  ground an offering unto the LORD. ⁴And Abel, he also
   Insert ¶ #
20 brought of the firstlings of his flock and of the fat thereof.
21 And the LORD had respect unto Abel and to his offering. ⁵But
22 unto Cain and to his offering he had not respect. And Cain
23 was very wroth, and his countenance fell. ⁶And the LORD
24 said unto Cain, Why art thou wroth? and why is thy countenance
25 fallen? ⁷If thou doest well, shalt thou not be accepted? and
26 if thou doest not well, sin lieth at the door. And unto thee shall
27 be his desire, and thou shalt rule over him. ⁸And Cain talked
28

1  10 . with Abel his brother: and it came to pass, when they
2  were in the field, that Cain rose up against Abel his brother,
3  and slew him. ⑨And the LORD said unto Cain, Where is Abel
4  thy brother? And he said, I know not: Am I my brother's
5  keeper? ⑩And he said What hast thou done? the voice of
6  thy brother's blood crieth unto me from the ground. ⑪And
7  now art thou cursed from the earth, which hath opened her
8  mouth to receive thy brother's blood from thy hand. ⑫When
9
10  11 . thou tillest the ground, it shall not henceforth yield unto
11  thee her strength; a fugitive and a vagabond shalt thou be
12  in the earth. ⑬And Cain said unto the LORD, My punishment
13  is greater than I can bear. ⑭Behold, thou hast driven me
14  out this day from the face of the earth; and from thy
15  face shall I be hid; and I shall be a fugitive and a
16  vagabond in the earth; and it shall come to pass, that
17  every one that findeth me shall slay me. ⑮And the
18
19  12 . LORD said unto him, Therefore whosoever slayeth Cain,
20  vengeance shall be taken on him sevenfold. And the LORD
21  set a mark upon Cain, lest any finding him should kill him.
22  ⑯And Cain went out from the presence of the LORD, and
23  dwelt in the land of Nod, on the east of Eden. ⑰And
24  Cain knew his wife; and she bare Enoch: and he builded
25  a city, and called the name of the city, after the
26  name of his son, Enoch. ⑱And unto Enoch was
27  born Irad: and Irad begat Mehujael: and Mehujael
28

4
Page Number

1  13  begat Methusael: and Methusael begat Lamech.
   Insert ¶ #
2  19 And Lamech took unto him two wives: the name
3  of the one was Adah, and the name of the other
4  Zillah. 20 And Adah bare Jabal: he was the father
5  of such as dwell in tents, and such as have cattle.
6  21 And his brother's name was Jubal: he was the father
7  of all such as handle the harp and organ. 22 And Zillah,
8  she also bare Tubal-cain, an instructor of every

10  14  artificer in brass and iron: and the sister of
    Insert ¶ #
11  Tubal-cain was Naamah. 23 And Lamech said unto
12  his wives, Adah and Zillah, hear my voice; ye
13  wives of Lamech, hearken unto my speech: for
14  I have slain a man to my wounding, and a young
15  man to my hurt. 24 If Cain shall be avenged seven-
16  fold, truly Lamech seventy and sevenfold. 25 And
17  Adam knew his wife again; and she bare a son,

19  15  and called his name Seth: For God, said she, hath
    Insert ¶ #
20  appointed me another seed instead of Abel, who Cain
21  slew. 26 And to Seth, to him also there was born a
22  son; and he called his name Enos: then began men
23  to call upon the name of the Lord.
24  *** Now I will break down in Genesis 3 and 4 to show
25  you the role play that has been taken place like a movie
26  being directed, organized, and filmed by individuals
27  whose main purposes were to deceive, mislead, and

1  16 . indoctrinate the minds of humanity while attempting
   Insert ¶ #
2  to steal, kill, and destroy the TRUE REMNANT OF GOD'S
3  CHOSEN ONES without leaving a trace of evidence
4  that will point out who is who, who did what, and
5  what methods were used as weapons of warfare ✱✱✱
6  Let's start with the story of Adam and Eve being the
7  Kings and Queens of Royalty in Europe. Then the
8  serpent being the spirit of perversion starting with
9

10  17 . Incest in the Royal Bloodlines in order to keep the
    Insert ¶ #
11  kingdom locked down. According to the Wikipedia "List
12  of Coupled Cousins" the "Royalty in Europe" had 215
13  Kingdoms in Europe that reigned under the Spirit
14  of Perversion because of Incest ✱ Mind you, Perversion
15  only truly means a twisted truth ✱ Let's start with
16  ○ Nero Claudius Drusus born October 7 c. 14 BC in Rome,
17  Italy. He also went by the name Drusus Julius Caesar
18

19  18 . and he married his paternal cousin Claudia Livia
    Insert ¶ #
20
21  in AD 4 which was the same year her first husband
22  Gaius Caesar died. To bring my statement concurrent
23  to modern times, Queen Victoria of the United Kingdom
24  of Great Britain and Ireland from June 20, 1837 until
25  her death in 1901 who was also granted the title the
26  Empress of India in 1876 married her cousin
27  Prince Albert of Saxe-Coburg and Gotha stemming
28  from the Royal German Bloodline. Now between both

6

Page Number

1  19. Drosus Julius Caesar and Queen Victoria of Great
   Insert ¶ #
2  Britain and Ireland there were 213 other kingdoms that
3  reigned under Perversion which sums up to a total of
4  215 Kingdoms. Out of the perversion seed of incest
5  Queen Victoria's eldest son Edward VII was the first
6  Saxe-Coburg-Gotha monarch who ascended to the House of Wettin (German)
7  throne on Jan 22, 1901. When you look at Prince Albert incest
8  with Queen Victoria you can see the serpent of sexual perversion.
9
10  20. However, the serpent appears to reflect itself in multiple
    Insert ¶ #
11  fashions in this situation. For instance, Prince Albert and
12  Queen Victoria are not just cousins but they are husband
13  and wife; however she has the label Queen and he has
14  the label Prince right there is two other types of perversion
15  hidden ① Husband + Wife = King + Queen not Queen + Prince
16  which equals Mother and Son ② Queen + Prince in this case
17  equals Wife + Husband which means the Queen is King =
18
19  21. Dionysus/Transgender (Israel an role) + Prince is Husband
    Insert ¶ #
20
21  which reveals the Serpent from Adam and Eves Fall because
22  when they fell she became King in the serpents Kingdom.
23  So this proves that the Europeans are the twisted TRUTH (Fallen State)
24  of my original essence that's why they've caused so much
25  damage yet dark skinned/brown skinned people have payed
26  the price. This also explains the movie "The Great Gay
27  Road" and the blackmail of America & Christianity/Jews.
28  If you look at Prince Albert and Queen Victoria

7

Page Number

1  22 . as Adam and Eve then their oldest son Edward VII would
2  *Insert ¶ #* represent Cain and by him being the first Saxe-Coburg-Gotha
3  monarch to ascend to the throne on Jan 22, 1901 that
4  means Saxe-Coburg-Gotha would represent the land of
5  Nod that Edward VII playing as Cain would build while
6  on the throne. Mind you that Cain was born of the serpent
7  seed in Genesis then he killed Abel and God placed
8  a mark on him so nobody would kill him (paraphrasing (GENESIS 4)
9
10  23 . Edward VII had a son named George V who was King of
11  *Insert ¶ #* United Kingdom, British Dominions, and Emperor of India from
12  1910-1936. George V had a son named Albert Frederick
13  Arthur George. (Prince Albert of York) there became King George VI
14  of United Kingdom, Dominions, and of the British Commonwealth
15  Who married Queen Elizabeth The Queen Mother (Queen Elizabeth II mother).
16  Now watch what happened under King George VI reign and
17  also what occurred afterwards. In 1939, King George VI,
18                                              *or*
19  24 . his British Empire and most Commonwealth countries (except
20  *Insert ¶ #* Ireland) declared war on Nazi Germany (for whatever reason
21  they proclaimed pertaining to Poland) however during WWII
22  between 1941 and 1945 Nazi Germany while under Hitler's
23  rule killed around 6 million Jews using genocide (the
24  Holocaust) as it's tool of weaponry. There were also approximately
25  5 million prisoners of war murdered as well. However, my
26  key point is that the Jews were tortured in a war that
27  wasn't even about them. This is similar to how Cain

25. killed Abel without cause. Now, let me rewind back
Insert ¶ #
to Queen Victoria of Britain and Prince Albert of Saxe-
Coburg and Gotha (House of Wettin) which stemmed from
the Royal German Bloodline. Under their reign of perversion
(twisted truth) due to incest is when the German chemist Albert
Niemann in 1851 isolated cocaine from coca leaves and published
his findings in 1860. His thesis dissertation in German is titled
Uber eine neue organische Base in de Cocablattern meaning On a

26. Now Organic Base in the Coca Leaves. His paper talks about
Insert ¶ #
how he isolated cocaine, a crystalline alkaloid (the word crystal
derives from the Ancient Greek word "Kristallos" meaning both
ice" and "rock crystal". *Right, here shows that in this perverted
role play of Adam and Eve being Prince Albert of Gotha (for short)
and Queen Victoria, then that would make German chemist
Albert Nieman out to be Cain which is their first son
(the serpent seed). Crack cocaine was given to the blacks to

27. sell in the streets which is a form of genocide against themselves &
Insert ¶ #
their own kind which is streets so just like the Hebrew
said "Face Street, Face Down". Then coke was given to prisas
which is still genocide against the blacks first since it is a
substance that stems from the word. After, they obtain it and
use or distribute it then they have unknowingly or knowingly waged spiritual
war against Eve's seed by playing Cain and killing Abel since
Abel was a keeper of sheep (Pastor/Church) however this is
the Backdoor of attempting to kill the kingdom of Jesus Christ

9
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

28. of Nazareth by drugs as others profited off of the proceeds of the broken and downtrodden. This is another way they attempted to discredit the Authenticity of Jesus's life while robbing his church in order to build more Cains to kill Abel. I explained drugs as a backdoor tactic because, under the Queens reign, Queen Victoria's oldest son represents Cain in the world especially after being the first to ascend to

Insert ¶ #

29. to the throne, as Edward VII the King of Saxe-Coburg and Gotha (House of Wettin) from the Royal German Bloodline. ✱✱ Moving back forward to her great great grandson Albert Frederick Arthur George (originally Prince Albert of York) who became King George VI of the United Kingdom, Dominions, and British Commonwealth and his wife Queen Elizabeth The Queen Mother. Albert aka King George VI symbolizes Cain under the name Albert

Insert ¶ #

30. because he was named after his great-great Grandfather Prince Albert (Queen Victoria's Husband) however this is according to Kingdom (front door). But when you look at him under the role play of Adam; then even though he waged war on Nazi Germany; Germany would be his son Cain because the Nazis killed the JEWS (Able). Now, after Adolf Hitler completed the Holocaust against the Jews he turned around and committed suicide (just like Judas hung himself after he betrayed Jesus and sold him to the Romans to be crucified).

Insert ¶ #

10

Page Number

31 . Now, another thing I would like to point out is
*Insert ¶ #* that, it was during Adolf Hitler's youth that he tried to be-
come an artist (drawing) but was rejected by the city's Academy
of Fine Arts. All this occurred after his mother died when he
was 18 years old. Hitler left his hometown Linz (lens, sight, glasses, etc)
and moved to Vienna (Vienna sausages), the glamorous capital
of the Austro-Hungarian Empire. He thought moving to Vienna
would be the ideal place to pursue his dream of being an artist.

32 . He tried to get into the Academy of Fine Arts again yet they
*Insert ¶ #* rejected him again. He ended up moving from one cheap room
to another, even living in a homeless shelter for a time. Then
he started earning money by selling his paintings to tourist and
frame sellers which earned him enough money to move out the
shelter and to move into a more home. Being a frustrated young
artist Hitler became interested in politics. In Vienna there was
a Jewish store owner who was one of Hitlers loyal customers

33 . So his time in Vienna shaped Hitlers worldview. Hitler ended
*Insert ¶ #* up moving to Munich where he found some well off customers who
commissioned works from him but his progress came to an halt
when the Munich police tracked him down for not registering
for the military draft in Linz. He didn't pass the fitness exam at first
however he then voluntarily enlisted that August after the outbreak
of World War 1 ended his stint as a struggling young artist.
It was his time in Vienna and his Frustrated art career that
became part of the myth-making by Hitler himself and by his

11
*Page Number*

34 . followers that helped drive his fateful rise to power in Germany. Hitler railed against modern art, calling it the "degenerate" product of Jews and Bolsheviks and a threat to the German national identity. In 1937, the Nazis rounded up some 16,000 works of this type from German museums and put hundreds of them on display in Munich. The exhibition, intended to heap scorn on the artist ended up being attended by 2 million people, Looking at Hitlers military time let's talk about

35 . drugs. The use of Methamphetamine, better known as crystal meth, was a pill form of the drug called Pervitin and it was distributed by the millions to the Nazi troops before their successful invasion of France in 1940. Developed by the Temmler pharmaceutical company, based in Berlin, Pervitin was introduced in 1938 and marketed as a magic pill for alertness and an anti-depressant. A military doctor experimented on 90 college students and decided based on the results the drug would help Germany win

36 . the war. Other allied soldiers used amphetamines (speed) in the form of Benzedrine in order to battle combat and fatigue. Others used anesthetics, like Goring whose nickname was actually Morung from morphine. Meth was Pervitin until a Japanese chemist, Nagai Nagayoshi first synthesized meth in 1893. In 1919 a younger protégé of Nagai named Akira Ogata discovered another method of synthesizing the crystalline form creating a new stimulant called crystal meth. ** Drugs have been used as weapons

37 . of warfare, blackmail, human trafficking, etc in
*Insert ¶ #*
the USA however Americans have paid the price for
systematic corruption and sorcery strategically organized
in Europe. *** The next perverted role play of Adam
and Eve resembles Prince Philip (The Duke of Edinburgh)
and Queen Elizabeth II. Their marriage resembles that of
Queen Victoria when it comes to Philip being Prince and
Elizabeth II being Queen. Also, Prince Philip and Queen

38 . Elizabeth were third cousins so they're marriage is
*Insert ¶ #*
another reflection of incest. Philip was also Prince of
Greece and Denmark which would represent the Greek
religion of the Twelve Olympians starting with Zeus, the
king of gods, who was married to his sister Hera. The
other eleven Olympians were Ares, Poseidon, Athena, Demeter,
Dionysus (born a boy changed into a girl), Apollo, Artemis, Aphrodite,
Hephaestus, Hermes, and Hestia (the goddess of the hearth

39 . and sacred Flame, which was more likely the most
*Insert ¶ #*
prayed to of all gods. * Apart from these gods, the Greek pan-
theon was filled with dozens of other gods, demigods, and mortal
and immortal beings which varied by local and over the
evolution of Greek culture. A variety of other mystical
beliefs and nature spirits such as nymphs and other magical
creatures were foundational to the ancient Greek understanding
of the world around them. Now, Elizabeth II was Queen/King
of the United Kingdom and other Commonwealth realms.

Civil Rights Complaint Pursuant to U.S.C. § 1983

40. Their religion is known to be protestant for the United Kingdom and Commonwealth. However protestant is just a breakoff of Roman Catholics because the Roman Catholic church split into 3 categories under christianity which was Catholic, Eastern Orthodox, and Protestant. But they do not represent the same belief patterns as us because they're still governed by the Pope and their sorceries which is why they came up with systems in

41. attempt to block Jesus Christ of Nazareth from rising and establishing His Kingdom. Well, under Queen Elizabeth II reign, another form of genocide occurred. This plague or genocide is called Covid 19. This plague killed many people, isolated many people, and weakened humanity within the realm of spirituality when it came to fellowship in the temple which then turned into social religion (a gathering of multiple religions onto one platform in the

42. digital realm; what this did was attempt to kill off The Body of Christ by placing the True Believers of God in a fallen state because the digital realm is created by man and stems from space symbolizing the 2nd heaven where the prince of darkness is when the Throne of Jehovah Mekadesh (God our Holiness) is the third Heaven'). What this also did was attempt to mark the Chosen Ones with the Mark of the Beast so that Roman Catholic could pretend to be the woman

14
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

43. From Revelation 12 and The chosen ones would look like the Red Dragon in Revelation 12. ✗✗✗ Moving forward to the ROMAN CATHOLIC church I will give a breakdown of this church from the fallen story of Adam & Eve. The sorcery and perverted truth behind Roman Catholics. Catholic is Adam and Eastern Orthodox (still catholic) is Eve - then The Roman Catholic Archdiocese is Cain (who was Eve's first son and killed

44. Eve's second son Abel (let's say Abel is The Protestant Christians/THE TRUE PROTESTANTS). Roman Catholics according to Roman in the Trinity format will sum up to Roman Empires as Satan acting as The Father, The AntiChrist as the Son, and the false prophets as the Spirit. The Roman Empires are: Babylon as Satan, Medo-Persia as the Son, and Greece as the spirit. Babylon is Modern Day IRAQ as Satan, Medo-Persia is

45. Modern Day IRAN (Media is a region of North-western Iran, known for it's political and cultural base of the medes) Symbolizing The AntiChrist, Greece is a country in Southeast Europe symbolizing the false prophets (pagan Gods of Hellenism). Roman Catholics using IRAQ/IRAN = Southwestern Asia & Greece which is Southeast Europe is the backdoor to attempt to keep me out the Kingdom by demonizing everybody using deceptive strategies to deceive the people, and indirectly marking them with the beast.

* December 25 = Christmas = Christ Massacre, not Christ birthday.

46③. Let's now explain Adam & Eve according to
Rome & Germany whiched birthed out The Holy
Roman Empire. On December 25 800, Pope Leo III
crowned Frankish King Charlemagne as Roman Emperor
reviving the title in Western Europe. after the fall of the
ancient Western Roman Empire in 476 it fell in 924 then
was revived again in 962 until the 12th century as the most
powerful monarch in Europe. In 1262 Ottone I Visconti

47. was elected as archbishop of Milan, Italy which
earned him one of the Holy Roman Seats in Italy.
after he conquered Milan from their rival Della
Torre family in 1277. The Visconti of Milan are a
noble Italian Family. Their motto is: I will not violate
the customs of the serpent." The Visconti was called
LORD of Milan (from 1277-1395) And the Duke of Milan
(from 1395-1447). Their symbol is a picture of a half man

48. in the mouth of a serpent. Visconti = Vice Comes.
Vice "Deputy" + Comes "Count". * This is the backdoor
way of how they marked my partner due to his gang
in Chicago named "Vicelords" which is a bloodgangs.
Then I can break down ViceComes into Victorious
Ice (Crystal Meth) LORD and Comes into Nu4(Seal) Count representing
the 12 tribes of Israel. Ironically, the headquarters
of the Nation of Islam (Fake 12 tribes) is located
in Chicago, Illinois as well. So this explains how
£ for America.

16
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

49. they have marked my lover as the red dragon
Insert ¶ 9 and as the Crystal Meth drug Lord when he doesn't even sell drugs but now I see why every time I was with him intimately then I wanted to smoke after I left. Now, we all know that Meth was in pill form first called Pervitin during Hitler's reign in Germany Nazi military, then a German chemist synthesized meth, and a japanese

50. chemist crystallized meth into rock form. So
Insert ¶ 9 this explains alot about Europe's Kingdom and their demonic Church (to be continued). Moving forward, In 1356 the golden bull was created without the pope (Pope Innocent VI) involvement but he did not oppose it either because he need the King to aid him with his enemy Visconti. By not opposing it made this pope just as guilty as the other side because it symbolized Idolatry. On

51. August 10, 1397 Albert II of Germany also known as Albert
Insert ¶ 11 the Magnanimous KG was elected King of the Romans as Albert II. He also was king of the Holy Roman Empire, and a member of the House of Habsburg (House of Austria). KG stands for The Most Noble Order of the Garter. It's an order of chivalry (order of knights typically founded during the original Catholic military orders of Crusades (c. 1099-1291)) and paired with medieval concepts of ideals of chivalry (code of conduct in Europe from 1170-1220). The Most Noble Order

17
Page Number

52 . Order of the Garter was founded by Edward III
*Insert ¶ #*
of England in 1348. It is the most senior order of
knighthood in the British honours system except for
the Victoria Cross and the George Cross. Back to King
Albert II his wifes name was Elizabeth of Luxembourg
who was queen consort of Germany and Bohemia.
The Bohemian language of the 19th century was the language Czech
of the Diet (Diet Assembly) is the general assembly of the

53 . Imperial Estates of the Holy Roman Empire. Diet is
*Insert ¶ #*
also a designation for modernday legislative bodies of
certain countries and states such as the NATIONAL
Diet of Japan, or the German Bundestag the FEDERAL
Diet. ✳ It was two different german chemist that
did cocaine and amphetamine and it was a
japanese chemist who crystalized amphetamine and
created Methamphetamine (crystal meth). Also, it was

54. Elizabeth who taught me how to snort meth @ 13 yrs
*Insert ¶ #*
old and Albert who taught me how to smoke meth until @ 14 yrs old
I ended up pregnant with his daughter ✳ King Albert II
of Germany persecuted, had the Jews arrested, took their
belongings, etc. Before King Albert II of Germany became King
the Jews in the Austrian duchy had been subject to local
persecutions during the 13th and 14th century however their
position remained relatively safe. The Jewish communities
prospered in several towns like Krem or the area around

18
Page Number

55 . the Judenplate at Vienna. It was after the death
Insert ¶ ||
of Duke Albert IV in 1404 that their situation worsened
sharply, culminating in the blaze of the Vienna Synagogue
on Nov 5. 1406, followed by riots and lootings. When
Albert V came of age in 1411 and interfered in the Hussite
Wars, he repeatedly established new taxes imposed on the
Jewish community to finance his campaigns. On the
other hand, after the Hussites had devastated the duchy,

56 . the Austrian Jews were accused of collaboration and
Insert ¶ ||
arms trade in favor of the enemies. The accusations
of a host desecration at Enns in 1420 gave Albert pretext
for the destruction of the Jewish community. According
to the 1463 Chronica Austriae by chronicler Thomas Ebendorfer,
the duke order on May 23, 1420 the impressment and
forcible conversion of the Jews. Those who had not converted
or escaped was sent off in boats down the Danube River

57 . (just like they did Blacks) while wealthy Jews remained under
Insert ¶ ||
arrest, several of them tortured and stripped of their property.
March 12, 1421 Albert sentenced the remaining Jews to death.
Ninety-two men and 120 women were burned at the stake,
south of the Vienna city walls. The Jews were placed under
an eternal ban and their synagogue was demolished.
*** As you can see the Jews have constantly been
robbed, imprisoned, persecuted, abused, accused, etc when
they've done no wrong only so the world empires could

19

Page Number

1  58. seized their prosperity, Which is a form of the devil
2  blackmailing Gods people just to claim what isn't his
3  and so he could put his image and inscription on it
4  while pretending to be God or by using people to act
5  like they are the chosen ones so that he could steal
6  the worship and inheritance that God promised to his
7  people. This is also how he deceived the world and
8  caused everybody to believe in his lies. So what we are
9
10  59. seeing again today is the enemies using the same
11  strategies to Kill, steal, and destroy. However, they
12  attempt to cover up their evil with false accusations,
13  set ups, influential peddling, obstruction of justice
14  deceptive policies, laws, international agreements,
15  contracts, systems, etc. Which is why the whole world
16  is in disillusionment behind treason, tyranny, and
17  deep systematic corruption. The serpent and his seeds
18
19  60. (Kids) are trying to avoid exposure by keeping the
20  spotlight on fake news and by torturing the innocent.
21  This is the same behavior, issues, and circumstances that
22  we are seeing today behind theives& liars in high positions
23  that don't have the people who they are supposed to lead
24  good will at heart. Their agenda is selfish, they are
25  narcissist, and people want to see a real change
26  in life than All SELFISH AGENDAS must be destroyed because
27  WE ARE THE PEOPLE and UNITY is better than division.
28  #SAVE THE CHILDREN
   #SAVE THE WORLD
   #BE FREE
   #JESUSCAMETOSETUSFREE
   #THE Devil has to be STOPPED
   #PRIDE&EGO has toCEASE
   #MOREPRAYER,MOREPOWERLESSPRAYER,LESSPOWER

61 . It was said that the Jewish were prosperous in the town
of Krems which is in Austria. There's a wine region called
Kremstal that lies on the south-eastern arc of the
Waldviertel and the Dunkelsteiner Wald ridge, built up
from hard crystalline rock, and opens out into the Alpine
foothills towards the east, where unconsolidated rock prevails.
The Kremstal vineyards are divided into three distinct areas:
Stein district that borders with the Wachau, The Krems Valley, and

62 . the small wine villages south of Danube clustered around the
imposing Göttweig Abbey. **X Jews symbolize Gods chosen
people, wine symbolizes Gods blessing for his people, and three
symbolizes Father, Son, and Holy Ghost. Deuteronomy
7:6 For thou art a holy people unto the LORD thy
God: the LORD thy God hath chosen thee to be a special
people unto himself, above all people that are upon
the face of the earth. Deuteronomy 7:12-13 (12)Wherefore

63 . it shall come to pass, if ye hearken to the judgements, and
keep, and do them, that the LORD thy God shall keep unto
thee the covenant and the mercy which he sware unto thy
fathers: (13)And he will love thee, and bless thee, and multiply
thee: he will also bless the fruit of thy land, thy corn,
and thy wine, and thy oil, the increase of thy Kine,
and the flocks of thy sheep, in the land which he
sware unto thy fathers to give thee. Matthew 28:19
Go ye therefore, and teach all nations, baptizing them

2.1
Page Number

64 . in the name of the Father, and of the Son, and
*Insert ¶ 4* of the Holy Ghost. 1John 5:7- For there are three
that bear record in heaven, the Father, the Word,
and the Holy Ghost: and these three are one.
✳ As you see in Matthew 28:19 and 1John 5:7
Jesus is the fulfilment of the Word of His Father
which makes Jesus spirit the Holy Ghost which
is the spirit of Prophecy (past, present, and future).

65 ✳✳✳ Returning to Rome & Germany, I'd like to bring
*Insert ¶ ll* up the Italian Social Republic also known as the Republic
of Salò. It was considered a Nazi-German puppet state
with little diplomatic recognition until World War II, which
existed from the beginning of the German occupation of
Italy in September 1943 until the surrender of German
troops in Italy in May 1945. The German occupation
triggered widespread national resistance against it and

66. the Italian Republic leading to the Italian Civil War.
*Insert ¶ ll* Most of the 8,000 Italian Jews who died in the Holocaust
were killed during the 20 months of the Salò (Italian
Social Republic) regime. ✳ It seems as if Italy (whether Rome
or Vatican), Britain Kingdom, and Germany (whether Holy Roman
Empire of Germany or Nazi) always seem to be socializing or
pretending" to be at war when Jews get killed and their stuff
gets seized. The common denominator is Roman Catholic
and Britain who stands by and watch however he is the

22

Page Number

67. King over the kingdoms. This is organized crime in the most subtle and cunning ways possible just like the serpent and Eve who then gave it to Adam and he ate which caused them to fall. Moving forward to finalize my stance I will add one more component about Germany. On November 1, 1895, Max Skladanowsky and his brother Emil demonstrated their self invented film project, the Bioscop, at the Wintergarten music hall in Berlin. On December 28, 1895 the first paying

68. public display of the Lumière brothers' Cinematographe was in Paris. In 1910, the first German "artistic" films began to be produced, an example is the film Edgar Allan Poe adaptation The Student of Prague (1913) which was co-directed by Paul Wegener and Stellan Rye. In 1917 a process of concentration and partial nationalization of the German film industry began with the founding of Universum Film AG (UFA), which was partly a reaction to the very effective use that the Allied Powers had

69. found for the new medium for purpose of propaganda. An early step towards the foundation of UFA was taken January 13, 1917 with the creation of the Bild und Filmamt (BUFA) by Germany's Supreme Army Command. Formed as a reaction to the perceived advantage of Germany's enemies in the realm of film propaganda, BUFA's task was to use film for psychological warfare. In 1924-1926 UFA had two large scale productions, Nibelungen and Metropolis. Metropolis was the first film thus distinguished on UNESCO's Memory of the World Register and Woman in the Moon

23

Page Number

70 . to this day. From 1933-1937 UFA experienced a new
Insert ¶ #
commercial boom in the Nazi era (Nazification); not least
due to the government's protectionist measures, which freed
UFA from bothersome competition. On top of occupying
almost all of Europe, the Nazi regime provided UFA
new sales markets, as well as placing distribution outlets
in such "neutral" countries as the United States. By 1938,
after taking over foreign film production facilities in France,

71 . Belgium, and other countries, one third of the company's
Insert ¶ #
sales came from abroad. UFA's economic boom made it
possible to further expand the so-called "star system", which
had already been developed in the silent film era. In an
act of anticipatory obedience to the Nazi regime, UFA
management fired several Jewish employees. In the
summer of 1933, the Nazi regime created the film
Chamber of the Reich, which adopted regulations officially

72 . excluding Jewish filmmakers from all German studios.
Insert ¶ #
* Even in the film industry the "wicked" tried to get rid
of the Jews without probable cause however if they were
so dedicated to separating themselves from Gods people
then the people have to give back everything they stole
from Gods people so the separation can TRULY Happen. (End)
*** Next topic under Roman Empire and Germany that
equates to Roman Catholics in the form of Adam
& Eve's story being twisted is the German Monk Martin

2/
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

73. Luther as Germany (Adam) and Catholic Church (as Eve) feud that
*Insert ¶ #* birthed out the 95 Theses which is the Disputation on the
Power of Indulgences (Cain) that cause The Protestant
Reformation (Abel) which they have been indirectly
working together to destroy God's people while stealing
from the people (Cain's excuse to kill Abel). But not only
that, they have intentionally worked to stop the
rise of Jesus kingdom from coming forth while

74. acting like they were for us when they both were
*Insert ¶ #* plotting on destroying us by sorcery, systems of debt, perversion
war, media, etc. Prime example of their deception
using words is the word NUN. The definition of NUN is:
① A female who lives in a monastery or convent who chose
to devote her life to prayer, service, & charitable work.
② A nun is also a male Monk ③ many religions including
Catholicism, Buddism, and Christianity have nuns. Here's

75. a few things about NUNS: ① A nun cannot marry, use
*Insert ¶ #* social media, or smartphones. ② They can't own property
or engage in sexual relationships. ③ Nuns are expected to
renounce their inheritance and property rights. ④ Nuns
have their own room which is called a CELL ✱ NOW HERE'S
the deception of definitions 1, 2, & 3 behind the word nun:
Ⓐ In the form of Adam & Eve's story being perverted is a female.
nun (Eve) + a male monk (Adam) = Dionysus because he
was born a male and changed into a female (transgender).
✱Monk = Zues + female nun = Semele ✱                    (Cain)
(parents of Dionysus in
the Greek religion    Civil Rights Complaint Pursuant to U.S.C. § 1983    Page Number  25
Father + Mother = God
The way some catholics pray saying
father/mother God . . .

(EVE)                              (plc)  (ADAM)

76. ③ A female nun = Roman Catholic + A male monk (nun) =
*Insert ¶ #*                          (=)  (OSIN)
Holy Roman Empire of Germany  equals  Buddhism (China,
Russia, Nepal, India, North/South korea, Japan, Laos,
Bhutan, Cambodia, Taiwan, Hong Kong, Vietnam,
Singapore, etc.! ✱This is how they tried to play
us using words, religion, money, power, etc. This
is organized theft because the church is supposed
to be representing Jesus not all these other people

77. Gods that the Roman Catholic Church and
*Insert ¶ #*
Britain Empire is not making anybody aware
of... Buddhist is a representation of the god of wealth
thats another reason why gambling has been being
promoted worldwide with online casinos, sports bets,
lotto, etc. The name "bet" is derived from the West Semitic
word for "house" which means the casinos represent
the house of buddha and that means everytime we

78. gamble then we are worshipping Buddha without
*Insert ¶ #*
any knowledge of it. So as you can see, people have been
living in the world under the deception of the enemy.
He has used Religion as his driving force because it was
by him twisting Gods word that caused Eve and
Adam to fall. Basically, that's what we see happening
in today's situation because the religions that are
in on this scandal are all twisted words from
the original and the twist was done in attempt

26
*Page Number*

79 : to steal, kill, and destroy. John 10:1-16 Verily, verily, I say unto you, He that entereth not by the door into the sheepfold, but climbeth up some other way, the same is a thief and a robber. But he that entereth in by the door is the shepherd of the sheep. To him the porter openeth; and the sheep hear his voice: and he calleth his own sheep by name, and leadeth them out. And when he putteth

*Insert ¶ #*

80 : forth his own sheep, he goeth before them, and the sheep follow him: for they know his voice. And a stranger will they not follow, but will flee from him: for they know not the voice of strangers. This parable spake Jesus unto them: but they understood not what things they were which he spake unto them. Then said Jesus unto them again, Verily, verily, I say unto you, I am the door of the

*Insert ¶ #*

81 : sheep. All that ever came before me are thieves and robbers: but the sheep did not hear them. I am the door: by me if any man enter in, he shall be saved, and shall go in and out, and find pasture. The thief cometh not, but for to steal, and to kill, and to destroy: I am come that they might have life, and that they might have it more abundantly. I am the good shepherd: the good shepherd giveth his life for the sheep. But he that is a hireling, and not the

*Insert ¶ #*

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  82. shepherd, whose own the sheep are not, seeth
2  the wolf coming, and leaveth the sheep, and
3  fleeth: and the wolf catcheth them, and
4  scatterth the sheep. ⑬ The hireling fleeth, because
5  he is a hireling, and careth not for the sheep.
6  ¹⁴I am the good shepherd, and know my sheep, and
7  am known of mine. ¹⁵As the Father knoweth me,
8  even so know I the Father: and I lay down my

10 83. life for the sheep. ¹⁶ And other sheep I have,
11 which are not of this fold: them also I must bring,
12 and they shall hear my voice; and there shall be
13 one fold, and one shepherd. © Catholicism (Eve) +
14 Roman Empire (old Babylon) (Greece being Adam), = Buddhism (cain)
15 attempting to kill Christianity (Abel) how is this
16 proveable because they had to use witchcraft
17 in the form of music, media, drugs, clothes, religion,
18

19 84. etc to war with the King of Kings and Lord of Lords.
20 Then they used Greece/Greek gods to ensnare Seth
21 which was Eve's third son so that Enos couldn't
22 be produced so they thought. But on top of that
23 because of their perverse thinking, Enos who brought
24 back the praise of the Lord, has been worded in the
25 form of anus which symbolize the backdoor
26 entrance to the temple (body) and it was through
27 Seth descendants that Noah came. then through
28

28
Page Number

85. one of Noah's sons' which he had 3 named Shem, Ham, and Japheth. However, it was through Shem that Gods Son Jesus Christ of Nazareth was brought into this world ✳ Now here's a breakdown explaination of the few things about Nuns: ① NUNS can't marry, use social media, or smartphones however the Britain Kingdom and their serpent seeds created the internet so that America

86. could be distracted by the Harlots system as they attempted to paint us as Babylon and as they attempted to stop the marriage of the Lamb and his Bride (the REAL CHURCH). ② They can't own property or engage in sexual relationships however their system has Americans worshipping fornication so that they could lock us down and conquer our inheritance, property, and families. ③ Nuns are expected to renounce

87. their inheritance and property rights however in America they used the system to obtain those rights from us just like Jacob had Esau hand over his birth right because Esau was hungry. If Jacob really cared for his brother then he would have fed Esau without asking for anything in return. This is what China was used to do to America. Also, remember Rebecca had Jacob trick Issac into putting Esau's blessing on Jacob. Well, thats

29
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

88. what they had China use communism to help
Insert ¶ # pervert America so that the Roman Catholic church
could steal the blessing from the Black Church
and Britain could keep the Kingdom while
attempting to act like they didn't have anything
to do with the whole situation. However, truth
be told the Church belongs in Jerusalem but
the chosen ones are here in America buried under

89. all this mess. There wouldn't be two marriage
Insert ¶ # couples in Revelation if America was really Babylon.
All the sorcery came from U.K. so that is
where Babylon is located however they tried
to blackmail us by using Hollywood, Long
Beach, and San Francisco but the truth
is America was birthed from The Mother
of Harlots and that's why America looks

90. like the son who would rule with an Iron
Insert ¶ # Fist pertaining to the Drug game. IF they were
the truth then I would have left to be there but
I know they're a lie so I'm still here with
you because I refuse to see a half truth. Revelation
18:22-24 - 22 And the voice of harpers and musicians,
and of pipers, and trumpeters, shall be heard
no more at all in thee; and no craftsman, of
whatsoever craft he be, shall be found any more

Civil Rights Complaint Pursuant to U.S.C. § 1983

91. in thee; and the sound of a millstone shall be
*Insert ¶ #*
heard no more at all in thee, (23) And the light
of a candle shall shine no more at all in thee;
and the voice of the bridegroom and of the
bride shall be heard no more at all in thee:
for thy merchants were the great men of the
earth; for by thy sorceries were all nations
deceived. (24) And in her was found the blood

92. of prophets, and of saints, and of all
*Insert ¶ #*
that were slain upon the earth. Revelation 19:6-10
(6) And I heard as it were, the voice of a great
multitude, and as the voice of many waters,
and as the voice of mighty thunderings, saying,
Allelvia: for the LORD God omnipotent reigneth.
(7) Let us be glad and rejoice, and give honor to
him: for the marriage of the lamb is come, and

93. his wife hath made herself ready. (8) And to
*Insert ¶ #*
her was granted that she should be arrayed in
fine linen, clean and white: for the fine linen
is the righteousness of saints. (9) And he saith
unto me, Write, Blessed are they which are called
unto the marriage supper of the lamb. And he
saith unto me, These are the true sayings of
God. (10) And I fell at his feet to worship him. And
he said unto me, See thou do it not: I am thy

31

*Page Number*

97. fellow servant, and of thy brethren that have the testimony of Jesus: worship God: for the testimony of Jesus is the spirit of prophecy. **** See, God is more advanced than humanity because He knew in advance that there were going to be people fighting against His return, he knew people were going to pretend to be Him and/or pretend to be His Bride. Jesus Christ of Nazareth knows the hearts of all

95. of humanity before it came down to the enemy attempting to deceive the Elect (chosen ones of God). However, due to there not being anything knew under the sun, all the enemy did was confirm how real the Word of God is and how badly we need our savior Jesus Christ of Nazareth. The story about Babylon speaks about Mystery Babylon and the beast. The Mystery about Babylon has to

96. do with the sorceries that she uses against the people and the beast that carries her which goes back to the Roman Empire. Her sorceries is so great that it causes all the Kings and their armies to make war with the Lamb but not only that, the enemy knows that his time is short however he still tries his best to stop the Son of God from returning and even then the enemy already knows he lost the battle a long time ago. So the enemy is basically just putting on a show.



"WICKEDNESS OF MANKIND"

1 97. Genesis 6:1-22  Wickedness of Mankind
2 Insert ¶ 6 ①And it came to pass, when men began to multiply
3 on the face of the earth, and daughters were
4 born unto them.② That the sons of God saw the
5 daughters of men-that they were fair, and they
6 took them wives of all which they chose.③ And the
7 LORD said, My spirit shall not always strive with
8 man, for that he also is flesh: yet his days shall
9

10 98. be a hundred and twenty years.④ There were
11 Insert ¶ 8 giants in the earth in those days; and also after
12 that, when the sons of God came in unto the daughters
13 of men, and they bare children to them, the same became
14 mighty men which were of old, men of renown.
15 ⑤ And God saw that the wickedness of man was
16 great in the earth, and that every imagination
17 of the thoughts of his heart was only evil
18

19 99. continually.⑥ And it repented the LORD that he
20 Insert ¶ 8 had made man on the earth, and it grieved him
21 at his heart.⑦ And the LORD said, I will destroy
22 man whom I have created from the face of the
23 earth; both man, and beast, and the creeping
24 thing, and the fowls of the air; for it repenteth
25 me that I have made them.⑧ But Noah found
26 grace in the eyes of the LORD.⑨ These are
27 the generations of Noah: Noah was a just man
28

33

Civil Rights Complaint Pursuant to U.S.C. § 1983

100 . and perfect in his generations, and Noah
walked with God. ⑨ And Noah begat three
sons, Shem, Ham, and Japheth. ⑩ The earth
also was corrupt before God, and the earth
was filled with violence. ⑪ And God looked upon
the earth, and, behold, it was corrupt; for all
flesh had corrupted his way upon the earth.
⑬ And God said unto Noah, The end of all flesh

101 is come before me; for the earth is filled with
violence through them; and, behold, I will destroy
them with the earth. ⑭ Make thee an ark of
gopher wood; rooms shalt thou make in the
ark, and shalt pitch it within and without
with pitch. ⑮ And this is the fashion which
thou shalt make it of. The length of the ark
shall be three hundred cubits, and the height

102 of it thirty cubits. ⑯ A window shalt thou
make to the ark, and in a cubit shalt thou finish
it above; and the door of the ark shalt thou
set in the side thereof; with lower, second, and
third stories shalt thou make it. ⑰ And, behold,
I, even I, do bring a flood of waters upon the
earth, to destroy all flesh, wherein is the breath
of life, from under heaven; and every thing that
is in the earth shall die. ⑱ But with thee will

34
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

" NOAH ENTERS THE ARK (GENESIS 7) "

1  18 . I establish my covenant; and thou shalt come into the
Insert ¶ #
2  ark, thou, and thy sons, and thy wife, and thy sons
3  wives with thee. ⁱ⁹ And of every living thing of all flesh,
4  two of every sort shalt thou bring into the ark, to
5  keep them alive with thee; they shall be male and
6  female. ²⁰ Of fowls after their kind, and of cattle
7  after their kind, of every creeping thing of the earth
8  after his kind, two of every sort shall come unto thee,
9
10  18⁴ to keep them alive. ²¹ And take thou unto thee of
Insert ¶ #
11  all food that is eaten, and thou shalt gather it to
12  thee; and it shall be for food for thee, and for them.
13  ²² Thus did Noah; according to all that God commanded
14  him, so did he. Genesis 7:1-24 ⁷ And the LORD said unto
15  Noah, Come thou and all thy house into the ark; for thee
16  have I seen righteous before me in this generation.
17  ² Of every clean beast thou shalt take to thee by
18
19  18⁵ sevens, the male and his female: and of beasts
Insert ¶ #
20
21  that are not clean by two, the male and his female.
22  ³ Of fowls also of the air by sevens, the male and female,
23  to keep seed alive upon the face of all the earth ⁴ For
24  yet seven days, and I will cause it to rain upon the earth
25  forty days and forty nights; and every living substance that
26  I have made will I destroy from off the face of the earth.
27  ⁵ And Noah did according unto all that the LORD commanded
28  him. ⁶ And Noah was six hundred years old when the flood

35
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  ide of waters was upon the earth. [7] And Noah went in, and his
2  *Insert ¶ #* sons, and his wife, and his sons wives with him, into the ark,
3  because of the waters of the flood. [8] Of clean beasts, and of beasts
4  that are not clean, and of fowls, and of every thing that creepeth
5  upon the earth. [9] There went in two and two unto Noah into the
6  ark, the male and the female, as God had commanded Noah.
7  [10] And it came to pass after seven days, that the waters of the
8  flood were upon the earth. [11] In the six hundredth year of Noah's
9

10  107. life, in the second month, the seventeenth day of the month, the
11  *Insert ¶ #* same day were all the fountains of the great deep broken up, and
12  the windows of heaven were opened. [12] And the rain was upon the
13  earth forty days and forty nights. [13] In the selfsame day entered
14  Noah, and Shem, and Ham, and Japheth, the sons of Noah, and
15  Noah's wife, and the three wives of his sons with them, into
16  the ark: [14] They and every beast after his kind, and all the
17  cattle after their kind, and every creeping thing that creepeth
18

19  108. upon the earth after his kind, and every fowl after his kind,
20  *Insert ¶ #* every bird of every sort. [15] And they went into unto Noah into the
21  ark, two and two of all flesh, wherein is the breath of life. [16] And
22  they that went in, went in male and female of all flesh, as God
23  had commanded him : and the LORD shut him in. [17] And the flood
24  was forty days upon the earth; and the waters increased, and bare
25  up the ark, and it was lift up above the earth. [18] And the waters
26  prevailed, and were increased greatly upon the earth; and the
27  ark went upon the face of the waters. [19] And the waters prevailed
28

" THE WATERS RECEDE (GENESIS 8"

1  &9 . exceedingly upon the earth; and all the high hills, that
   Insert ¶ #
2  were under the whole heaven, were covered. ⑳ Fifteen cubits
3  upward did the waters prevail; and the mountains were
4  covered. ㉑ All flesh died that moved upon the earth, both
5  of fowl, and of cattle, and of beast, and of every creeping
6  thing that creepeth upon the earth, and every man: ㉒ All
7  in whose nostrils was the breath of life, of all that was
8  in the dry land, died. ㉓ And every living substance was
9
10 110. destroyed which was upon the face of the ground, both
   Insert ¶ #
11 man, and cattle, and the creeping things, and the fowl of
12 the heaven; and they were destroyed from the earth;
13 and Noah only remained alive, and they that were with
14 him in the ark. ㉔ And the waters prevailed upon the
15 earth a hundred and fifty days. Genesis 8:1-29 ① And
16 God remembered NOAH, and every living thing, and all the cattle
17 that was with him in the ark: and God made a wind to pass
18
19 111. over the earth, and the waters assuaged. ② The fountains
   Insert ¶ #
20
21 also of the deep and the windows of heaven were stopped, and
22 the rain from heaven was restrained. ③ And the waters returned
23 from off the earth continually: and after the end of the hundred
24 and fifty days the waters were abated. ④ And the ark rested
25 in the seventh month, on the seventeenth day of the month,
26 upon the mountains of Ararat. ⑤ And the waters decreased
27 continually until the tenth month: in the tenth month, on
28 the first day of the month, were the tops of the mountains

37

Page Number

1   112 . Seen ⑩ And it came to pass at the end of forty days,
2   that Noah opened the window of the ark which he had made :
3   ③ And he sent forth a raven, which went forth to and fro,
4   until the waters were dried up from off the earth. ⑧ Also
5   he sent forth a dove from him, to see if the waters
6   were abated from off the face of the ground : ⑨ But
7   the dove found no rest for the sole of her foot, and
8   she returned unto him into the ark, for the waters
9
10  113 . were on the face of the whole earth : then he
11  put forth his hand, and took her, and pulled her
12  in unto him into the ark ⑩ And he stayed yet other
13  seven days ; and again he sent forth the dove out
14  of the ark ; ⑪ And the dove came in to him in the
15  evening : and, lo, in her mouth was an olive leaf plucked
16  off : so Noah knew that the waters were abated from
17  off the earth. ⑫ And he stayed yet other seven days ;
18
19  114 . and sent forth the dove ; which returned not again
20  unto him any more. ⑬ And it came to pass in the
21  six hundredth and first year, in the first month,
22  the first day of the month, the waters were dried
23  up from off the earth : and Noah removed the covering
24  of the ark, and looked, and, behold, the face of
25  the ground was dry. ⑭ And in the second, on the
26  seven and twentieth day of the month, was the
27  earth dried. ⑮ And God spake unto Noah, saying,



// Genesis 9 God's Covenant w/ Noah verses 8-19 //
                    Noah's Drunkenness verses 20-24
                    Curse of Canaan verses 25-29

1  115. [16] Go forth of the ark, thou, and thy wife, and
2  *Insert ¶ #* thy sons, and thy sons' wives with thee. [17] Bring forth
3  with thee every living thing that is with thee, of all
4  flesh, both of fowl, and of cattle, and of every creeping
5  thing that creepeth upon the earth; that they may
6  breed abundantly in the earth, and be fruitful, and
7  multiply upon the earth. [18] And Noah went forth, and
8  his sons, and his wife, and his sons' wives with him:
9
10  116. [19] Every beast, every creeping thing, and every fowl, and
11  *Insert ¶ #* whatsoever creepeth upon the earth, after their kinds,
12  went forth out of the ark. [20] And Noah builded an
13  altar unto the LORD; and took of every clean beast,
14  and of every clean fowl, and offered burnt offerings
15  on the altar. [21] And the LORD smelled a sweet savor; and
16  the LORD said in his heart, I will not again curse the ground
17  any more for man's sake; for the imagination of man's
18
19  117. heart is evil from his youth; neither will I again
20  *Insert ¶ #* smite any more every thing living, as I have done. [22] While
21  the earth remaineth, seedtime, and harvest, and cold
22  and heat, and summer and winter, and day and night
23  shall not cease. (Genesis 9:1-29) And God blessed Noah
24  and his sons, and said unto them, Be fruitful and multiply
25  and replenish the earth. [2] And the fear of you and the
26  dread of you shall be upon every beast of the earth, and
27  upon every fowl of the air, upon all that moveth upon

39
Page Number

1  118. the earth, and upon all the fishes of the sea; into
2  _Insert ¶ #_  your hand are they delivered. Every moving thing
3  that liveth shall be meat for you; even as the green
4  herb have I given you all things. ⑨But flesh with the
5  life thereof, which is the blood thereof, shall ye not eat.
6  ⑤And surely your blood of your lives will I require; at
7  the hand of every beast will I require it, and at the
8  hand of man; at the hand of every man's brother will
9
10 119. I require the life of man. ⑥Whoso sheddeth man's
11 _Insert ¶ #_  blood, by man shall his blood be shed: for in the image
12 of God made he man. ⑦And you, be ye fruitful, and
13 multiply; bring forth abundantly in the earth, and
14 multiply therein. ⑧And God spake unto Noah, and to
15 his sons with him, saying, ⑨And I, behold, I establish
16 my covenant with you, and with your seed after you;
17 ⑩And with every living creature that is with you, of the
18
19 120. fowl, of the cattle, and of every beast of the earth
20 _Insert ¶ #_  with you; from all that go out of the ark, to every beast
21 of the earth. ⑪And I will establish my covenant with you;
22 neither shall all flesh be cut off any more by the waters
23 of a flood; neither shall there any more be a flood
24 to destroy the earth. ⑫And God said, This is the token
25 of the covenant which I make between me and you
26 and every living creature that is with you, for perpetual
27 generations: ⑬I do set my bow in the cloud, and it
28

(add L to bow and you get Bowl) with a cloud is the Crystal
meth pipe aka pookey)

40
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983



14 . Shall be seen in the cloud: And I will remember
Insert ¶ #
my covenant, which is between me and you and every
living creature of all flesh; and the waters shall no
more become a flood to destroy all flesh. And
the bow shall be in the cloud; and I will look
upon it, that I may remember the everlasting
covenant between God and every living creature
of all flesh that is upon the earth. And God said

122 . unto Noah, This is the token of the covenant, which
Insert ¶ 8
I have established between me and all flesh that is
upon the earth. And the sons of Noah, that went
forth of the ark, were Shem, and Ham, and Japheth:
and Ham is the father of Canaan. These are the three
sons of Noah, and of them was the whole earth overspread.
And Noah began to be an husbandman and he planted
a vineyard. And he drank of the wine, and was drunken;

123 . and he was uncovered within his tent. And Ham,
Insert ¶ #
the father of Canaan, saw the nakedness of his father,
and told his two brethren without. And Shem
and Japheth took a garment, and laid it upon both
their shoulders, and went backward, and covered the
nakedness of their father's nakedness. And Noah
awoke from his wine, and knew what his younger son
had done unto him. And he said, Cursed be Canaan;
a servant of servants shall he be unto his brethren.

#rvigoves

41
Page Number



1  124 . And he said, Blessed be the LORD God of Shem;
2  and Canaan shall be this servant. ㉗ God shall
3  enlarge Japheth, and he shall dwell in the tents
4  of Shem; and Canaan shall be his servant.
5  ㉘ And Noah lived after the flood three hundred
6  and fifty years. ㉙ And all the days of Noah
7  were nine hundred and fifty years: and he
8  died. Genesis 10:1-32 ① Now, these are the generations

10  125 . of the sons of Noah, Shem, Ham, and Japheth:
11  and unto them were sons born after the flood. ② The
12  sons of Japheth; Gomer, and Magog, and Madai,
13  and Javan; and Tubal, and Meshech, and Tiros.
14  ③ And the sons of Gomer; Ashkenaz, and Riphath,
15  and Togarmah. ④ And the sons of Javan; Elishah,
16  and Tarshish, Kittim, and Dodanim. ⑤ By these were
17  the isles of the Gentiles divided in their lands; every

19  126 . one after his tongue, after their families, in their
20  nations. ⑥ And the sons of Ham; Cush, and Mizraim,
21  and Phut, and Canaan. ⑦ And the sons of Cush;
22  Seba, and Havilah, and Sabtah, and Raamah, and
23  Sabtechah: and the sons of Raamah; Sheba, and
24  Dedan. ⑧ And Cush begat Nimrod: he began to be
25  a mighty one in the earth. ⑨ He was a mighty
26  hunter before the LORD: wherefore it is said, Even
27  as Nimrod the mighty hunter before the LORD.

42
Page Number

127. ⑩ And the beginning of his kingdom was Babel, and
Erech, and Accad, and Calneh, in the land of
Shinar. ⑪ Out of that land went forth Asshur,
and builded Nineveh, and the city Rehoboth, and
Calah, ⑫ And Resen between Nineveh and Calah:
the same is a great city. ⑬ And Mizraim begat Ludim,
and Anamim, and Lehabim, and Naphtuhim, ⑭ And
Pathrusim, and Casluhim, (out of whom came Philistim,)

128. and Caphtorim. ⑮ And Canaan begat Sidon his
first-born, and Heth, ⑯ And the Jebusite, and the Amorite,
and the Girgasite, ⑰ And the Hivite, and the Arkite,
and the Sinite, ⑱ And the Arvadite, and the Zemarite,
and the Hamathite: and afterward were the families of the
Canaanites spread abroad. ⑲ And the border of the Canaanites was
from Sidon, as thou comest to Gerar, unto Gaza; as thou goest,
unto Sodom, and Gomorrah, and Admah, and Zeboim,

129. even unto Lasha. ⑳ These are the sons of Ham, after
their families, after their tongues, in their countries, and
in their nations. ㉑ Unto Shem also, the father of all
the children of Eber, the brother of Japheth the elder,
even to him were children born. ㉒ The children of
Shem; Elam, and Asshur, and Arphaxad, and Lud, and
Aram. ㉓ And the children of Aram; Uz, and Hul,
and Gether, and Mash. ㉔ And Arphaxad begat
Salah; and Salah begat Eber. ㉕ And unto Eber were.

43
Page Number

130 : born two sons: the name of one was Peleg; for
Insert ¶ #
in his days was the earth divided; and his brother's
name was Joktan. (29) And Joktan begat Almodad and
Sheleph, and Hazar-maveth, and Jerah, (27) And
Hadoram, and Uzal, and Diklah, (28) And Obal, and
Abimael, and Sheba, (29) And Ophir, and Havilah, and
Jobab: all these were the sons of Joktan. (30) And their
dwelling was from Mesha, as thou goest unto Sephar,

131 : a mount of the east. (31) These are the sons of
Insert ¶ #
Shem, after their families, after their tongues, in their
lands, after their nations. (32) These are the families of
the sons of Noah, after their generations, in their nations:
and by those were the nations divided in the earth after
the flood.

✱✱✱ The Woman, Great Red Dragon, Man Child, Michael, & The Blood of the Lamb ✱✱✱
Revelation 12:1-17 (1) And there appeared a great wonder in heaven;

132 : a woman clothed with the sun, and the moon under her feet,
Insert ¶ #
and upon her head a crown of twelve stars: (2) And she being with
child cried, travailing in birth, and pained to be delivered. (3) And
there appeared another wonder in heaven; and behold a great
red dragon, having seven heads and ten horns, and seven
crowns upon his heads. (4) And his tail drew the third part of
the stars of heaven, and did cast them to the earth: and the
dragon stood before the woman which was ready to be delivered,
for to devour her child as soon as it was born. (5) And she brought

44

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  |2:5| . forth a man child, who was to rule all nations with
2  a rod of iron: and her child was caught up unto God, and
3  to his throne. |6| And the woman fled into the wilderness,
4  where she hath a place prepared of God, that they should
5  feed her there a thousand two hundred and threescore days.
6  |7| And there was a war in heaven: Michael and his angels
7  fought against the dragon; and the dragon fought and his
8  angels, |8| And prevailed not; neither was their place found any

10 |12:9| . more in heaven. |9| And the great dragon was cast out, that
11 old serpent, called the Devil, and Satan, which deceiveth the
12 whole world: he was cast out into the earth, and his angels
13 were cast out with him. |10| And I heard a loud voice saying in
14 heaven, Now is come salvation, and strength, and the kingdom
15 of our God, and the power of his Christ: for the accuser of
16 our brethren is cast down, which accused them before our
17 God day and night. |11| And they overcame him by the blood

19 |12:11| . of the Lamb, and by the word of their testimony; and
20 they loved not their lives unto death. |12| Therefore rejoice, ye
21 heavens, and ye that dwell in them. Woe to the inhabiters of
22 the earth and of the sea! for the devil is come down unto
23 you, having great wrath, because he knoweth that he hath
24 but a short time. |13| And when the dragon saw that he was
25 cast unto the earth, he persecuted the woman which brought
26 forth the man child. |14| And to the woman were given two
27 wings of a great eagle, that she might fly into the wilderness,

1  13:6 : into her place, where she is nourished for a time, from
*Insert ¶ #*
2  the face of the serpent. (15) And the serpent cast out of his
3  mouth water as a flood after the woman, that he might
4  cause her to be carried away of the flood. (16) And the earth
5  helped the woman, and the earth opened her mouth, and
6  swallowed up the flood which the dragon cast out of his
7  mouth. (17) And the dragon was wroth with the woman, and
8  went to make war with the remnant of her seed, which
9
10  13:1 keep the commandments of God, and have the testimony
*Insert ¶ #*
11  of Jesus Christ, **✱✱✱ Revelation 13:1-18 ✱✱✱**
12  (1) And I stood upon the sand of the sea, and saw a beast
13  having seven heads and ten horns, and upon his horns ten
14  crowns, and upon his heads the name of blasphemy.
15  (2) And the beast which I saw was like unto a leopard, and
16  his feet were as the feet of a bear, and his mouth as
17  the mouth of a lion: and the dragon gave him his power,
18
19  13:8 and his seat, and great authority. (3) And I saw one of
*Insert ¶ #*
20
21  his heads as it were wounded to death; and his deadly wound
22  was healed: and all the world wondered after the beast.
23  (4) And they worshiped the dragon which gave power unto
24  the beast: and they worshiped the beast, saying, Who is like
25  unto the beast? who is able to make war with him? (5) And there
26  was given unto him a mouth speaking great things and blasphemies;
27  and power was given unto him to continue forty and two
28  months. (6) And he opened his mouth in blasphemy against

46

*Page Number*

1  139. God, to blaspheme his name, and his tabernacle,
   *Inserts ¶ #*
2  and them that dwell in heaven. ⑦ And it was given unto
3  him to make war with the saints, and to overcome
4  them: and power was given him over all kindreds, and
5  tongues, and nations. ⑧ And all that dwell upon the earth
6  shall worship him, whose names are not written in the book of
7  life of the lamb slain from the foundation of the world.
8  ⑨ If any man have an ear, let him hear. ⑩ He that leadeth
9

10  140. into captivity shall go into captivity: he that killeth with
    *Inserts ¶ #*
11  the sword must be killed with the sword. Here is the patience
12  and the faith of the saints. ⑪ And I beheld another beast
13  coming up out of the earth; and he had two horns like a
14  lamb, and he spake as a dragon. ⑫ And he exerciseth all
15  the power of the first beast before him, and causeth the
16  earth and them which dwell therein to worship the first
17  beast, whose deadly wound was healed. ⑬ And he doeth
18

19  141. great wonders, so that he maketh fire come down
    *Inserts ¶ #*
20  from heaven on the earth in the sight of men. ⑭ And deceiveth
21  them that dwell on the earth by the means of those miracles
22  which he had power to do in the sight of the beast, saying to
23  them that dwell on the earth, that they should make an
24  image to the beast, which had the wound by a sword, and
25  did live. ⑮ And he had power to give life unto the image of
26  the beast, that the image of the beast should both speak,
27  and cause that as many as would not worship the image
28

47
Page Number

1  142 . of the beast should be killed. ⑯ And he causeth
2  all, both small and great, rich and poor, free and bond,
3  to receive a mark in their right hand, or in the foreheads:
4  ⑰ And that no man might buy or sell, save he that
5  had the mark, or the name of the beast, or the number
6  of his name. ⑱ Here is wisdom. Let him that hath under-
7  standing count the number of the beast: for it is the
8  number of a man; and his number is six hundred threescore
9

10  143. and six. ✷ Let's break down 666 Biblically ✷
11  ✷ Step 1: Count 6 books of the Bible (old & NEW TESTAMENT)
12  Step 2: Go to the 6TH Chapter of Book (old & New TESTAMENT)
13  Step 3: Go to the 6TH verse of Book (old & NEW TESTAMENT)
14  ✷ Step 1 Book Count: Genesis, Exodus, Leviticus, Numbers, Deuteronomy, Joshua
15  Step 2 & 3 Combined: Joshua 6:6 - And Joshua the son of NUN called
16  the priests, and said unto them, Take up the ark of the covenant,
17  and let seven priests bear seven trumpets of rams' horns before the
18

19  144. ark of the LORD. ✷ Step 1 Book Count (New Testament):
20  Matthew, Mark, Luke, John, ACTS, ROMANS ✷ Step 2 & 3 Combined:
21  Romans 6:6 - Knowing this, that our old man is crucified with
22  him, that the body of sin might be destroyed, that henceforth
23  we should not serve sin. (Add verse 7 to see why they tried
24  reincarnating the ROMAN EMPIRE but forgot that Jesus blood was on
25  their hands so instead the summoned dead/ancient demonic spirits)
26  Romans 6:7 - For he that is dead is freed from sin. ✷ Let's give
27  a brief explanation of Joshua ✷ Joshua 1:1-6 ① Now after the death
28

48

145. of Moses the servant of the LORD it came to pass, that the
*Insert ¶ 1*
LORD spake unto Joshua the son of NUN, Moses' minister saying,
② Moses my servant is dead; now therefore arise, go over this
Jordan, thou, and all this people, unto the land which I do give
to them, even to the children of Israel.③ Every place that the
sole of your foot shall tread upon, that have I given unto you,
as I said unto Moses.④ From the wilderness and this Lebanon even
unto the great river, the river Euphrates, all the land of the Hittites;

146. and unto the Great Sea toward the going down of the sun,
*Insert ¶ 2*
shall be your coast. ⑤There shall not any man be able to stand before
thee all the days of thy life: as I was with Moses, so I will be with
thee: I will not fail thee, nor forsake thee. ⑥Be strong and of a good
courage: for unto this people shalt thou divide for an inheritance the
land, which I sware unto their fathers to give them. ✱✱✱ NOW
here's the backend which is the perverted way they used
the word to build the beast empire while "ATTEMPTING"
(CAIN)(canaan)

147. to lock Jesus in their system so that they could blackmail
*Insert ¶ 3*
the chosen ones, Jews, Children of Israel in order to steal
the substance of the land that was built by other people's
hands because the beast was cursed. Example: In Beauty and
the Beast, the Beast name is Prince Adam. Prince Adam only
means Cain which was Adams first son who killed Abel
the keeper of the sheep (shepherd) who was Adams second
son. Genesis 4:10-15 (page _____) (paraphrased) Cain was cursed from
the earth, when he tilled the ground the earth wouldn't yield her strength (produce).

49
*Page Number*



# JOB

1  ¶B : and he was a fugitive (escapee, or in hiding, to avoid being arrested or
   *Insert ¶ #*
2  persecuted) and a vagabond (going back and forth) so his system is a system of sorcery &
3  of slavery. Job 1:1 ³There was a man in the land of UZ, whose name ← UZ=OZ(wizard)
4  was Job: and that man was perfect and upright, and one that feared ← Jobs Job(work)
5  God, and eschewed evil. ⁴ And there were born unto him seven sons and ← 7+3=10 Beast 1
6  three daughters. ⑤His substance also was seven thousand sheep, and three ← of Revelation 13
7  thousand camels, and five hundred yoke of oxen, and five hundred she-
8  asses, and a very great household; so that this man was the greatest ← G.O.A.T
9                                                                           Roman
                                                                            Catholic
                                                                            LYRICS
10 ¶9 . of all the men of the east. Job 1:7. And the LORD said unto Satan, Whence
    *Insert ¶ #*
11 Comest thou? Then Satan answered the LORD, and said, From going to and fro ← Wandering.
12 in the earth, and from walking up and down in it. Job 1:8 And the LORD said unto   Cain = The
13 Satan, Hast thou considered my servant Job, that there is none like him in the earth,  Land of Nod
14 a perfect and upright man, one that feareth God and escheweth evil? Job 1:9 Then
15 Satan answered the LORD, and said, Doth Job fear God for naught? Job 1:11 But put
16 forth thine hand now, and touch all that he hath, and he will curse thee ← Matthew
17 to thy face. Job 1:12 And the LORD said unto Satan, Behold, all that he hath   6:24-
18                                                                               No man can
   (Satan)                                                                      serve two
19 ¶10 . is in thy power, only upon himself put not forth thine hand. So Satan went   masters: for
    *Insert ¶ #*                                                                either he will
20 forth from the presence of the LORD. Job 1:15 And the Sabeans fell upon them, and   hate the one,
21 took them away; yea, they have slain the servants with the edge of the sword,   and love the
22                                                                                 other, or else
23 and I only am escaped alone to tell thee. Job 1:16 While he was yet speaking,   he will hold
24 there came also another, and said, The fire of God is fallen from heaven, and   to the one, and
25 hath burned up the sheep, and the servants, and consumed them; and I   despise the
26 only am escaped alone to tell thee. Job 1:17 While he was yet speaking,   other. Ye cannot
                                                                             serve God and
27 there came also another, and said, The Chaldeans made out three bands,   mammon!
28 and fell upon the camels, and have carried them away, yea, and slain the servants   ★The World is
   with the edge of the sword, and I only am escaped alone to tell thee.   under Satanic
                                                                            System! Their
                       55                                                    Job places the
                   Page Number                                              mark of the
                                                                            beast on them
and their money
                                                                            does too. 911!
★¶ Repent & Exit Money/Beast/Job/Social System! It was a   get out of the
   QUICKLY!                                        Set Up!!   System NOW

## IV. STATEMENT OF FACTS

*(Explain what happened in your own words. You do not have to cite legal authority in this section. Be specific about names, dates, and places. Explain what each Defendant did. Remember to number every paragraph.)*

151 Job 1:18- While he was yet speaking, there came also another, and said, Thy sons and thy daughters were eating and drinking wine in their eldest brother's house. Job 1:19- And, behold, there came a great wind from the wilderness, and smote the four corners of the house, and it fell upon the young men, and they are dead; and I only am escaped alone to tell thee. Job 1:20-22 (20) Then Job arose, and rent his mantle, and shaved his head, and

152 fell down upon the ground, and worshiped. (21) And said, Naked came I out of my mother's womb, and naked shall I return thither: the LORD gave, and the LORD hath taken away; blessed be the name of the LORD. (22) In all this Job sinned not, nor charged God foolishly. Job 2:3- And the LORD said unto Satan, Hast thou considered my servant Job, that there is none like him in the earth, a perfect and an

153 upright man, one that feareth God, and escheweth evil? and still he holdeth fast his integrity, although thou movedst me against him, to destroy him without cause. Job 2:4 - And Satan answered the LORD, and said, Skin for skin, yea, all that a man hath will he give for his life. Job 2:5- But put forth thine hand now, and touch his bone and his flesh, and he will curse thee to thy face. Job 3:1-11 (1) After this opened Job his mouth, and cursed his day. (2) And Job spake, and said, (3) Let the day perish wherein I was born, and the

61
Page Number

1    134 : night in which it was said, There is a man child conceived.
2    ⑤Let that day be darkness; let not God regard it from above,
3    neither let the light shine upon it. ⑤ Let darkness and the
4    shadow of death stain it; let a cloud dwell upon it; let the
5    blackness of the day terrify it. ⑥ As for that night, let
6    darkness seize upon it; let it not be joined unto the days
7    of the year; let it not be joined unto the days of the year;
8    let it not come into the number of the months. ⑦ Lo, let
9

10    155 : that night be solitary; let no joyful voice come therein.
11    ⑧ Let them curse it that curse the day, who are ready to
12    raise up their mourning. ⑨ Let the stars of the twilight
13    thereof be dark; let it look for light, but have none; neither
14    let it see the dawning of the day. ⑩ Because it shut not up
15    the doors of my mother's womb, nor hid sorrow from mine
16    eyes. ⑪ Why died I not from the womb? Why did I not give
17    up the ghost when I came out of the belly? Job 6:6-9
18

19    166 ⑥ Can that which is unsavory be eaten without salt? Or is
20    there any taste in the white of an egg? ⑦ The things that my soul
21    refused to touch are as my sorrowful meat. ⑧ Oh that I might.
22    have my request; and that God would grant me the thing
23    that I long for! ⑨ Even that it would please God to destroy
24    me; that he would let loose his hand, and cut me off!
25    ✱ Breakdown of JOB which is the medium of the system (beast) ✱
26    The word JOB is the name of a man/book in the Bible
27    (old testament) and the word JOB is also defined as: the

1  167. principal activity in your life that you do to earn money,

2  ② a specific piece of work required to be done as a duty or for

3  a specific fee. ③ a state of difficulty that needs to be resolved

4  ④ a program application that may consist of several steps but

5  is a single logical unit. ⑤ a crime (especially a robbery). ⑥ profit

6  privately from public office or official business. ✳ This is what

7  is the beginning of their sorcery which is crossing words

8  in order to give it a different meaning. Also using phonics

9

10  168 : in order to confuse a person who doesn't understand

11  different languages, etc. Prime Example: Caesar world is

12  all about PROFITS which is money but Christ's world is all

13  about PROPHETS which is the mouthpiece of God being used

14  through a human being to declare and decree. Both words

15  sound the same but mean the total opposite ✳ Now,

16  the word Medium is defined as ⓐ An intervening substance

17  through which signals can travel as a means for communication

18

19  169. ⓑ someone who serves as an intermediary between the

20  living and the dead ⓒ transmissions that are disseminated

21  widely to the public. ⓓ a substance in which specimens are

22  preserved or displayed. 5bb 121 the land of UZ symbolize the

23  land of OZ from the Wizard of OZ | The definition of Oz is also

24  ounce which (crossword example: Witch) is a unit of weight in

25  the US customary system and imperial system of measurement

26  (an Ancient Roman). Job 1:2-3 the 7 sons + 3 daughters only

27  represent Revelation 13 the First beast which is the Gentile

28  53

1 160 . nations (Revelation 13:1- And I stood upon the sand of the sea,
  Insert ¶ #
2 and saw a beast rise up out of the sea, having seven heads
3 and ten horns, and upon his horns ten crowns, and upon his
4 heads the name of blasphemy.) *Blasphemy = blasphemous
5 behavior; the act of depriving something of its sacred character.*
6 Job 1:3 - His substance also was seven thousand sheep, and three thousand
7 camels, and five hundred yoke of oxen, and five hundred she asses,
8 and a very great household; so that this man was the greatest of
9
10 161 . all the men of the east. *This verse can symbolize sheep
   Insert ¶ #
11 as being cotton for clothing, camels is a form of cigarettes,
12 yoke of oxen can represent a slave system based upon an
13 animalistic system (beast system), the asses symbolizes the
14 females' ass especially African Americans because an ass
15 is just a donkey that is a domesticated equine (crossword Earth Queen)
16 which is derived from the African wild ass (Equus Africanus)-this
17 is only a description of the (harlot system) Revelation 17:5-9
18
19 162 ⑤ And upon her forehead was a name written, MYSTERY, BABYLON
   Insert ¶ #
20
21 THE GREAT, THE MOTHER OF HARLOTS AND ABOMINATIONS OF THE
22 EARTH. ⑥ And I saw the woman drunken with the blood of the
23 saints, and with the blood of the martyrs of JESUS: and when
24 I saw her, I wondered with great admiration. ⑦ And the angel
25 said unto me, Wherefore didst thou marvel? I will tell thee the
26 mystery of the woman, and of the beast that carrieth her,
27 which hath the seven heads and ten horns. ⑧ The beast that
28 thou sawest was, and is not; and shall ascend out of the

163 . bottomless pit, and go into perdition: and they that
*Insert ¶ #*
dwell on the earth shall wonder whose names were not
written in the book of life from the foundation of the world,
when they behold the beast that was, and is not, and
yet is. And here is the mind which hath wisdom. The seven
heads are seven mountains on which the woman sitteth.
Greatest of all the men of the east is where they got the
acronym G.O.A.T which means Greatest of All Time!

164 . Let me also add that camel is also a representation
*Insert ¶ #*
of Egypt. The word substance is defined as "the subject matter
of a text, speech, or work of art, especially as contrasted with
the form or style in which it is presented," "wealth and
possessions," it also can mean "an intoxicating, stimulating,
or narcotic chemical or drug, especially an illegal one."
If you break Substance down in two words you get
Sub meaning submarine or to act as a substitute for

165 someone + Stance meaning the way in which someone
*Insert ¶ #*
stands, especially when deliberately adopted (as in baseball, golf,
and other sports); a person's posture. East can represent the
Eastern Rite Catholic Church/Oriental Catholic Church.
Job 1:7. And the LORD said unto Satan, Whence cometh thou? Then Satan
answered the LORD, and said, From going to and fro in the earth, and
from walking up and down in it (* gang to and fro is a form of
wandering which is the definition of a vagabond and is exactly
what God called Cain after he killed Abel). Wandering is also

16r. a representation of the Land of Nod which means that *Insert ¶ #* LORD in this scenario is the King which makes the King the real beast and the church (catholic) is the whore that caused a lot of kings to fall (Revelation 17: 10 And there are seven kings five are fallen, and one is, and the other is not yet come; and when he cometh, he must continue a short space.) The King that has a short space is King Charles III because is reign is not that long due to

16?. his age, the days we're in which is Armageddon, *Insert ¶ #* and the truth being Revealed. Job 1: 11 But put forth thine hand now, and touch all that he hath, and he will curse thee to thy face. Job 1: 12 And the LORD said unto Satan, Behold, all that he hath is in thy power; only upon himself put not forth thine hand. Matthew 6:24 No man can serve two masters: for either he will hate the one, and love the other; or else he will hold to the one, and despise the other. Ye cannot serve God

16. and mammon. Romans 4:4-5 Now to him that worketh *Insert ¶ #* is the reward not reckoned of grace, but of debt. 5 But to him that worketh not, but believeth on him that justifieth the ungodly, his faith is counted for righteousness. * THE SET UP of the Beast Spoken * Capitalism was created by Adam Smith who was born in Kirkcaldy, fife, Scotland. The first form of bank note was developed in China during the Tang and Song dynasties, starting in the 7th century. Its roots were in merchant receipts

169. of deposit during the Tang dynasty (618-907).
During the Yuan dynasty (1271-1368), banknotes were
adopted by the Mongol Empire. In Europe, the concept
of banknotes was first introduced during the 13th century
by travelers such as Marco Polo with European banknotes
appearing in 1661 in Sweden. True paper money, called
"jiaozi" were developed as promissory notes by the 11th
century, during the Song dynasty. In 1661 the first

170. banknotes were created in Europe by Johan Palmstruch
the founder of Stockholms Banco which was Sweden's
first bank until it was liquidated in 1667. However, it
served as the precursor to the central bank of Sweden
that was founded in 1668 as Riksens Standers Bank
until it was renamed in 1866 as Sveriges Riksbank which
is the world's oldest surviving central bank. Also, the
banknote of the one hundred daler issued by Stockholms
$100

171. Banco and signed by Johan Palmstruch in 1666 (the
mark of the beast in number form). ✳ Communism
was created by Karl Marxism who was born in Trier,
Rhine Province, Prussia Germany. Marxism was also created
by Friedrich Engels who was born in Barmen, Jülich-CleveBerg,
Kingdom of Prussia which is now Wuppertal, Germany.
Marxism is a method of socioeconomic analysis that
uses a materialist interpretation of historical development,
better known as historical materialism, to understand class

51

Page Number

172. relations and social conflict and a dialectical perspective
Insert ¶ # to view social transformation. So basically, to sum up the
beast system it was derived from the book of Job. Job
was tested by Satan to see if he lost everything would he
curse God. Satan had the ability to do whatever he wanted
to Job except kill him. Satan was able to disconnect Job
from every type of human support, progress, or success
that he had just to see if Job would curse God to his

173. face. The social system is a reflection of Communism
Insert ¶ # which is when somebody else has control over another persons
possessions, it also goes hand and hand with the social
systems behind human relationships and behaviors, then
it is combined with capitalism which actually consist
of the progress and success of humans. People use their
progress and successes to help build their confidence
which then gives them a sense of pride about themselves.

174. So Jobs' story was the perfect story to make a
Insert ¶ # system for humanity when it came to their means of
providing, self confidence, and a sense of power that
can be obtained while they're progressing on their job.
Based upon this brief description of how they crossed
words to deceive the people, you should have a better
understanding on why it's so important for us to be
a free people versus us being a slave because people
enjoy their fun that only is tempory. In Matthew 6:24

175. God made it specific that nobody could serve two masters: for either he will hate the one, and love the other; or else he will hold to the one, and despise the other Ye cannot serve God and mammon. Romans 4:4-5 @ Now to him that worketh is the reward not reckoned of grace, but of debt.X Matthew 6:24 and Romans 4:4-5 both speak about money/reward however in Matthew

176. God has given a choice then in Romans the word tells you that the reward isn't grace however it leads you into debt. Right there reality sinks in letting you know that you lose more than you've gained. ✱✱✱ This right here explains how they set up America and also why America is still in debt while the Americans suffer for something, they didn't put themselves in. Right now the

177. people are caught in the shackles of Americas debt to China for a debt that the people didn't do but what makes it even more wrong is the fact that China could have just helped America when they bankrupt but instead people of those times strategized a system that would be able to pay back the debt yet the debt isn't paid off. Now, I must also say that the marriage of the Lamb is at hand in this time however, this was what

178. I call a battle due to the tricks, traps, and schemes of the enemy. See, the system that is being used all across the world is an artificial way to force slavery upon people, while making them believe that they are free. Right now, people are striving for the "one world order" however the deception behind the one world order is that humans are losing their God giving rights of humanity to

179. their own creation which they don't exercise full control over especially when there's so much corruption going on, and technology is bypassing the human brains. People have forgotten what it means to Live, Love, and laugh because our lives have been being controlled by people in high places who have evil motives. We must stop being so naive to the traps of the enemy who does not

180. like Humanity whatsoever. In Heaven, Satan caused some of the angels to be cast out with him, in the garden of Eden he caused Adam & Eve to be cast out the garden, and now he's at the nations causing kings, queens, and others to fall by keeping division between humanity as he divides and conquers. We must open our eyes, put pride aside, forgive one another, and put Jesus back on the Throne because Truth be told

1  181. Satan has everybody fighting over who was
2  *Insert ¶ #* first, whose religion is real, etc what the people
3  are failing to realize is that the battle isn't
4  about none of the things he's using as cover ups
5  to have you on his team. I say that because it's
6  proveable⊙ All the Appetites that people have,
7  that are against God comes from Satan not Eve.
8  Adam was given power over Satan that's why
9
10  182. he chose to speak to Eve because she was still
11  *Insert ¶ #* innocent, naive, and the enemy knew she was the
12  only way he would have another chance to attempt
13  to make his name bigger than Gods. The devil
14  was here before humans so he knew more just like
15  AI because he understood that humans have a limited
16  brain capacity and he also knew that they would be
17  curious about the world around them. He also knew
18
19  183. that there are only two Spirits that can influence
20  *Insert ¶ #* the people and that's either the Holy Ghost (the prophecy
21  of Jesus) or Satan (the prince of air who let's you
22  do whatever you want and serve whoever you
23  want as long as he has control over you which
24  only leads to destruction). Jesus came so that we
25  can have life in abundance. However the rebellion
26  of humanity has placed us in worldwide dispair,
27  darkness, anger, anxiety, etc. Satan only comes
28

61
*Page Number*

184. to steal, kill and destroy which makes him
*Insert ¶ #*
feel good because He Hates Himself. He Hates All
Gods creation, & He really Hates Jesus for Being
chosen. So, with All this being said the beast
system is a system of demonic mind control,
turmoil, Envy, Hatred, etc. as if Hell is on earth.
Also, the beast system is forced Satanic worship
due to the weapons he used to cause people.

185. to believe a certain way which is only Indoctrination.
*Insert ¶ #*
He has forced the world to live backwards by using
the Heaven and Earth that was created by God for
humans to freely possess, be fruitful, and multiply.
He has done so by Cain building a city (Fast forward)
then God flooded the whole earth however he saved
Noah and his family and Noah's sons' wives plus
two cattle of every kind including fowls. After Noah

186. came out the ark; God told his family to be
*Insert ¶ #*
fruitful and multiply in which they did. Then one
of Noah's sons' named Ham saw his dad
naked which caused God to curse Ham's son
Cannon. However through Noah's' other son Shems'
bloodline came Jesus. So the world is backwards
because the cursed ones have been stealing and
making money off of Jesus while denouncing
Him at the same time. The cursed ones have

62
Page Number

187 been living like they're the chosen ones as they
have profitted off the chosen ones and portrayed
to the entire world as if the chosen ones were
the cursed ones by placing labels of lies on the
names of the chosen ones. Prime example JOB
is a book in the bible about a wealthy God fearing man.
The world took the name of JOB and made it a label
for work which is job. Many people have made

188. a very good living off of whatever job or career
they have. So here's the serpent's seed Cain who kills
Abel and they are hiding behind their jobs. Here are
some job titles to prove my point ① Doctors (the first
surgery was when God put Adam in a trance, opened
his side, took out his rib, and made Eve.) Police Officers
(in Genesis 2:15: And the LORD God took the man, and put him
into the garden of Eden to dress and to keep it. * Hebrew Definitions:

189. ① Dress→H5647→äbad→to serve ② Keep→ H8104→Shämar→
to protect Law enforcement slogan is To Protect and to Serve).
③ Teaching (in Genesis 1:2 And the earth was without form, and
void; and darkness was upon the face of the deep. And the
Spirit of God moved upon the face of the waters) * Now,
let's break this down in Hebrew: Form → H8414 → tshüw=empty
place, without form, adverbially. * Adverbial means a word or
group of words playing the grammatical role of an adverb.
* Grammar means: the study of the way the sentences

163
Page Number

190 . of a language are constructed, morphology and syntax;
Insert ¶ #
the elements of any science, art, or subject; a book
treating such elements. A Book is to enter an official
charge against (an arrested suspect) on police register.
VOID → H922 → bohuv = an undistinguishable ruin,
emptiness. Darkness → H2822-7 chõsek → misery, de-
struction, wickedness, ignorance, death. *** 
From Genesis 1:2, I defined 3 words which are form,

191. void, and darkness! I used Genesis 1:2 to describe
Insert ¶ #
how the serpent seed Cain (the son of Eve who built the city)
uses jobs and the system to kill Abel (his brother who he envied
because of his favor with God). Teaching is a job that is only
a weapon of indotrination to kill the Godlike character
in individuals starting from a child that way they become
a program (like computer simulation) that was created to
destroy all Godly traits. For Example: The word form

192. in Hebrew means empty place (a childlike innocense),
Insert ¶ #
then it breaks down adverbial which describes the grammatical
role of the adverb. Finally, the word grammer is described
as a study of sentences of a language, the elements of
science art, etc in the form of a book (meaning to be
arrested (instituhonalized in the mind; indoctrinated). Then,
the next word is void meaning that the worldly teachings
causes emptiness and/or an undistinguishable ruin. Finally, the
words form and void sums up to darkness which means misery,
abstruction, wickedness, ignorance, and death (spiritually).

1   193. Even though I put Doctor as #1, Police as #2,
2   Insert ¶ # and Teacher as #3 the correct order would be Teacher
3   as #1 because God let Adam name the animals
4   before He put Adam to sleep to create Eve. Also, in
5   order to become a doctor, police, or teacher then
6   you have to be educated by a teacher just to
7   qualify according to the worlds system. Under
8   those 3 titles can stem many other categories of
9

10  194. jobs such as under Doctor you can classify a nurse,
11  Insert ¶ # psychologist, chemist, dentist, chiropractor, massus
12  biologist, etc because they all deal with the mind or
13  body whether its evaluations, medicine (chemical substances)
14  or hands on physicals, etc. Under Police you can go back
15  a decade and find slave patchers which were called
16  bounty hunter. In Modern times you have similar jobs
17  such as security, bouncers, investigators, any other
18

19  195. title that pertains to Protecting and Serving (like DCFS),
20  Insert ¶ # etc. Finally under Teacher you will find God as the first
21  teacher, then in humanity today there are Apostles, Prophets
22  Evangelist, Pastors, and Teachers. Now in the world you
23  have many jobs that fall under teaching such as: Substitute
24  teacher, Pre-K, Elementary, Middle, High School, & University
25  Teachers. There's also life coaches (in all types of curriculums/hobbies),
26  Online Teachers, and in digital realm music, movies,
27  social media platforms such as: TikTok, FaceBook, YouTube,
28

V5

Page Number

196. Pictures, Paintings, Lyrics, etc (that can have influencers
Insert ¶ # who push hidden agendas while getting paid to do so at
the expense of peoples' sanity, lives, or beliefs). * Mark 8:34-38
³⁴And when he had called the people unto him with his disciples
also, he said unto them, Whosoever will come after me, let
him deny himself, and take up his cross, and follow me ³⁵For
whosoever will save his life shall lose it; but whosoever shall
lose his life for my sake and the gospels, the same shall

197. save it. ³⁶For what shall it profit a man, if he shall
Insert ¶ # gain the whole world, and lose his own soul? ³⁷Or what
shall a man give in exchange for his soul? ³⁸Whosoever
therefore shall be ashamed of me and of my words in this
adulterous and sinful generation; of him also shall the
Son of man be ashamed, when he cometh in the glory of
his Father with the holy angels * Mark 8:15 - And he
charged them, saying, Take heed, beware of the

198. leaven of the Pharisees, and of the leaven of Herod
Insert ¶ # * Herod the Great was the Roman appointed King of Judaea who
built many fortresses, aqueducts, theatres, etc. Herod was born
in southern Palestine; his father was Antipater and he was an
Edomite (a semitic people that have been identified as Arab,
who converted to Judaism in the 2ⁿᵈ century BCE) Herod was
of Arab origin, although he was a practicing Jew. Herod killed
the infants of Bethlehem in order to try and kill Jesus while he
was still a baby then he died shortly after he had a bungled
suicide attempt - (just like Judas & HITLER) * The enemy sets
people up to try and kill
Jesus & then they die
afterwards *
Set UP 2 FAIL!

Civil Rights Complaint Pursuant to U.S.C. § 1983

⭐ PRIDE also represents LGBT Community which is PERVERSION and Perversion means "A Twisted Truth"

199. Edomites were Semitic people who fall under the
Insert ¶ # category of Ammorites, Canaanites, and the Ara-maeans.
The word Edom means "RED" and the Edomites sin
was PRIDE. The Edomites were the descendents of
Esau and the Edomites worshipped many gods. Esau
became a pagan Roman who rebelled against the Torah,
a countermodel of the rabbinic Jew. Reading Rome, the
universal empire, into the Bible, and turning Romans.

200. into wayward brothers, the rabbis made Jewish history
Insert ¶ # universal. Pagan Rome disregarded them, but Christian
Rome made the typology part of European history.
The Church Fathers interpreted Jacob and Esau's
brotherhood as that of Christians and Jews, claimed
Jacob's legacy and decried the Jews as Esau. The
Empire's Christianization encumbered Christianity with
the Jewish-Roman past and Rome with the Christian

201. claim to disinherit Israel, and forged a traumatic
Insert ¶ # relationship that still hasn't been undone. ⭐Encumbered
means – to restrict or burden (someone or something) in such
a way that free action or movement is difficult. ⭐John 10:1
Verily, Verily, I say unto you, He that entereth not by the
door into the sheepfold, but climbeth up some other
way, the same is a thief and a robber. John 10:10 The
thief cometh not, but for to steal, and to kill, and to destroy:
I am come that they might have life, and that they might

67
Page Number

1  202 . have it more abundantly. Matthew 23:1-10 Then spake
2  *Insert ¶ #*  Jesus to the multitude, and to his disciples, ② Saying The
3  Scribes and the Pharisees sit in Moses' seat. ③ All therefore
4  whatsoever they bid you observe and do; but do not ye.
5  after their works: for they say, and do not. ④ For they
6  bind heavy burdens and grievous to be borne, and lay
7  them on men's shoulders; but they themselves will not
8  move them with one of their fingers. ⑤ But all their

10  203 . works they do for to be seen of men: they make broad
11  *Insert ¶ #*  their phylacteries, and enlarge the borders of the garments
12  ⑥ And love the uppermost rooms at feasts, and the chief
13  seats in the synagogues, ⑦ And greeting in the markets,
14  and to be called of men, Rabbi, Rabbi, ⑧ But be not ye
15  called Rabbi: for one is your Master, even Christ; and all
16  ye are brethren. ⑨ And call no man your father upon the
17  earth: for one is your Father, which is in heaven. ⑩ Neither

19  204 . be ye called Masters: for one is your Master, even Christ,
20  *Insert ¶ #*  ★ Descendents of Esau also known as Edom were the People.
21  of Seir from ancient Seairth, early Rome, Venice, Germany,
22  Russia, China, Japan, and many other nations. The
23  Edomites were always in conflict with Gods people.
24  Esau gave rise to military elites such as the Spartans and
25  warriors like Alexander the Great. ✱✱✱ Moving Forward,
26  I will list a few more jobs that will also prove that they
27  perverted the word of God to make merchandise of men

68
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  205. by spiritually raping the people in order to obtain self
Insert ¶#
2  gain and control which is still a form of slavery but
3  just in the mind, emotions, and spiritually while deceiving
4  the world to believe that they are still free when in
5  all actuality they are being mislead by a wolf in
6  sheeps clothing. (A) Astrologers (in Genesis 1:14-16 (14) And
7  God said, Let there be lights in the firmament of the
8  heaven to divide the day from the night; and let them
9
10  206. be for signs, and for seasons, and for days, and
Insert ¶#
11  years: (15) And let them be for lights in the firmament
12  of the heaven to give light upon the earth: and it was
13  so. (16) And God made two great lights; the greater light
14  to rule the night: he made the stars also.) * According,
15  to Genesis 1:14-16 Astrology, cosmology, physics, psychics, tarot readers, etc are
16  who have gone beyond what they should have, they
People
17  have perverted the origin of why God created the lights
18
19  207. in the firmament which was to divide the day from
Insert ¶#
20
21  night, to be for signs (not horoscope, not for satelite, technology etc),
22  for the seasons, for the days, and for the years. People
23  have gone beyond their boundaries while acting like
24  they were just studying God's creation but in all actuality
25  they were coming-up with wicked inventions while getting
26  paid to do so. * Isaiah 47:1 - Come down, and sit
27  in the dust, O virgin daughter of Babylon, sit in the
28  dust, O daughter of the Chaldeans: for thou shalt no

69

Page Number

208. more be called tender and delicate. ③ Take the
millstones, and grind meal: uncover thy locks, make
bare the leg, uncover the thigh, pass over the rivers.
④ Thy nakedness shall be uncovered, yea, thy shame shall
be seen: I will take vengeance, and I will not meet
thee as a man. ④ As for our redeemer, the LORD of
hosts is his name, the Holy One of Israel. ⑤ Sit thou
silent, and get thee into darkness, O daughter of the

209. Chaldeans: for thou shalt no more be called, The
lady of Kingdoms. ② I was wroth with my people, I
have polluted mine inheritance, and given them
into thine hand: thou didst shew them no mercy;
upon the ancient hast thou very heavily laid thy
yoke. ③ And thou saidst, I shall be a lady for ever:
so that thou didst not lay these things to thy heart,
neither didst remember the latter end of it. ③ Therefore,

210. hear now this, thou that art given to pleasures, that
dwellest carelessly, that sayest in thine heart, I am, and
none else beside me; I shall not sit as a widow, neither
shall I know the loss of children: but these two things shall
come to thee in a moment in one day, the loss of children,
and widowhood: they shall come upon thee in their perfection
for the multitude of thy sorceries, and for the great
abundance of thine enchantments. ⑨ For thou hast trusted
in thy wickedness: thou hast said, None seeth me.

211. Thy wisdom and thy knowledge, it hath perverted
*Insert ¶ #*
thee; and thou hast said in thine heart, I am, and
none else beside me. ⁽¹¹⁾Therefore shall evil come upon
thee, thou shalt not know from whence it riseth: and
mischief shall fall upon thee; thou shalt not be
able to put it off: and desolation shall come upon
thee suddenly, which thou shalt not know. ⁽¹²⁾Stand now
with thine enchantments and with the multitude of

212. thy sorceries, wherein thou hast laboured from thy
*Insert ¶ #*
youth; if so be thou shalt be able to profit, if so be thou
mayest prevail. ⁽¹³⁾Thou art wearied in the multitude
of thy counsels. Let now the astrologers, the stargazers,
the monthly prognosticators, stand up, and save thee.
⁽¹⁴⁾Behold, they shall be as stubble; the fire shall burn
them; they shall not deliver themselves from the power
of the flame: there shall not be a coal to warm at, nor

213. fire to sit before it. ⁽¹⁵⁾Thus shall they be unto thee
*Insert ¶ #*
with whom thou hast laboured, even thy merchants, from
thy youth: they shall wander every one to his quarter;
none shall save thee. ✱ People who work in the astrology,
Tarot, physics, etc have been paid to search the hidden
mysteries of heaven and the earth which has also
been used for monetary game at the expense of
others while intentionally misleading people using
the signs. ⁽⁵⁾ Government Jobs (in Isaiah 9:6 ✝ For

214. unto us a child is born, unto us a son is given: and
*Insert ¶#*
the government shall be upon his shoulder: and his
name shall be called Wonderful, Counsellor, The mighty
God, The everlasting Father, The Prince of Peace.
Of the increase of his government and peace there shall
be no end, upon the throne of David, and upon his
kingdom, to order it, and to establish it with judgement
and with justice from henceforth even for ever. The

215. zeal of the LORD of hosts will perform this. ✱ In
*Insert ¶#*
this passage of scripture it shows that the government
was upon his shoulder however there would come
a time that he would have to overturn it in order
to bring order to Man made mess, he would have
to establish it so that judgement and justice will
move according to TRUTH instead of just the labels
that humans have placed based on their own perception.

216. See, God knew that people would pervert the
*Insert ¶#*
truth even if they knew the truth; so all the deep
state & worldly corruption only Jesus could fix entirely.
✱ To finalize the perverting of Jobs' name and story
from the bible and man treating Jobs(work) while
using Jobs' story to obtain the Keys to rob the people,
cause them to curse or be mad at God, which robs them
of Gods restoration(because lack of faith), and enables the
beast system to drive them into debt which is a form

72
*Page Number*

217. of slavery, and caused America to run up it's debt
Insert ¶ #
because of PRIDE, lack of Biblical Knowledge, but mainly
due to somebody else attempting to rob the people
of their rights so that they could push a one world
order for the beast system since they put their
trust in their work while thinking God hadn't heard
their cries. Basically, Satan has been hiding behind
God while using Gods word to enslave, deceive, and

218. destroy humanity. Let's prove it wasn't God but instead
Insert ¶ #
it was Satan(satan seed) hiding behind God. People like to blame
God for their misfortunes because they love to reference the
story of Job due to the conversation between the LORD and
Satan over trying Job as if God is just playing a game with
Satan and we are stuck in the middle. But that's not the
case; God isn't playing a game, it is Satan who is playing
the games with humanity because he's still trying to prove

219. that humans are not better than him. God gave Adam and
Insert ¶ #
Eve dominion over the mind of his adversary (tree of Good/Evil).
Satan (the serpent) played a mind game with Eve by twisting
of Gods word in order to deceive her. Once Adam & Eve fell
God cursed the serpent then told him that he put enmity
(jealousy) between the serpent seed and the womans seed.
Satan's goal then became his drive to steal the womans'
seed; turn them against God, turn them against themselves,
and cause them to fall which would then make them worship

73

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983



1  220 . Satan instead of God. Let's use a few scriptures from Job
2  *Insert ¶ #* to wrap this up and move on. Job 1:9 - Then Satan answered the
3  LORD, and said, Doth Job fear GOD for nought? (Basically he's asking
4  if Job would still fear God even if he had nothing?) Job 1:11 - But
5  put forth thine hand now, and touch all that he hath, and he
6  will curse thee to thy face. (Satan told God to remove Jobs things
7  and he would curse God to his face). Job 1:12 - And the LORD said
8  unto Satan, Behold, all that he hath is in thy power, only upon
9

10  221 . himself put not forth thine hand. So Satan went forth from
11  *Insert ¶ #* the presence of the LORD. (Right here The LORD gave Satan power
12  over everything of JOBS' except for his life. The LORD Knows the
13  heart of man so he knew Job would not curse him to his
14  face also that was a way for God to show Satan that
15  money wasn't everything to everybody and that some people
16  truly do love God). Mind you, Satan is only looking for
17  worship because he wanted to be greater than GOD. Mark 14:62
18

19  222 . And Jesus said, I am: and ye shall see the Son of man
20  *Insert ¶ #* sitting on the right hand of power, and coming in the
21  clouds of heaven. Mark 16:19-So then after the LORD
22  had spoken unto them, he was received up into heaven,
23  and sat on the right hand of God. Revelation 13:13-16
24  And he doeth great wonders, so that he maketh fire come
25  down from heaven on the earth in the sight of men. And
26  deceiveth them that dwell on the earth by the means of those
27  miracles which he had power to do in the sight of the beast;
28

Civil Rights Complaint Pursuant to U.S.C. § 1983



223. Saying to them that dwell on the earth, that they
*Insert ¶ 11*
should make an image to the beast, which had the wound
by a sword, and did live. (15) And he had power to give life
unto the image of the beast, that the image of the beast
should both speak, and cause, that as many as would
not worship the image of the beast should be killed.
(16) And he causeth all, both small and great, rich and
poor, free and bond, to receive a mark in their right

224. hand, or in their foreheads. ✷ Breakdown of the
*Insert ¶ 11*
scriptures pertaining to Job 1:12 - And the LORD said
unto Satan, Behold, all that he hath is in thy power,
only upon himself put not forth thine hand... Now,
I'm going to paraphrase a few scriptures from above to
paint the picture of erotion pretending to be Jesus but in the
shadows. Mark 14:61 Jesus is sitting on the right hand of
power. Mark 16:19 - Jesus ascends to heaven to sit on the right hand

225. of God. Revelation 13:13(paraphrased) The Beast does great
*Insert ¶ 11*
wonders(signs) by making fire come down from heaven. Revelation 13:16
The beast causes all to receive a mark in their right hand,
or in their forehead. Genesis 1:14 - God created lights in the firmament
of heaven to divide day and night, let them be signs, and for
seasons, days, and years. Isaiah 47 12-13 The daughter of Babylon
was rebuked by the prophet for her enchantments, sorceries, astrologers,
stargazers, and monthly prognosticators (in verse 11, he said her wisdom
and knowledge perverted her & she became PRIDEFUL). Mark 14:14 And

1  226. Jesus said, I am: and ye shall see the Son of man
   Insert ¶ ii
2  sitting on the right hand of power, and coming in
3  the clouds of heaven. Matthew 28:18-19 (19) And Jesus
4  came and spake unto them, saying, All power is given
5  unto me, in heaven and in earth. (20) Go ye therefore,
6  and teach all nations, baptizing them in the name of
7  the Father, and of the Son, and of the Holy Ghost; (20) Teaching
8  them to observe all things whatsoever I have commanded
9
10  247. you: and, lo, I am with you alway; even unto
   Insert ¶ ii
11  the end of the world. Amen. * Now in Job 1:12 God told
12  Satan that when it came to Job being tried, he had all
13  access to Jobs' possessions except he couldn't touch
14  Jobs' life with his hand. In the workforce (JOB) the
15  Boss has all the power of your money, hours, days,
16  and assignment just not over the individuals life in
17  a personal/physical sense. Mark 14:161 Jesus sits on
18
19  223. the right hand of power and comes in the clouds
   Insert ¶ ii
20
21  of heaven, Mark 16:19 Jesus sits on the right hand of
22  God, and Matthew 28:18 Jesus acknowledges All power is
23  given to him in heaven and in earth. So you can see Satan
24  taking power while hiding behind Jesus because he knows the
25  word, knows how to manipulate it, and use it for is own
26  wickedness. However, Mark 14:161 Jesus comes in the clouds
27  of heaven; then in Revelation 13:13 the beast (Satan) does
28  wonders (signs/miracles) by making fire come down from heaven

Civil Rights Complaint Pursuant to U.S.C. § 1983

229. Such as Astrology dealing with signs that they named in the
Insert ¶ #
sky & make fire come down symbolizes Technology,
media, electricity, Lightening, and fireworks. All
these methods of making fire come down is Satans attempt
to solidify his worldly Kingdom as he uses space/universe
to attempt to show forth his power as if he's God the
ultimate creator Like what God did in Genesis 1:14- when
he first created lights in the firmament of heaven to separate

230. day from night, be as signs, seasons, days, and years.
Insert ¶ #
So if Satan is a replicator of the original that means
his Church is Babylon according to Isaiah 47:12-13
that talks about the woman and her sorceries, enchantments,
astrologers, stargazers, and prognosticators (which all
these symbolize Witchcraft) because its not the original
reason of why God created the lights in the firmament
and that means the readings are not coming from

(Prophetic)
231. the Holy Ghost but instead they are coming from
Insert ¶ #
demonic spirits) So they have the ability to transfer
into humans, possess them, and drive humans to
behave in abnormal ways, cause sicknesses, and/or
attach themselves in different areas dealing with a
persons' life. Speaking on Satan being a replica of God
(Yeshua), his hirelings the witches/sorcerers are only a
replica also known as a False Prophet(ess) because
they use other methods outside of Christ Jesus in order

77

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

232. to give people a false hope, a false sense of
   Insert ¶ #
direction, etc and even though the false prophet(ess)
may be right on their readings the main
question is what Spirit are they moving in because
that's what determines the purity of the word
That's spoken* See, Prophets are the mouthpieces
of God which is a position that cannot be taken
lightly because the LORD will hold every one of his

233. Prophets accountable for every word that has
   Insert ¶ #
been spoken in the LORDS' name. The Office
of a Prophet comes with a lot of responsibility,
accountability, etc. Prophets are called by God (Yahweh,
Jehovah, Yeshua) and not by man. However, God will
use another leader to confirm the prophetic gifting on a
persons' life then that person will go through life with
God Teaching them and Gods shepherds (apostles, evangelist

234. pastors & teachers) helping the prophet grow in their gift
   Insert ¶ #
The prophetic gift CANNOT be taught by worldly/secular
teachers. Prime example: I was going to school for psychology
and the LORD had me drop the class because psychology tries
to make sense of everything but God uses people and do things
that don't make sense to the human mind all the time. Now
there's two forms of the prophetic which is ① The Office of A
Prophet and ② The gift of prophesy* The GIFT OF PROPHECY
is a Gift of the Holy Spirit, every believer is encouraged

78
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  235. to prophecy, prophecy is for edification, exhortation, and
2  _Insert ¶ #_  comfort, prophetic utterance is a gift, a person that prophecy
3  is defind as a saint doing the work of the ministry of Christ
4  the gift to prophecy it for life. * The OFFICE of a prophet(ess)
5  is a gift from the Godhead, God chooses the prophet not
6  humans, the prophetic office is a gift that is used to train,
7  equip, direct, correct, warn and govern, the prophet is a
8  gift to the body of Christ, a prophet is a part of the five-fold
9
10  236. ministry to equip the saints, and the Office if a Prophet(ess)
11  _Insert ¶ #_  is for life. * The Characteristics of a False Prophet *
12  They point people back to themselves instead of to Jesus Christ
13  of Nazareth, they lack spiritual accountability, they
14  cause dissension/division within leadership and members
15  within the church body, they are not seeing or speaking
16  through the heart and eyes of God, they operate out
17  of anger, frustration, and hurt, they mislead people,
18
19  237. intentionally they cause people to rebell against God
20  _Insert ¶ #_
21  as they lead the people to worship false Gods (paganism),
22  their in it for self gain and not to edify the church as
23  the Body of Christ is a hospital. I Corinthians 14:10-12
24  There are, it may be, so many kinds of voices in the world,
25  and none of them is without significance. Therefore if I
26  know not the meaning of the voice, I shall be unto him that
27  speaketh a barbarian, and he that speaketh shall be a barbarian
28  unto me. Even so ye, forasmuch as ye are zealous of spiritual

79
Page Number

238 . gifts, seek that ye may excel to the edifying of the Church.
*Insert ¶ #*
Proverbs 18:21 — Death and life are in the power of the tongue:
and they that love it shall eat the fruit thereof. Matthew 15:18-20
(18) But those things which proceed out of the mouth come
forth from the heart; and they defile the man. (19) For
out of the heart proceed evil thoughts, murders, adulteries,
fornications, thefts, false witness, blasphemies: (20) These are
the things which defile a man: but to eat with unwashen

239 . hands defileth not a man. Psalms 45:1-2 (1) My heart
*Insert ¶ #*
is inditing a good matter: I speak of the things which I have
made touching the King: my tongue is the pen of a ready writer.
(2) Thou art fairer than the children of men: grace is poured
into thy lips: therefore God hath blessed thee for ever.
* The Mouth has a way of revealing what is in the
heart of man whether the words are spoken in private
or in public. Now, the false prophet(ess) or witches

240 . use ritualism, music, tarot cards, horoscope, etc to obtain
*Insert ¶ #*
results that they desire however it causes more harm than
good because they tap into demonic spirits to obtain
whatever results they desire but they fail to realize
that those demonic entities can overpower them because they
have opened up themselves and others to those spirits.
However, God will use a prophet to stand up against
what's attempting to destroy his people. So a lot of times
the prophet and prophetic ministry is rejected because people

241. are looking for temporary fixes since the root of a
_Insert ¶ #_
problem is too complex, painful, and time consumming
in order to correct the issue. When we are in this place it's
easier to listen to people who tell you what you want to hear
than to have to face the variety of emotions that show
up when you have been deceived, lied on or lied to, pushed
away, indoctrinated, misled, etc. However, the only way
for healing to truly happen is by people being willing to

242. accept the truth so that they can be set free.
_Insert ¶ #_
The Holy Ghost is the spirit of Truth, then there's the
spirit of error because the person didn't know any better
and finally the spirit of falsehood which is when a
person is intentionally deceiving people. Revelation 13:15-
And he had power to give life to the image of the beast, that
the image of the beast should both speak, and cause, that
as many as would not worship the image of the beast

243. should be killed. Romans 1:18-32 (18) For the wrath of
_Insert ¶ #_
God is revealed from heaven against all ungodliness and
unrighteousness of men, who hold the truth in unrighteousness;
(19) Because that which may be known of God is manifest
in them; for God hath shewed it unto them (20) For the invisible
things of him from the creation of the world are clearly
seen, being understood by the things that are made, even
his eternal power and Godhead; so that they are without
excuse. (21) Because that, when they knew God, they glorified

1  21⁴ him not as God, neither were thankful; but became
Insert ¶ #
2  vain in their imaginations, and their foolish heart was darkened.
3  ²² Professing themselves to be wise, they became fools,
4  ²³ And change the glory of the uncorruptible God into
5  an image made like to corruptible man, and to birds,
6  and four-footed beasts, and creeping things. ²⁴ Wherefore
7  God also gave them up to uncleanness through the lusts
8  of their own hearts, to dishonor their own bodies between
9
10  24⁵ themselves: ²⁵ Who changed the truth of God into a lie,
Insert ¶ #
11  and worshiped and served the creature; more than the
12  Creator, who is blessed for ever. Amen ²⁶ For this cause
13  God gave them up unto vile affections: for even their women
14  did change the natural use into that which is against nature:
15  ²⁷ And likewise also the men, leaving the natural use of the
16  woman, burned in their lust one toward another; men with
17  men working that which is unseemly, and receiving in
18
19  24⁶ themselves that recompense of their error which was meet.
Insert ¶ #
20
21  ²⁸ And even as they did not like to retain God in their knowledge,
22  God gave them over to a reprobate mind, to do those things
23  which are not convenient; ²⁹ Being filled with all unrighteousness,
24  fornication, wickedness, covetousness, maliciousness; full of
25  envy, murder, debate, deceit, malignity, whisperers, ³⁰ Backbiters,
26  haters of God, despiteful, proud, boasters, inventors of evil
27  things, disobedient to parents, ³¹ Without understanding, covenantbreakers,
28  without natural affection, implacable, unmerciful: ³² Who knowing

82
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  247. the judgement of God, that they which commit such
Insert ¶ #
2  things are worthy of death, not only do the same, but
3  have pleasure in them that do them. *** False Prophets
4  according to 2 Thessalonians 2:9-14 ⁹ Even him, whose
5  coming is after the working of Satan with all power and signs
6  and lying wonders, ¹⁰ And with all deceivableness of unrighteousness
7  in them that perish; because they received not the love
8  of the truth, that they might be saved. ¹¹ And for this cause

10 248. God shall send them strong delusion, that they should
Insert ¶ #
11 believe a lie: ¹² That they all might be damned who believed
12 not the truth, but had pleasure in unrighteousness. ¹³ But
13 we are bound to give thanks always to God for you, brethren
14 beloved of the Lord, because God hath from the beginning
15 chosen you to salvation through sanctification of the Spirit
16 and belief of the truth: ¹⁴ Whereunto he called you by our
17 gospel, to the obtaining of the glory of our Lord Jesus Christ.

19 249. * The methods of the False Prophets * 1 John 2:15
Insert ¶ #
20
21 ¹⁵ Love not the world, neither the things that are in the
22 world. If any man love the world, the love of the Father
23 is not in him. ¹⁶ For all that is in the world, the lust
24 of the flesh, and the lust of the eyes, and the pride
25 of life, is not of the Father, but is of the world.
26 ¹⁷ And the world passeth away, and the lust thereof: but
27 he that doeth the will of God abideth for ever. ¹⁸ Little
28 children, it is the last time: and as ye have heard that

83
Page Number

1  250. antichrist shall come, even now are there many
   *Insert ¶ #*
2  antichrists; whereby we know that it is the last time.
3  ⑲ They went out from us, but they were not of us; for
4  if they had been of us, they would no doubt have continued
5  with us: but they went out, that they might be made
6  manifest that they were not all of us. ✳ Let me break
7  down the words image, sound, logos after a few
8  scriptures to paint the TRUE PICTURE... Genesis 1:26-27
9
10 251 ㉔ And God said, Let us make man in our image, after
   *Insert ¶ #*
11 our likeness: and let them have dominion over the fish of
12 the sea, and over the fowl of the air, and over the cattle,
13 and over all the earth, and over every creeping thing that
14 creepeth upon the earth. ㉗ So God created man in his own
15 image, in the image of God created he him; male and
16 female created he them. Genesis 2:7-And the LORD God formed
17 man of the dust of the ground, and breathed into his nostrils
18
19 252. the breath of life; and man became a living soul...
20    *Insert ¶ #*
21 Here's the words ⒜ image ⒝ sound ⒞ logos breakdown ⒜ image
22 is imago in Latin meaning LIKENESS, appearance, statue,
23 idea, echo. To me image can also mean image (I+mage≐
24 eye magic meaning illusion) ⒝ sound root word in Greek is
25 phone. Sound is a type of wave motion that originates as the
26 vibration of a medium. In order to speak or sing, you
27 must add sound to letters. So in this breakdown of sound
28 I am going to use the Phoenician Alphabet which is the

                        94
                     Page Number

253. Early Linear Script that was used to write the
*Insert ¶*
Early Iron Age Canaanite languages. The 14th letter
in the Phoenician alphabet is nūn which is the phonemic
representation of N and the numerical value of 50.
Nun is believed to be derived from an Egyptian hieroglyph
of a snake (serpent). In all languages the "n" represents
the alveolar nasal. The voiced alveolar nasal is a
type of consonantal sound used in numerous spoken

254. languages. The symbol in the international Phonetic
*Insert ¶*
Alphabet that represents dental, alveolar, and
postalveolar nasals is "n". A dental consonant is
a consonant articulated with the tongue against
the upper teeth. Alveolar consonants are articulated
with the tongue against or close to the superior alveolar
ridge, which is called that because it contains the
alveoli (the sockets) of the upper teeth. Post-alveolar

255. consonants are consonants articulated with the tongue
*Insert ¶*
near or touching the back of the alveolar ridge. The Phoenician
alphabet was used to write the Early Iron Age Canaanite
languages, subcategorized by historians as Phoenician,
Hebrew, Moabite, Ammonite, Edomite, as well as Old Aramaic.
Logos in Ancient Greek means word, discourse, or reason
thats used in Western philosophy, psychology, and rhetoric; it
connotes an appeal to rational discourse that relies on inductive
and deductive reasoning. In Christianity "Logos" means

256. The Word of God (John 1:1 - In the beginning was the Word, and the Word was with God, and the Word was God). See, this is why the deception has been so much when it comes to spells, cross of words, and playing with the Bible in the form of manipulating, indoctrinating, controlling, labeling, stealing, and altering. This has occured using ① Image ② sound, ③ Logos because whoever governs the Word of God as

257. A Steward is who controls or frees the people and their inheritance. So in this case we can see their motive at heart, which is their ability to play God in order to flee from judgement. Basically, while they're playing as God (False messiah) with their weapons of sorcery they are also leading people into Idolatry. They are also fleeing from judgement by pretending to be somebody that they are not and that's also how extortion is happening.

258. All this means is that the false prophets (messengers) represents Revelation 13:11 - And I beheld another beast coming up out of the earth, and he had two horns like a lamb, and he spake as a dragon. *That sums up the three words ① image = eye magic (appearance) ② sound - phone in Greek, and in the Phoenician Alphabet the letter n (representation) which is the word nun that resembles a snake (serpent) in Egyptian hieroglyphs. Another meaning of nun (female) is the word Monk (male) and they are found in the religions of Catholicism, Lutheranism, Oriental Orthodoxy

Bw

Page Number

1  259 . Eastern Orthodoxy, Calvinism, Angelicanism, and Methodism.
   Insert ¶ #
2  They are also found in Indian Religions such as Hinduism,
3  Buddism, and Jainism. ① Logos = word, discourse or
4  reason. Discourse means - written or spoken communication
5  or debate. The word discourse is derived from the Latin
6  prefix "dis" meaning "away" and the root word "currere" meaning
7  "to run" and refers to the way that a conversation flows.
8  To study discourse is to analyze the use of spoken or
9
10  260 . written language in a social context. Logo also represents
    Insert ¶ #
11  a graphic mark, emblem, or symbol used to aid and
12  promote public identification and recognition (it can also
13  include text of the name it represents as in a wordmark).
14  Logo is another form of trademark or branding (sounds
15  like mark of beast in the forehead because of perception due
16  to the fact that logos originally stands for The WORD of God and
17  not the words of the World) 2 Corinthians 4:1—    Therefore
18
19  261 . seeing we have this ministry, as we have received mercy,
    Insert ¶ #
20  we faint not; ② But have renounced the hidden things of
21  dishonesty, not walking in craftiness, nor handling the
22  word of God deceitfully; but by manifestation of the truth
23  commending ourselves to every man's conscience in the
24  sight of God. ③ But if our gospel be hid, it is hid to them
25  that are lost: ④ In whom the god of this world hath blinded
26  the minds of them which believe not, lest the light of the
27  glorious gospel of Christ, who is the image of God should shine unto them.

262. Another example of false prophets handling the word of God deceitfully to blind the minds of humanity in order to keep them in darkness and away from Jesus Christ of Nazareth being their savior is: Revelation 1:8 I am the Alpha and Omega, the beginning and the ending, saith the Lord, which is, and which was, and which is to come, the Almighty. The word Alpha means: 1st letter of Greek alphabet, the vowel sound represented by this letter (a) ① Alpha, Astronomy

Insert ¶ #

263. used to designate the brightest star in a constellation. ② Chemistry (of an animal) having the highest rank in dominance of hierarchy: the alpha female of an elephant pack. Next, the word alphabet= alpha = above definitions + bet = second letter in Phoenician alphabet and the letters name means "House" now put them together and you get Alpha = Astronomy + bet = house (Astronomy House or House of Witchcraft) then omega = the 24th letter in the greek alphabet which is the last letter and the word omega means "great O". Finally before I add it up the

Insert ¶ #

264. last part is the movie Alpha and Omega for kids in which Alpha is a female wolf and Omega is a male wolf. Now, all this sum up to ① The movie Alpha and Omega equals Wolf(Beast) = "I.MAGE (eye magic)" ② The Alphabet equals to "Astronomy House, House of Witchcraft, Babylon" meaning "Sound-Phone in Greek" ③ The word Alpha equals 1st letter of greek alphabet, the vowel sound of the letter (a), Alpha, Astronomy, Alpha Centauri (triple star system in southern constellation of Centaurus/south pole) meaning "LOGOS" equals the mark of Beast in Hand (phone) & Forehead (movies, tv, digital realm) Technology

Insert ¶ #

88
Page Number
Civil Rights Complaint Pursuant to U.S.C. § 1983

* They swapped WHICH with WITCH because it's mentioned 3 times symbolizing TRINITY (Alpha Centauri) not the Father, Son, and Holy Ghost... (Revelation 1:8)



## SEASONS of The False Prophets Deception, Pimping & Harlotry

The End of their

1  2u5. False prophets (THEIR END) Matthew 7:15 ⑱ BEWARE
Insert ¶ #
2  of false prophets, which come to you in sheep's clothing,
3  but inwardly they are ravening wolves. ✳ Now let's go
4  to Genesis 1:14 - And God said, let there lights in the
5  firmament of the heaven to divide the day from
6  the night; and let them be for signs, and for seasons,
7  and for days, and years,... Here are a few seasons
8  and Holidays that have a different meaning or

10  2u6. overlooked meaning. #1 Autumn, also know as Fall
11  Insert ¶ #
12  has Halloween in its season. Ironically, by autumn
13  being labeled as fall and Halloween being labeled
14  All Hallow's Eve, this pagan holiday is demonic,
15  satanic, and full of devil worship as it indoctrinates
16  the children since the children are the next generation.
17  Autumn/Fall indirectly glorifies the serpent for
18  causing Eve to fall in the garden. Genesis 3:1 - Now

19  2u7. the serpent was more subtile than any beast of the
20  Insert ¶ #
21  field which the LORD God had made. And he said unto the
22  woman, Yea, hath God said, Ye shall not eat of every tree
23  of the garden ✳ This was the first voice (sound) that
24  Eve heard after being created. This was the first
25  time the serpent twisted the word of God (Logos).
26  Genesis 3:4-5 ④ And the serpent said unto the woman,
27  Ye shall not surely die: ⑤ For God doth know that
28  in the day ye eat thereof, then your eyes shall be

89

1  268 : opened, and ye shall be as gods, knowing good
2  *Insert ¶ #*  and evil. ⑥ And when the woman saw that the tree
3  was good for food, and that it was pleasant to the eyes,
4  and a tree to be desired to make one wise, she took
5  of the fruit thereof, and did eat, and give also unto
6  her husband with her, and he did eat. ✳ This is the second
7  time she heard his voice (sound) as he twisted the word
8  of God (logos) just to plant a picture in her head

10  269. (image). Genesis 3:7-8 ① And the eyes of them were
11  *Insert ¶ #*  both opened, and they knew that they were naked; and
12  they sewed fig leaves together, and made themselves
13  aprons. ② And they heard the voice of the LORD God
14  walking in the garden in the cool of the day: and Adam
15  and his wife hid themselves from the presence of the
16  LORD God amongst the trees of the garden. ✳ This
17  is where her eyes opened however they were naked so

19  270. they made them some clothes to cover up their nakedness
20  *Insert ¶ #*  which makes sense on why clothing is a tool people use
21  to project a certain image in society. This is also how
22  Figueroa became a hoe street where women walk
23  around naked to make some money. This is also
24  a representation of the police showing up on prostitution
25  streets and the men and women hide themselves when
26  they see or hear the police, like Adam & Eve did to God. Mind
27  you, this passage also shows that Eve finally heard the

1  ¾L Lords voice; however it was after the serpent had already
   Insert ¶ #
2  talked to Eve and caused them to fall. So basically, Autumn
3  symbolizes Adam and Fall symbolizes going downward and
4  the Halloween symbolizes Hollow Eve. This is crossing of
5  words also known as twisting words which is exactly what
6  the serpent did to Eve. The crossing of words is where
7  perversion (A twisted truth) and witchcraft (word curses) were
8  birth out in the garden of Eden when Eve believed the

10 272. serpent then ate of the tree of good and evil. In this
   Insert ¶ #
11 season the serpent used the same tactics perversion (a twisted
12 truth) and witchcraft (word curses) however this time the tree
13 of good and evil (knowledge) was "MONEY", the perversion used as weapons
14 in this season is sexuality, identity, education, career, technology,
15 religion, family, faith, Bible, morality, etc. The witchcraft used as weapons
16 are spells, lies, slander campaigns, influential peddling, obstruction
17 of justice, and Biblical scriptures used to manipulate, exploit,

19 273. blackmail, etc. the people. So, what happened here is
   Insert ¶ #
20 something we see everywhere in the world right now. It was
21 the enemy intentionally using such tactics against the people
22 so that they'd fall which then helps him profit off of the
23 demise, destruction, downfall, and/or death so that he can
24 advance his kingdom. Another name that goes with
25 Autumn/Fall is the words "Harvest Season" which is considered
26 the gathering of the fruit of ones labor. That means the enemy
27 has used the words Autumn, Fall, Halloween (Hallow Eve), and
28

91

Page Number

274. Harvest Season to indirectly mock Adams fall behind
Insert ¶ #
Eve listening to the serpent which caused their disobedience to
God to cause them to produce the serpent a harvest. The
word "Hallow" means to make holy, sanctify, consecrate, to
honor as holy; consider sacred; venerate, to hallow a battlefield.
The etymology of the word "ween" is the slang word
for penis. Venerate means to regard with great respect;
revere. Eve is defined as: ① the evening or the day before a

275. special day ② Mother of all living (Genesis 3:20). * In
Insert ¶ #
the Western Christian practice, the liturgical (customary public
ritual of worship) celebration begins with its first vespers (evening
prayer) in Catholic Latin/Eastern rites, Eastern Orthodox, Oriental Orthodox,
and Lutheran liturgies, on the evening of 31 October, All Hallows
Eve (All Saints Eve) and ends at the compline (night prayer) of
1 November. This is the day before All Souls Day (the commemoration
of the poor souls in purgatory and gain them indulgences) on 2 November.

276. Roman Catholics take part in this portion of Allhallowtide (a
Insert ¶ #                                    "Allhallowtide"
3 day religious observation called a triduum). Allhallowtide is a "time"
to remember the dead, including martyrs, saints, and faithful
christians. Hallowsday (All saints'day) and thus of its vigil (Halloween)
was established for Rome perhaps by Pope Gregory III (731-741)
and was made of obligation throughout the Frankish Empire
by Louis Pious in 835. In the 11th century All Souls Day was
popularized, after Abbot Odilo established it is a day for the monks
of Cluny and associated monasteries to pray for the dead. * When

92
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

277. I see "Allhallowtide" being called a triduum to me
*Insert ¶ #*
it symbolizes a "false Trinity"; in fact it doesn't symbolize
anything because it is a "false trinity" when it comes to
Christianity and I have many reasons for renouncing
this as a part of Christianity. The first reason is since
the church was "built" off of Jesus' then the only Trinity is
The Father, The Son, and The Holy Ghost. The second reason is
Luke 20:38 - For he is not a God of the dead, but of the living:

278. for all live unto him. Matthew 8:21-22 And another of
*Insert ¶ #*
his disciples said unto him, Lord, suffer me first to go and
bury my father. (22) But Jesus said unto him, Follow me;
and let the dead bury their dead. Numbers 16:11 - And the priest
shall offer the one for a sin offering, and the other for a
burnt offering, and make an atonement for him, For that
he sinned by the dead, and shall hallow his head that same
day. Numbers 16:48 - And he stood between the dead and the

279. living, and the plague stayed. Numbers 19:11 - He that toucheth
*Insert ¶ #*
the dead body of any man shall be unclean seven days.
Numbers 19:16 - And whosoever toucheth one that is slain with
a sword in the open fields, or a dead body, or a bone of a man, or
a grave, shall be unclean seven days. Finally, 3rd reason, is because
God says let the dead bury the dead; so ritualism
and days of religious prayers for the dead are all
done in vain & they go against the words of Christ which
means they symbolize the Anti-Christ & To conclude this

93

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

230: topic using a steganography for the words Autumn, Fall
*Insert ¶ H*
Halloween (HallowEve) and Harvest Season I will decode a
perverted meaning hiding in plain sight. HallowEve= Holy Mother
of all living + Halloween= sanctify the penis + Autumn=
of Adams + Fall= Falling nature + Harvest Season (put it all together)
Holy mother of all living sanctify the penis of Adams Falling
nature; holy mother of all living sanctify the evening of November
2ⁿᵈ as All souls day in remembrance of the harvest season

231. of the dead (this is just what I got from looking at the
*Insert ¶ 8*
words. But when I was researching Thanksgiving because its the
next holiday, which is still considered to some as being Autumn
also known as fall, I found under Black Friday MY 2 aunts and
one of their husbands plus I found the word SACS. The
word SAC means Southern Association of Colleges and Schools. It's
headquarters are in North Druid Hills Georgia near Decatur in
the Atlanta Metropolitan area and Decatur Georgia is where my

232. partner was born. So this confirms my halloween assumption
*Insert ¶*
about Adam and Eve.) Let me also breakdown "Allhallowtide"
which is called a triduum according to Catholicism. As I said
before triduum is a false trinity because its for the dead and
God is a living God. "Allhallowtide" means "Hallow= consecrate" +
"tide= flood" (put it all together) Total consecrated flood" and since
its pertaining to the dead it will be a "totally consecrated flood
of the dead (from October 31- Nov 2)". I cast out any spirit of
infirmity that came into people's lives through pride, rejection,

94
Page Number

233. trauma, accidents, witchcraft in the name of Jesus Christ
*Insert ¶ #*
of Nazareth. Lord, I command all spirits of lust, perversion,
adultery, fornication, uncleanness, and immorality to come
out of our sexual character in the name of Jesus Christ of
Nazareth. I command all spirits of witchcraft, sorcery, divination,
and occultism to come out in the name of Jesus Christ of Nazareth.
I speak to all generational and hereditary spirits operating in
our lives through curses to be bound and cast out in the

234. name of Jesus Christ of Nazareth. I command all
*Insert ¶ #*
spirits operating in my back, spine, sexual organs, skeletal
system, stomach, navel, abdomen, mind, heart, spleen, kidneys
liver, pancreas to come out in the name of Jesus Christ of
Nazareth Amen ✳ Autumn, also known as Fall
has Thanksgiving in its season. The story of Thanksgiving
is stated to had been first celebrated on September 8, 1565
in St Augustine, Florida. It was the Native Americans and

235. Spanish settlers that held a feast as the Holy Mass was
*Insert ¶ #*
offered. A second Thanksgiving celebration occurred on American
soil on April 30, 1598 in Texas when Don Juan de Oñate declared
a day of Thanksgiving to be commemorated by the Holy Sacrifice of the
Mass. The Catholics considered Squanto, the Native American man
to be the beloved hero of Thanksgiving. Squanto mediated
between the Puritan Pilgrims and the Native Americans. He
had been enslaved by the English but was freed by Spanish Franciscans.
Squanto was a baptized Catholic Native American who

Civil Rights Complaint Pursuant to U.S.C. § 1983

286. orchestrated what became known as Thanksgiving. ✱. The
Insert ¶ #
Franciscans are a group of related mendicant (Roman
Catholic religious orders that have adopted for their male members
a lifestyle of poverty, traveling, and living in urban areas for
purposes of preaching, evangelizing, and ministry to the poor.)
Other mendicant orders are : Order of the Most Holy Trinity and
of the Captives (The Trinitarians) the founding-intention for the order
was the ransom of Christians held captives. In addition to ransoming

287. Christian captives their ministry included hospitality, care of the
Insert ¶ #
sick and poor, churches, education, etc. The ransom is for the Christians
that are held captive by Muslims. The Order of Preachers also known
as the Dominican Order was founded to preach the gospel and to
oppose heresy. The order is famed for its intellectual tradition by
having produced many leading theologians and philosophers. This
order was also into Mysticism which refers to the conviction that
all believers have the capacity to experience God's love and that this

288. love may manifest itself through brief estatic (religious ecstasy)
Insert ¶ #
(ecstacy- is also a drug pill people use to get high and enjoy sexual pleasures)
experiences, such that one may be engulfed by God and gain immediate
knowledge of him, which is unknowable through the intellect alone. (No
wonder ecstasy was so big in the black communities.) The Patron
Saints under this order is Saint Dominic (Dominic de Guzman; born in
present day Castile-Leon, Spain) He is the patron saint of astronomers
and natural scientists. Saint Mary Magdalene the one who witnessed
the crucifixion & burial of Jesus plus she was the first person to see

96
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  2089 . him after the Resurrection. Mary Magdalene is the patron
   Insert ¶ #
2  Saint of Apothecaries (pharmacist and chemist), Arahal, Spain (a place
3  in the path where stopping to rest) in Arahal, Spain there are a few
4  monuments like Nta-Sra- de la Victoria Church, Vera-Cruz church
5  (founded by Knights Templar which is a Military order of the Catholic Church),
6  Nta Sra. del Rosario convent (of the Rosary Convent), San Roque Church
7  (patron against diseases and healer of contagion of all kinds), Santa Maria
8  Magdalena parish-church, and finally San Antonio Hermitage (retreat).
9
10 290 . Atrani, Italy (sound like a tranny. akn transexual), Casamicciola
   Insert ¶ #
11
12 Terme (Main Sights : Church of Saint Antonio al Mortito dedicated to Saint
13 Anthony of Padua born in Lisbon Portugal, was given the title Doctor
14 of the Church. Anthony's attributes consisted of the : Franciscan
15 habit, lily (purity, innocence, and rebirth), book (a medium for recording information)
16 tonsure (practice of cutting or shaving hair as a sign of religious humility or devotion
17 in Catholicism; * I believe this is hypocrisy because Sampson was an Israelite warrior
18 and judge who was known for his prodigious strength that came from his hair, until
19
20 291 . Delilah found out where his strength came from then she cut his hair to
   Insert ¶ #
21 weaken him), holding the Infant Jesus, mule (a hybrid between a female horse
22 and a male donkey meaning Jackass. Anthony of Padua is the patron
23 saint of Custody of the Holy Land (the mission of the Custody of the
24 Holy Land is to guard "the grace of the Holy Places" of the Holy
25 Land and the rest of the Middle East, "sanctified by the presence
26 of Jesus" as well as pilgrims visiting them, on behalf of the Catholic
27 Church. Activities owned by the Franciscan order are : Terra Santa
28 College in Nicosia, Cyprus, and Magnificat Institute in Jerusalem. The

Civil Rights Complaint Pursuant to U.S.C. § 1983



292. Custody has a communication department in charge of the official media in the Holy Land, which is based at the Terra Sancta College in Jerusalem that has a multimedia centre broadcasting news programmes in different languages, an editorial office of the Christian Media Center and the Terre Sainte Magazine in French.) Anthony of Padua is patron saint of Miracles (my daughter who is in foster custody name), travelers, finding one's spouse (sounds like cupid), pregnancy (I haven't been able to conceive with my

293. partner Antonio), harvests (all my resources have been held/dried up for 6 years) animals, lost souls (there's many of those like never before), lost people (people been disappearing), poverty (USA is in a famine), sterility (my partner), the sick (USA was hit with Covid 19 killing thousands of people), the disabled (USA is full of disabled people), the oppressed (all over the world), the hungry (All over the world), the elderly (All over the world), faith in the Blessed Sacrament, sailors, fishermen (had more said winners for Jesus) watermen (paganism: Poseidon, Oceanus, Amphitrite, etc); swineherds, mail carriers (my mail and other people mail has been tampered with), counter-revolutionaries, indigenous

294. peoples of the Americas, etc.) Now back to Mary Magdalene. (where I found Anthony of Padua) She is the patron saint over the rest of these. Ischia (Italian Island in the Tyrrhenian Sea), contemplative life (lifelong journey to God in prayer and worship), converts (religious conversion), glovers (maker of gloves), hairdressers, Hawitt (a province of Cavite, Philippines whose sister city is Sakegawa, Japan), Amadeo, Cavite (in Philippines), Magdalena (Laguna Philippines), Santa Magdalena (in Philippines), perfumeries, people ridiculed for their piety (piety = virtue), pharmacists, Pililla (in Philippines), penitent sinners, tanning (is

1  295. the process of treating skins and hides of animals to produce leather,
Insert ¶ #  Saint
2  Sexual temptation, and women. Catherine Siena attributes are:
3  ring, lily, cherubim (a winged angel according to bible), crown of thorns (was
4  placed on Jesus head for his crucifix), stigmata (body wounds that appear in
5  areas corresponding to the wounds of Jesus Christ), crucifix, book, heart,
6  skull, dove, rose, miniature church, miniature ship bearing Papal
7  coat of arms (mark of beast in my eyes). St Catherine Siena is the patron
8  saint of: against fire, bodily ills, people ridiculed for their piety, nurses,
9

10  296. Sick people, miscarriages, Europe, Italy, Diocese of Allentown,
Insert ¶ #
11  Pennsylvania, US; Bambang Nueva Vizcaya (in Philippines), and Samal
12  Bataan (Philippines). You have just read the 3 saints, their
13  attributes, and patronage (what/who the "protect or pray for; The 3
14  saints under the Dominican Order that you just learned about was
15  St Dominic, St Mary Magdaline, and St Catherine. Before I go back
16  to St Francis, I will name a few more saints over certain
17  topics. ① St Cecilia attributes: flute, organ, roses, violin, harp, Baritone,
18

19
20  297. harpsichord, songbird, singing. St Cecilia patron of: Hyms, great
Insert ¶ #
21  musicians, luthiers, poets, Albi, France, Archdiocese of Omaha, Mar del
22  Plata, Argentina (Pope Francis is from Argentina), Pipe Organs ② Saint
23  Jesus Malverde born in Sinaloa Mexico. Jesus Malverde
24  is patron of Mexican drug cartels, drug trafficking, outlaws,
25  bandits, robbers, thieves, smugglers, people in poverty (he
26  became a saint in Sinaloa, Folk Catholicism) ③ St Maximilian
27  attributes: Franciscan habit, Rycerz Niepokalanej (a Polish Roman-
28  Catholic monthly magazine), Nazi concentration prison uniform,

99
Page Number



1  298. Nazi concentration camp badge, crucifix, rosary. He is
*Insert ¶ ü*
2  the patron of: families, recovery from drug addiction, prisoners,
3  amateur radio operators, journalists, political prisoners, pro-
4  life movement, esperantists, Militia immaculate (army of the immaculate)ate
5  one) His face was also commemorated on a West Germany stamp in
6  1973. ③ St Genesius of Rome is the patron saint of: Actors, playwrights,
7  clowns, comedians, comics, converts, dancers, musicians, printers,
8  stenographers, epileptics, thieves & torture victims. ⑤ Saint  Columba

10  299. of Spain they celebrate her on September 17 annually (*this
*Insert ¶ #*
11  is my partners birthdate). St Columba of Spain is the patron of
12  magic, witches, magicians, wizards, hags, andorra, chevilly
13  galicia. Her shrine is at Old Castle, priory of St Columba and the
14  royal Abbey of Our Lady at Najera. ⑫ Saint John Bosco is the
15  patron of christian apprentices, editors, publishers, students, young
16  children, magicians, juvenile delinquents, Piura Peru, Brasilia
17  Brazil ⑦ St Albertus Magnus aka Albert the Great/Albert

19  300. of Cologne he is the patron of those who cultivate the
*Insert ¶ #*
21  natural sciences, medical technicians, philosophers, and scientists.
22  His scientific career fields were: natural science, alchemy, jurisprudence,
23  diplomacy, theology, and Natural philosophy. His main interests:
24  philosophy, physiology, mineralogy, astrology, geography, astronomy,
25  music theory, natural science, alchemy, jurisprudence, diplomacy,
26  theology, and natural philosophy. **** Returning to The
27  franciscans (explanation) they are a group of related mendicant
28  Christian religious orders within the Catholic Church. It

$\frac{100}{\text{Page Number}}$

1  301. Was founded in 1209 by the Italian saint Francis
Insert ¶#
2  of Assisi, the Order of Friars Minor was for men. Their
3  Motto is: Peace and the good and their ministry consisted of
4  preaching, missionary, educational, parochial, & charitable
5  works. the Order of Saint Clare which is the Franciscan's
6  Second branch was founded by Clare of Assisi and Francis
7  of Assisi on Palm Sunday, this order is for nuns. St.
8  Francis had a third order which was for people
9
10 302. of both sexes that were married but couldn't leave
Insert ¶#
11 the world or abandon their avocations, but still were part
12 of the Franciscan movement. He also had a Secular Franciscan
13 order that let men and women make a spiritual commitment
14 to their own Rule. however the Secular Franciscan fraternities
15 can not exist without the assistance of the first and
16 second Franciscan Order. Since Clare of Assisi is one of
17 the founders for the Order of Saint Clare (2nd branch of the
18
19 303. Franciscan Order) I will describe her attributes: Monstrance,
Insert ¶#
20
21 Pyx (boxwood receptacle), lamp, habit of the Poor Clares. Saint
22 Clare is the patron of: eye disease, goldsmiths, laundry, television,
23 bicycle messengers, good weather, needleworkers, remote
24 viewing, extrasensory perception, Santa Clara, California;
25 Santa Clara Pueblo, New Mexico, Obando, Bulacan, Philippines.
26 Saint Francis attributes were: Franciscan habit, birds, animals,
27 stigmata, crucifix, book, and a skull. Saint Francis of
28 Assisi was patron of: Franciscan Order, poor people, ecology,

304. animals, stowaways, merchants, Aguada (town in Puerto Rico); Naga, Cebu (in Philippines); Balamban, Cebu (in Philippines), Dumanjug, Cebu (in Philippines); General Trias (in Philippines), and Italy (THE END OF THE FRANCISCANS under Saint Francis of Assisi). Finally, here are a few names of people and places with the word "Franc" in the beginning? In year 1539, France was the 1st country to establish a nationwide population register using the Catholic parish register. ① Francis Solanus born

305. March 10, 1549 - July 14, 1610 was a Spanish Friar and Missionary in South America, belonging to the Order of Friars Minors (the Franciscans) and is honored as a saint in the Roman Catholic Church. He is the patron saint of ARGENTINA, BOLIVIA, CHILE, PARAGUAY, PERU, also against earthquakes. He was born in Montilla, Spain and he died in Lima, Peru! ③ Francis Albert Lai born in Nice, Alpes-Maritimes, France. He was a Film score

306. composer who did music for film. ④ Francis Patrick Mary Brown was a distinguished Irish Jesuit and a prolific photographer (did the photos of RMS Titanic). He also was a military chaplain during First World War. He was born in Cork, Ireland and died in Dublin, Ireland. ⑤ Francis Brown Wai was born in Honolulu, Hawaii and he died in Leyte Philippines. He was a US Army Captain who was killed in action the liberation of Philippines Island from Japan (End of Topic for Thanksgiving which led me to the Franciscans). Some people call thanksgiving "FRANKSGIVING" because of Franklin D. Roosevelt.

357. Black Friday is not an official holiday in the U.S.
*Insert ¶ #* at California and some other states observe "The Day After
Thanksgiving" as a holiday for state government employees.
The SouthPark neighborhood of Charlotte, North Carolina is
the most traffed area of the U.S. on Black Friday. The neighborhood
was once a part of a 3,000 acre (1,200ha) farm owned by former
North Carolina Governor Cameron Morrison. The front
entrance to the mall is on Sharon Road. * Right here,

308. under the Black Friday topic posed on SouthPark I see
*Insert ¶ #* my aunt Charlottes name in whom she is married to
Morris' her husband and then I see my Sharon's
name as well and she's my other aunt (they both worked
with kids) plus she's Charlottes older sister as well.) Then,
when you scroll down and click on Transportation infrastructure
(wikipedia search SouthPark, Charlotte) you will see bus #'s for their
transit system (C.A.T.S = Charlotte Area Transit System); #29 (UNC Charlotte/

309. Crosstown) click on UNC Charlotte and it will redirect you
*Insert ¶ #* to University of North Carolina at Charlotte then you will see the
school information. When you see accreditation is shows SAC and
and a little further down you see the word Chancellor with the
name Sharon Gaber (mind you Sharon is the name of my aunt
who worked at a childcare, Sharon is also the mom of my cousin
Dometka (who messed with me when I was around 7 (incest/homosexuality)
and Sharon has a son named Steven who messed with me til I was
almost 11 years old (incest) all behind another parties witchcraft,

310 . pervasion, narcissism, Scandal, etc. that was coming
*Insert ¶#*
from people misusing their position of power that was supposed
to lead people to Jesus Christ of Nazareth in Italy. Messed my
head up to actually come to the reality of the depth of my path
that was stemming from a part of the world that I've never
seen. But to make things worst in order to confirm my statement
then return to the rest of my story let me show you Italy's (Babylon/Rome)
scandal that reaches "ALL OVER THE WORLD". Catholicism

311 . is a Christian church that "VENERATE" (to honour or very
*Insert ¶#*
much respect a person or thing) basically to venerate means
to "reverance, worship". Catholicism venerates people & things
who they feel are worthy of being given respect for their
attributes or past accomplishments. Now there's nothing wrong
with wanting to respect the accomplishments of others from
the past because that's how generations learn from each other.
Disclaimer: what I am about to say will open your mind to another

312 . Level of thinking that comes from the wicked, depraved, and
*Insert ¶#*
perverse mind of the enemy but it will also confirm why God
gave certain commandments to protect His people. Now, the way that
Catholicism venerates people or things is in a form of Idolizing
the dead while attempting to control the present so that they
can ensnare the future generations. "Let me pin their moves so that
I can paint their picture and I'm going to paint their
picture so that "You" may be able to pin their moves (quote by
Victoria Dillwunt LoL) ① They put a seal on you at birth (footprint,

313. birth certificate, social security number ③ They have their
*Insert ¶ #*
professionals monitor your whole life (pediatrician, dentist, etc)
* Please remember this Beast is a system with Billions of peoples identity
inside that it controls & NOBODY is EXCEMPT WHETHER YOU ARE RICH, POOR, FREE,
or BOND & race doesn't MATTER PERIOD!!) Now, I understand there were
systems before this time however those were destroyed but the one that
has been put in place today came from Catholicism and France was
the first country to use their registry in 1539 (the Catholic Parish Registry).

314. See, people fail to realize that while Europeans were playing
*Insert ¶ #*
the game "Scatter Africa" the mother land that they were learning
other peoples way of living, culture trends, inventions (like Asia,
Egypt, Babylon, etc) so that they could build, divide to conquer,
steal/replicate to rename as their own. They wrote things
down in their own words (better yet in their own languages) because
playing with sound and words is a subtle way to manipulate
a person who lacks the knowledge of the truth which brings me

315. to my next point) ③ As a child (modern days) you are expected
*Insert ¶ #*
to go to school in order to learn what is necessary to be
accepted in their system (professional field) because they
know you gotta make money to live in their world (but what
people fail to realize is in their world they make money off of
you being in their system as soon as your born and they use
you to make money as soon as you die. Ex: funeral, debt, fraud, etc.).
④ In the professional field they make money off of you,
they also tax you (which is more money), then you have to

105
Page Number

316. pay them to live (bills, entertainment, food, travel, child care, etc)
*Insert ¶ #*
now when I say them I talking about the chain of command
that consist of countries debt, international trade, governments
(federal & state), Corporations, & even streets (depending on the person).
⑤ Now to bring it full circle and back to European & Catholicism,
Europe Kings & Queens rule different countries under different
titles. The Roman Catholics have their churches planted in
different countries under different titles (ex: ArchDiocese of Atlanta

317. Catholic Church, East Orthodox Catholic Church, Roman Catholic
*Insert ¶ #*
Church, etc) also different positions of hierarchy such as Pope,
priest, nun, etc and they have sub categories that range
from Education, Hospitals, Finances, military orders,
etc. So with all this being said, here's two kingdoms
that worked together on conquering everybody else until
the other kingdom got out of hand and moved with betrayal.
⑥ However, the betrayal came into full affect after

318. the legalization of same sex marriages in 2015 because
*Insert ¶ #*
same sex marriage (under Barack Presidency) is when the
spirit of Perversion was activated which only means
a twisted truth. So, what that did was Awaken the dead, the
demons, witches, etc that was already put into place
by the idolatry of both Kingdoms which consisted
of them coveting, stealing, & entertaining the paganism
of other peoples religions now don't mistake that I
am saying that it didn't exist already because thats not what I am
saying instead I am saying the mixing of the religions caused strange fire.
So the confusion at hand _____ is because of the truth and the lie
colliding.



1  319. ==Christmas December 25==
2  Insert ¶ #
3  Christmas is an annual festival commemorating
4  the birth of Jesus Christ, observed primarily on
5  December 25 as a religious and cultural celebration
6  among billions of people around the world. The
7  history behind Christmas is vague so I will break
8  down Santa Claus also known as Father Christmas,
9  Saint Nicholas, etc. Since Saint Nicholas is venerated

10  320. by the Catholic church I will talk about him. He was
11  Insert ¶ #
12  born March 15, 270 (Roman Empire) and he died December
13  6, 343 (Roman Empire, Diocese of Asia). Little was known about
14  the historical Saint Nicholas however one of his most famous
15  incidents from his life is that it was said that he rescued three
16  girls from being forced into prostitution by dropping a sack
17  of gold coins through the window of their house each night
18  for three nights so their father could pay a dowry for each

19  321. of them. Saint Nicholas is the patron saint over these
20  Insert ¶ #
21  categories: children, coopers, travelers, sailors, fishermen,
22  merchants, broadcasters, the falsely accused, repentant
23  thieves, brewers, pharmacists, archers, pawnbrokers, unmarried
24  people, prostitutes, Prilep, Aberdeen, Galway, Russia, Greece,
25  Hellenic Navy, Liverpool, Bari, Siggiewi, Moscow, Amsterdam,
26  Lorraine, Royal School of Music and Duchy of Lorraine, students
27  in various cities and countries, around Europe & Russian Navy.
28  Another thing about Saint Nicholas is that he was a monk

107

Page Number

1  322. and he was born in Patara, Turkey. ✱ After Saint Nicholas
2  Insert ¶ #
   the prominence of Christmas Day increased gradually after
3  Charlemagne, also known as Charles the Great who was
4  King of the Franks (a Germanic speaking people whose land was
5  divided into different kingdoms like ① West Francia became the
6  Kingdom of France, East Francia became the kingdom of Germany,
7  and Middle Francia became the kingdom of Lotharingia, in the
8  north, Kingdom of Italy in the south, and the kingdom of
9
10 323. Provence in the west.) Charles the Great was King of
11 Insert ¶ #
   the Franks from 768 when he was crowned as the Emperors
12 of the Romans by Pope Leo III on December 25, 800. Pope
13 Leo III was the bishop of Rome (the pope which was head of the
14 worldwide Catholic Church and he was ruler of the papal states
15 which were the major states of Italy.) ✱ So basically if Christmas
16 is supposedly the day to worship the birth of Jesus then what
17 Jesus are people worshipping? because Saint Nicholas who
18
19 324. is supposedly, the pagan representation of Jesus Birth
20 Insert ¶ #
   because Saint Nicholas allegedly lived in a crypt near Bethlehem
21 where the Nativity of Jesus is believed to have taken place and that's
22 where the Church of Saint Nicholas in Beit Jala, a Christian town
23 of which Nicholas is the patron saint. Then you have Charles
24 the Great who was crowned Emperor of Rome on December 25, 800
25 and then you also have Jesus Malverde who is a drug
26 lord and they made him a saint in the catholic church
27 located in Sinaloa, Mexico? So what Jesus is really being
28

108
Page Number

25 , represented by the church and the pagan holidays.
Insert ¶ #
Also, one of Santa's sayings is: Ho,Ho, Ho Merry Christmas
and what I see when I hear that is Horace Marriage
Christ's Massacre. which is exactly what they tried
to do; thinking that they were cheating me out of
my inheritance (that's where we are now) Horace also stands
for Ho Race. which would symbolize Babylon's Mystery
The Mother of Harlots and the abominations of the

26. Earth (Revelation 17) which is the first Bridegroom and
Insert ¶ #
Bride. then after Babylon falls comes the marriage of
the lamb. However, under this guise of treachery we
see that Hamas has hit Israel which lets us know
that all those individuals (Muslims) are the seeds of the
Serpent because if they weren't then they would have
never touched "The Holy Land". Also, they go by the name
Hamas which people will say is from Ham who is one of

37. Noah's son and that would further prove that they
Insert ¶ #
are all Canaanites and Europe Kingdoms are Cain (same.
thing because Cain was cursed and Ham's son Canaan
was cursed). Now, what people may have not known
is "Yeshua Hamashiach" means "Jesus the Messiah" so
why is Hamas proclaiming Allah and denouncing the
very God that their name stems from? Do you know
that Christmas (Santa Claus) is how they indirectly planted
the seed of pimping and hoeing to our children because

1  32ᵇ. the story of Saint Nicholas talks about him rescuing
   Insert ¶ #
2  three girls from being forced into prostitution  by dropping
3  a sack of coins through the window of their house each
4  night for three nights so their father could pay a dowry (the
5  money, goods, or estate that a woman brings to her husband
6  or his family in marriage) but that's not scripture! In
7  Genesis 24: 21-23, 24-40 ²¹And the man wondering at her
8  held his peace, to wit whether the LORD had made his

9
10  30ᵃ. journey prosperous or not. ²²And it came to pass, as
    Insert ¶ #
11  the camels had done drinking, that the man took a
12  golden earring of half a shekel weight, and two bracelets
13  for her hands of ten shekels weight of gold. ²³And said,
14  Whose daughter art thou? tell me, I pray thee: is there room
15  in thy father's house for us to lodge in? ²⁴And the damsel ran,
16  and told them of her mother's house these things. ²⁵And
17  Rebekah had a brother, and his name was Laban: and

18
19  30ᵇ. Laban ran out unto the man, unto the well. ³⁰And
20  Insert ¶ #
21  it came to pass, when he saw the earring and bracelets upon
22  his sister's hands, and when he heard the words of Rebekah
23  his sister saying, Thus spake the man unto me; that he came
24  unto the man; and behold, he stood by the camels at the
25  well. ³¹And he said, Come in, thou blessed of the LORD; wherefore
26  standest thou without? for I have prepared the house, and
27  room for the camels. ³²And the man came into the house:
28  and he ungirded his camels, and gave straw and provender

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  ²³¹ . for the camels, and water to wash his feet, and the
Insert ¶ #
2  men's feet that were with him. ³² And there was set meat
3  before him to eat: but he said, I will not eat, until I have
4  told mine errand. And he said, Speak on. ³³ And he said,
5  I am Abraham's servant. ³⁵ And the LORD, hath blessed
6  my master greatly; and he is become great: and he hath
7  given him flocks, and herds, and silver, and gold, and
8  menservants, and maidservants, and camels, and asses.

10  ³² ³⁶ And Sarah my master's wife bare a son to my master
11  Insert ¶ #
12  when she was old: and unto him hath he given all that
13  he hath. ³⁷ And my master made me swear, saying, Thou
13  shalt not take a wife to my son of the daughters of
14  the Canaanites, in whose land I dwell: ³⁸ But thou
15  shalt go unto my father's house, and to my kindred,
16  and take a wife unto my son. ³⁹ And I said unto
17  my master, Peradventure the woman will not follow
18

19  ³³ . me. ⁴⁰ And he said unto me, The LORD, before whom
20  Insert ¶ #
21  I walk, will send his angel with thee, and prosper thy way;
22  and thou shalt take a wife for my son of my kindred; and
23  of my father's house: Genesis 24:50-53 ⁵⁰ Then Laban and
24  Bethuel answered and said, The thing proceedeth from the LORD:
25  we cannot speak unto thee bad or good. ⁵¹ Behold, Rebekah is
26  before thee, take her, and go, and let her be thy master's son's
27  wife, as the LORD hath spoken. ⁵² And it came to pass, that,
28  when Abraham's servant heard their words, he worshiped

*111*

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

334. the LORD, bowing himself to the earth. (53) And the
Insert ¶ #
servant brought forth jewels of silver, and jewels of
gold, and raiment, and gave them to Rebekah: he gave
also to her brother and to her mother precious things.
*** Now that you know what the scriptures
say, you see with your own eyes that the story
of Saint Nicholas story is a perverted (twisted
truth) of God's word. However, Dowries have long
                                  stealing + ROM. >
335. histories in Europe, South Asia, Africa, and other
Insert ¶ #
parts of the world but not in United States. Middle
East still practices the Dowry system however
in India, dowry is called Dahez in Hindy, and Jahez
in Arabic, among the Islamic Community. In other
parts of India (eastern) the dowry is called Aquunnpot.
Dowry is a payment from the brides family to the
bridegroom's family upon marriage. In Pakistan,

336. the dowry is called Jahez in Arabic. Pakistan's Muslim
Insert ¶ #
make dowry an obligation in Islamic practice. In
95 percent of all marriages in Pakistan involves transfer
of a dowry from the bride's family to the groom's
family. In Afghanistan the dowry is called Jehez
It is transferred from the bride's family to the groom's
family. *** This is called PIMPING not a marriage;
A woman isn't supposed to pay a man to be married
and this is what Jesus Christ died on the cross of

112.
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

337. Calvary for, his death was for the remission
*Insert ¶ #*
of humanities sin so how can you put a price on a
person (male or female) when Christ gave his life for
ALL HUMANITY. Then to make matters worst they used
Christmas as a way to plant the seed of Harlotry/atheism.
Ho, Ho, Ho Merry Christmas seem so innocent to the
naive however then you have the question of have
you been naughty or nice? Even in some places

338. they have a person dressed up as Santa and
*Insert ¶ #*
the child goes to sit on a strangers lap just to take
a picture while their parents are talking about how
cute the child looks. What that parent doesn't know
is that subconsciously that gets programmed into a
childs mind. So, as they're growing up they remember
those moments which then confuses them when their
parents say stay away from strangers or don't accept

339. nothing from strangers. Instead of the child asking
*Insert ¶ #*
their parent why? they leave with a sense of confusion
because. Santa Claus is a ①stranger he gives good
gifts, we celebrate the ③birth of the savior during
that time, and they were allowed to ④sit on a strangers
lap to take a picture that the ⑤parent said was cute.
It's something so simple as a holiday, movie, music
video, video game, etc. that plant and water seeds of
twisted truths (lies & perversion). #1, 2, 4, & 5 all look innocent
as 1 & 2 hides in front of Christ (purity, sacrificial love, etc) the
3 & 4 hides behind Christ's ③②   Pureness of character but
                         *Page Number*
1, 2, 3 & 4 are    Civil Rights Complaint Pursuant to U.S.C. § 1983
training tactics to be prostituted whether it be on the streets,
on stage, on T.V., at a job, to get a degree, or government assistance, etc.

310. Now during Christmas season which is Winter
*Insert ¶ 8* there's a such thing as Christmastide. Its different days
of celebrations during Christmas time and here's the list:
Dec. 25- Christmas, Dec 26- St. Stephen's Day, Dec 28-
Childermas, Dec 31- New Years Eve, Jan 1 - the feast of
the circumcision of Christ or the Solemnity of Mary, Mother
of God, and The Feast of the Holy Family (date varies)
* Saint Stephen's Day is to celebrate him as the first christian

311. martyr. Saint Stephen's Day is celebrated on Dec. 25 in Armenia
*Insert ¶ 9* and Dec 26 other Christianity. His attributes are : red martyr,
stones, dalmatic, censer, miniature church, Gospel Book,
martyr's palm, orarion. He's the patron saint of:
altar servers, native american Pueblo, bricklayers; casket
makers, Cetona, Italy, deacons, headaches, horses, Breda
Belgium, masons, etc. The next holiday is Dec 28 called
Childermas (Massacre of the Innocents) this day is pertaining

312. to children *** Valentine's Day is the feast of
*Insert ¶ 8* Saint Valentine was known as a Bishop in the Roman empire
who ministered to persecuted christians. He was martyred and
his body buried on the Via Flaminia on February 14, which has
been observed as the Feast of Saint Valentine also known
as St. Valentine's Day since the eighth century. He is also a
patron saint of Terni, Italy; epilepsy, affianced couples,
against fainting, beekeepers, happy marriages, love,
mentally ill people, plagues, Lesvos (for Catholics) Lesvos

114
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

343. is also called Lesbos which is a Greek Island
*Insert ¶ #*
located in the northern Aegean Sea. The region includes
the island of Lesbos, Chios, Ikaria, Lemnos, and Samos.
A third of Lesbians live in the capital, while the remainder
are in small towns & villages. The larges are Plomari (the
southernmost on Lesbos Island & not too far from Plomari is
the church of Agios Pantekimonas with the Saint Pantaleon
who is a saint over physicians, apothecaries, midwives, livestock,

344. lottery, lottery winners and victories, lottery tickets; invoked
*Insert ¶ #*
against headaches, constipation, beasts, witchcraft, accidents
and loneliness; helpers for crying children). Kalloni is
after Plomari then Gera Villages (Gera lesbos is named after
a lesbian city called Hiera (sounds like hierarchy) that may have been
Portus Hieraeus). After Gera there's Agiasos, Eresos, and
Molyvos (the ancient Mythimna) all this falls under
Saint Valentine (Valentines Day). **** Now, let's talk

345. about names and death because this will prove a point
*Insert ¶ #*
I will make later on in the packet. The Catholic Encyclopedia
and other hagiographical (is a biography of a saint or an
ecclesiastical leader, as well as, by extension, an adulatory
and idealized biography of a preacher, priest, founder, saint,
monk, nun or icon in any world's religions (NOT the REAL
thing because this is IDOLATRY & WORSHIP OF THE DEAD).
Christian hagiographies ascribed to men and women are
canonized (declaration of a deceased person as an officially recognized

<u>115</u>
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

346. saint) by the Roman Catholic, Eastern Orthodox,
*Insert ¶ #*
Oriental Orthodox Churches, and the Church of the
East (is also called East Syriac Church, Church of Seleucia-
Ctesiphon, the Persian Church, the Assyrian Church, the
Babylonian Church, or the Nestorian Church was the
Eastern Christian Church of the East Syriac Rite based
in Mesopotamia. It was one of three major branches of Eastern
Christianity that arose from the Christological controversies of

347. the 5th & 6th centuries, alongside the Oriental Orthodox Churches
*Insert ¶ #*
and the Chalcedonian Churches (whose Eastern branch became
Eastern Orthodox Church.) Since the latter half of the 20th
century three churches in IRAQ claim the heritage of
the Church of the East. Meanwhile, the East Syriac churches
in India claim the heritage of the Church of the East
in India.) The East Syriac Churches or East Syrian
Rite also called the Edessan Rite, Assyrian Rite, Persian

348 Rite, Chaldean Rite, Nestorian Rite, Babylonian Rite
*Insert ¶ #*
or Syro-Oriental Rite is an Eastern Christian liturgical rite.
It originated in Edessa Mesopotamia however it is now
the Church of the East and established themselves in
modern-day Kerala. The Church of the East and Catholic
Church split in 431 AD through the Council of Ephesus, in
1994 the Assyrian Church Patriarch Mar Dinkha IV
and Pope John II signed a common declaration in Vatican.
The Common Christological Declaration (1994) document

116
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

349. asserted that the split that occurred due to the Council
Insert ¶#
of Ephesus in 431 was "due in large part of misunderstandings,"
affirmed for both that " CHRIST IS TRUE GOD and
TRUE MAN," then recognized "each other as sister
churches" and vowed to resolve remaining differences.
* Now returning to my explanation of hagiographes it is
when men & women are canonized as saints. The Roman Catholics,
Eastern Orthodox, Oriental Orthodox, and Church of the East

350. that canonize deceased human names as saints in the
Insert ¶#
Christian Church (this IS IDOLATRY & WITCHCRAFT) Now, the
other religions that also create and maintain hagiographical
text concerning saints, gurus and other individuals believed
to be imbued with sacred power is Buddhism, Hinduism,
Taoism, Islam, Jainism, and Sikhism (such as Sikh
Janamsakhis (biography of Guru Nanak-the founder of Sikhism
who travelled as a missionary) and went to mythical places

351. such as Mount Meru (sacred mountain of Hindu, Jain, and
Insert ¶#
Buddhist cosmology which is the center of their spiritual universe)
The last part presents him as settled in Kartarpur with his
followers. Sikh writers were competing with mythological
stories about Muhammad created by Sufi Muslim in
Medieval Punjab region of South Asia). Hagiographic works,
especially those of the Middle Ages (in the history of Europe
the middle ages lasted from the 5th to the late 15th century
while aligning with the post-classical period of global history.)

$$\frac{117}{\text{Page Number}}$$

32. The Middle Ages can incorporate a record of institutional
Insert ¶ #
and local history, and evidence of popular cults, customs,
and traditions. However, when referring to modern, non-
ecclesiastical works, the term hagiography is often used
today as a pejorative reference to biographies and
histories whose authors are perceived to be uncritical
or excessively reverential toward their subject. **
** So as you can see every saint that has been

33. canonized in these churches, religions, and other
Insert ¶ #
forms of spirituality such as occultism, paganism,
and any form of mysticism that may fall under
the above ritualism that occurs in these churches
all are very symbolic in the everyday life of humanity.
Let me explain myself to help you further understand
what I mean. In 1994, The Common Christological Declaration
was signed that affirmed that "CHRIST IS TRUE GOD and

34. TRUE MAN" due to a misunderstanding from the past.
Insert ¶ #
But when I see a title such as: The Common Christological
Declaration after seeing what's all connected to the foundation
of the parties involved I see the perversion of a sick person's
mind hidden in plain sight. I see: The cummin Crysto(Crystal)
logical) D clar "Clair is a civil parish in Madawaska County,
New Brunswick, Canada. The parish has bodies of water at least
partly in the parish: Saint John River and Thompson Lake. Saint
John River (Bay of Fundy is a bay between Canadian provinces of

355 . of New Brunswick and Nova Scotia, with a small portion
Insert ¶ ii
touching the U.S. State of Maine. It is an arm of the
Gulf of Maine. The River Sources are ① Big Salmon River,
② The Magaguadavic River is known as the "River of Eels" once you translate
the words "Malisect/Passamaquddy. Passamaquddy had an oral
history supported with visual imagery. This indian tribe has been
forced off their original lands from the 1800s. They have lived on
off reservation trust funds in Five Maine counties such as ③ Somerset

356. County, Franklin County ② (the county seat of Farmington old territory of
Insert ¶ ii
the Canibas tribe of Abenaki Indians a group from Topsham. The
town border the towns of Industry, New Sharon, Chesterville,
Wilton, Temple, Strong, and New Vineyard. Franklin County
sites of Interest is Gname acre and Hiram Ramsdell House (called
the octagon house located on High and Perham street. The house was
built in 1850 by mason Cyrus Ramsdell). Franklin County was
named after Benjamin Franklin. The county high point is Sugarloaf

357. Mountain which is the 3rd mountain with the highest peak after
Insert ¶ ii
Katahdin's Baxter and Hamlin Peaks. Sugarloaf is south by Spaulding
Mountain & Sugarloaf mountain is in Carrabassett Valley
where Crocker mountain is as well (The Appalachian Trail
crosses the western side of the town, climbing the slopes
of Sugarloaf Mountain and the summit of Crocker
Mountain). ③ Hancock County was named after John
Hancock. In Hancock County they have Cadillac Mountain
which is located on Desert Island ① ④ Penobscot County

119

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

358 . and ⑫ Charlotte County which was named after Queen Charlotte.
Insert ¶ 11
These were the Five counties that the Passamaquoddy Indians
lived in Maine . Returning to the Magaguadavic River in
York County here's what I find in York County Saint John
River and the Southwest Miramichi River (this river has it's
origin in Carleton County. Under Miramichi you'll find the
Tributaries on which you will see Cains River which then flows
through Crown land that is territorial area belonging to the monarch

359 . of who has the Crown. Crown land provides the country
Insert ¶ 11
and the provinces with the majority of their profits from
natural resources. In province Alberta, Crown land, also
called public land is territory registered in the name of "His
Majesty the King in right of Alberta (Charles III). Alberta,
Canada has the Rocky Mountains which was the home to
the indigenous people such as Indian tribes. Rocky Mountains
have lake of the Woods. Lots of Woods also have Islands

360 . and I will name a few: Copeland Island aka Camp
Insert ¶ 11
Stephens, Brush Island, Chapel Island, Magnusons
Island site of the restored Fort St. Charles, Massacre
Island, Ontario which is marked by a large wooden cross
in the middle of the Island. In Australia, The
Crown land is Victoria which is governed by Charles VI.
★Now, returning back to Saint John River (Bay of Fundy)
is a part of the border between New Brunswick and
Maine. New Brunswick Settlements are ① Edmundston

Civil Rights Complaint Pursuant to U.S.C. § 1983

361. which is a city in Madawoska County, New Brunswick, Canada. In 1851 it was named Edmundston after Sir Edmund Walker Head who was Lieutenant Governor of New Brunswick, under the monarch of Victoria. In 1857 he was Privy Councillor and 1860 he was Knight Commander of the Order of the Bath. ② Saint John is a seaport city located on the Bay of Fundy in the province of New Brunswick, Canada. It is Canada's

362. oldest incorporated city, established by royal charter on May 18, 1785 during the reign of George III. The Reversing Falls are a series of rapids on the Saint John River located in Saint John, New Brunswick, Canada. This city is named after Saint John the Baptist who was canonized by the Dicastery for the Causes of Saints.) *** Returning to The Common Christological Declaration so I can get to my point about ritualism, occultism, paganism,

363. and mysticalism. The Common Christological Declaration or my view of their hidden perversion The Common Crysto (crystal) + Logical + D + Clair + ation = The seeming crystal mind deceived clear action, The coming Christ mind did clear action, or The coming Christ mind deception (devils agenda to keep Kingdom). All this was to show how the Church has raised up all these false gods to use in the form of witchcraft in order to attempt to deceive the people about Christ Jesus being the true messiah. The worship

Civil Rights Complaint Pursuant to U.S.C. § 1983

34. of the dead being witchcraft and the names of the
individual who is canonized as a Saint comes with certain
attributes and are the saints over certain categories, so
whoever is born under that name is controlled by the
church (Roman Catholic) in their attempt to keep the Kingdom.
The witchcraft is systematic (digital because the universe
is the abode of Satan and his demons) Ephesians 2:2-5
Wherein in time past ye walked according to the course of this

35. world, according to the prince of the power of the air,
the spirit that now worketh in the children of disobedience
Among whom also we all had our conversation in times
past in the lusts of our flesh, fulfilling the desires of
the flesh and of the mind; and were by nature
the children of wrath, even as others ④But God
who is rich in mercy, for his great love wherewith
he loved us, ⑤Even when we were dead in sins,

36. hath quickened us together with Christ, (by
grace ye are saved). ✱ The prince of the air is
a spirit that is contrary to the Holy Spirit. The
Holy Spirit is a teacher, comforter, friend, is gentle, etc
but that other spirit is controlling, misleading,
deceptive, subtle, manipulative, etc. The Holy Spirit
does not have to use technology, science, astrology,
tarot cards, etc. to direct humanity and the Holy
Spirit is a revealer of ALL truths. However, the

182

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  367. prince of the air is using the same trick that
2  the serpent used in the garden. #1 Sound, #2 Twisting the
3  Word #3 driving people into enslavement to his lies while
4  driving people away from the presence of God. Let me
5  show you what I mean with four words that will
6  #1. sound similar but not the same  #2 twist the words
7  #3 one pair will be on a higher level because God is in
8  it and the other pair will be on a lower frequency level

10  368. even though you can use both words in unlimited ways.
11  Here's the 1st pair of words: Vows and Covenant
12  Here's the 2nd pair of words: Vowels and Consonant
13  Pair #1 moves on a higher frequency because God is the
14  WORD John 1:1 - In the beginning was the Word, and the
15  Word was with God, and the Word was God. John 1:14
16  And the Word was made flesh, and dwelt among us,
17  (and we beheld his glory, the glory as of the only begotten

19  369. of the Father,) full of grace and truth) since God
20  is the Word that means that Vows represent 2 people
21  promise to each other to become 1 in their Covenant
22  with God (2 becoming 1) which is Unity. Pair #2
23  moves on a lower frequency because SPELLING is the
24  Word. Vowels is the pronunciation that is the sound
25  of the letter and Consonant is the agreement between
26  the letters in order to define the word. However you
27  must spell the words correctly in order to get an understanding.
28

Ex: NUN = a female
     NUN = a male monk
     none = Nothing
     Si = yes
     see = look
     Sea = water

* Do you see how easy it was
to change vows and consonants
to get different words & results ???

* God's Word stays the same with Power
unless man use Gods word to manipulate
the hearts of humanity

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

123

370. Finally, to wrap up Valentines Day because its paganism
Insert ¶ #
I like to say Loving somebody isn't 1 time a year. Love
takes work because in order to Love, you have to spend
time with God. Love cannot be bought (not real love)!
However, Love can be sacrificial not destructive. John 3:16-
For God so LOVED the world that he gave His only begotten
son that whosoever believeth in Him should not perish
but have everlasting life. 1 Peter 4:8 -And above all

371. things have fervent charity among yourselves: for
Insert ¶ #
charity shall cover the multitude of sins. 1 Peter 4:9-
be hospitality one to another without grudging.
Romans 5:5 And hope maketh not ashamed; because
the love of God is shed abroad in our hearts by
the Holy Ghost which is given unto us. Proverbs 13:12-
Hope deferred maketh the heart sick: but when
the desire cometh, it is a tree of life. 1 Corinthians 11:3-

372. But I would have you know, that the head of every
Insert ¶ #
man is CHRIST, and the head of the woman is the
man; and the head of Christ is God. ** Basically,
Valentines Day is a day of idol worship even though
we celebrate our loved ones. But in all reality on Valentines
Day we are actually celebrating St Valentine and what he(they) stood
for which was epilepsy, Lesvos(lesbians), mentally ill people, plagues,
and everything else I placed under this category. In fact, this
goes for every holiday, church, and religion that has saints (idols).
Romans 1:25 who changed the truth of God into a lie, and worshipped and
served the creature more than the Page Number Creator, who is blessed for ever Amen.

Civil Rights Complaint Pursuant to U.S.C. § 1983

124

**✳ Is Easter about Jesus or Ishtar?**

373. ✳**Easter** "The Celebration of the Resurrection of Jesus Christ"
*Insert ¶ #*
Easter, also called Pascha or Resurrection Sunday, is
a Christian Festival and cultural holiday commemorating
the resurrection of Jesus from the dead, described
in the New Testament as having occurred on the third
day of his burial following his crucifixion by the Romans
at Calvary c. 30 AD. It is the culmination of the Passion
of Jesus Christ, preceded by Lent (or Great Lent), a 40d

374. period of fasting, pray, and penance. Celebrations consist
*Insert ¶ #*
of church services, festive family meals, Egg decoration/egg
hunt, and gift-giving. Easter is related to Passover (Jewish
holiday that celebrates the Biblical story of the Israelites escape
from slavery in Egypt.), Septuagesima, Sexagesima, Quinquagesima,
Shrove Tuesday, Ash Wednesday, Clean Monday, Lent, Great
Lent, Palm Sunday, Holy Week, Maundy Thursday, Good
Friday, and Holy Saturday which leads up to Easter, and

375. Divine Mercy Sunday, Ascension, Pentecost, Trinity Sunday,
*Insert ¶ #*
Corpus Christi (day of the Most Holy Body and Blood of
Christ), and finally Feast of the Sacred Heart which
follow it. The Easter Bunny was first mentioned in Georg Franck
von Franckenaus De ovis paschalibus (About Easter eggs)
in 1682 referring to a German tradition of an Easter
hair bringing eggs for the children. In ancient times, people
believed the hair was a hermaphrodite (both sexes)(Easter Bunny).
Easter eggs symbolize the empty tomb of Jesus, from which

125
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  376. Jesus was resurrected because people saw eggs as a

*Insert ¶ #*

2  traditional symbol of fertility and rebirth. The christian

3  church officially adopted the custom, regarding the eggs as

4  a symbol of the resurrection of Jesus, with the Roman Ritual,

5  the first edition of which was published in 1610 but which

6  has texts of much older date, containing among the Easter

7  Blessings of Food, one for eggs, along with those for lamb,

8  bread, and new produce. In 1874 German philologist

9  377

10  ~~377~~. Adolf Holtzmann stated "The Easter Hare (Bunny) is

*Insert ¶ #*

11  vnintelligle to me, but probably the hare was the sacred

12  animal of Ostara the goddess. In 1961 Christina Hole

13  wrote, "The hare was the sacred beast of Eostre (or Eastre) a

14  Saxon goddess of Spring and of the dawn. Ostara and

15  Eostre are the same, and theories tried connecting Eostre

16  with re ____ of Germanic Easter customs, including hares

17  and eggs however Eostre/Ostara are venerated in some

18

19  378. forms of Germanic neopaganism. ✱✱✱ Ishtar?

20  *Insert ¶ #*

21  Ishtar Terra is the second largest of the three continental

22  terrae regions on the planet Venus, the others being

23  Aphrodite Terra and Lada Terra. Ishtar is a highland

24  region named after the Akkadian goddess Ishtar (the

25  Akkadian Empire was the first ancient empire of

26  Mesopotamia, succeeding the long-lived civilization of

27  Sumer (earliest known civilization of Mesopotamia (now suth-central

28  Iraq). Ishtar also known as Inanna is the Mesopotamia goddess

379. of love, war, and fertility. She is also associated with
**Insert ¶ #**
beauty, sex, divine law, and political power. Her title was
"The Queen of Heaven. Her planet is Venus, a few of her
cult centers are Uruk, Agade, & Nineveh; her abode is
heaven, and her symbols are hook-shaped knot of reeds,
eight-painted star, lion, rosette, dove. Individuals who went
against the traditional gender binary (male/female) were heavily
involved in the cult of Ishtar(Inanna). During Sumerian

380. times, a set of priests known as gala worked in Inanna's
**Insert ¶ #**
temples, where they performed elegies and lamentations.
Men who became gala sometimes adopted female names.
Some Sumerian proverbs seem to suggest that gala had
a reputation for engaging in anal sex with men. During
the Akkadian period servants of Ishtar dressed in female
clothing and performed war dances in Ishtar's temples.
Several of the Akkadian proverbs suggests that

381. they may have also had homosexual proclivities.
**Insert ¶ #**
In another Akkadian hymn, Ishtar is described as
transforming man to women. With all this being
said, Easter/Inanna is another false religion
with pagan gods that hid behind Jesus Christ
so they could still the glory. Plus, all these different
seasons/holidays are false prophets who represent
witchcraft but haven't came out and told the truth about
themselves in order to validate their insecurity now to finally

127
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

332. finalize this topic on Easter paganism and
Insert ¶ # Ishtar by saying "The cult of Ishtar was long
thought to have "involved "sacred prostitution", "temple
prostitution", "cult prostitution", and "religious prostitution"
which are purported rites consisting of paid intercourse
performed in the context of religious worship. In Ancient
East these ceremonies were a part of the regions of
Sumer for the goddess Ishtar, Babylonia for the

333. goddess Aphrodite. The terms associated with
Insert ¶ # "Temple Prostitution" is : Abbess, Priestess, NUN, Hierodule
Priestess, Cult Prostitute, A Class of Women, and Prostitute.
The Hittites practiced sacred prostitution as a part of a
cult of _____, including the worship of a mated pair
of deities, a bull god (My opinion Baphomet) and a lion
goddess, the mother goddess became prominent, representing
fertility, and (in Phoenicia) the goddess who presided over

334. human birth. Venus was a temple of temple prostitution
Insert ¶ # in Rome during the 4th century when Emperor Constantine
closed down her temples. In India (Devadasis) are temple
priestess/prostitutes. In Japan "Miko" is a young priestess
also known as a shrine maiden (prostitute). In Maya (southern
Mexico, Guatemala, and Northern Belize) they had several phallic (
relating to a penis) religious cult possibly including homosexual
temple prostitution. In Aztec (now central & southern Mexico)
they had prostitutes (pleasure girls). In Inca civilization

128
Page Number

385. , which is South America countries (Peru, Bolivia, Ecuador, *Insert ¶ #* Colombia, and Argentina) they dedicated young boys as temple prostitutes. The boys were dressed in girl clothing (transsexual/Dionysus behavior). The chiefs and head men would have ritual sexual intercourse with them during religious ceremonies and on holy days. Some people even use sex magic which is sexual activity used for witchcraft purposes (gotta be careful because you don't know people true motives. ✴ In South Asia, Hijra

386. are eunuchs, intersex people, or transgender people who live *Insert ¶ #* in communities that follow a kinship system called guru-chela-system (this is the Indian subcontinent). In Pakistani, they are known as Khawaja sira. In the Islamic spirituality they respect the term Khawaja sira for transgender. India, Pakistan, and Bangladesh have a limited protection for such individuals. ✴✴✴ Wow, do you see the Harlotry of the System that's been governing humanity? These holidays, systems, and religions

381. are ridiculous for prostituting the church for their own *Insert ¶ #* Lustful desires and self gain. JESUS CHRIST OF NAZARETH is the ONE &ONLY TRUE LIVING GOD. It's time these people stop pretending to be GOD'S (HOSEN because humanity is broken and in need of some healing but WHO & WHAT BROKE US CANNOT HEAL US and it's time they stop pretending like they can as they make money on our down falls that they caused. #REAL TALK! YOU'RE FORGIVEN but NOW YOU MUST STOP PLAYING GOD! 129

Page Number

## Saint Patrick's Day!!

1  388. Saint Patrick was a fifth-century Romano-British
2  *Insert ¶ #*
   Christian missionary and bishop in Ireland. Known as
3  the "Apostle of Ireland," he is the primary patron saint
4  of Ireland; the other patron saints being Brigid of
5  Kildare and Columba. Patrick wasn't canonized however
6  he is venerated as a saint in the Catholic Church, the
7  Lutheran Church, the Church of Ireland (part of the
8  Anglican Communion), and in the Eastern Orthodox
9
10  389. Church, where he is regarded as equal to the apostles
11  *Insert ¶ #*
    and Enlightener of Ireland. ~~XXX~~ Saint Patrick was
12  born in Roman or sub-Roman Britain then he died in Ireland.
13  His attributes are: crozier, mitre, holding a shamrock, carrying
14  a cross, repelling serpents, harp. St Patrick is the patronage
15  saint of Ireland, Nigeria, Montserrat (it is nicknamed The
16  Emerald Isle of the Caribbean" both for its resemblance to
17  coastal Ireland and for the Irish ancestry of many of
18
19  390. its inhabitants) Montserrat's Anthem is "God save the
20  *Insert ¶ #*
    King" and their national song is "Motherland". The capital
21  of Montserrat is Plymouth which is a ghost town. Plymouth
22  motto is: "God save the Queen" Due to Plymouth being the capital
23  and a ghost town, there's a new capital under construction
24  at Little Bay, with nearby Brades serving as the capital for
25  the time being. After the establishment of the first European
26  colony on the island in 1632, St Anthony's Church was established
27  in Plymouth in 1636 (this St Anthony's isn't Catholic) however
28

<u>130</u>
Page Number

391. Anthony Brisket was an Irish man who went to England to get money to build an Anglican church. The church was built several times due to earthquakes and hurricanes and as of 2024, the church is buried deep in the ash. * Little Bay is a port town under construction to be the future capital of the Island of Montserrat. * Brades has been the capital on Montserrat since 1998 with an approximate population of 1,000 people and the majority are Black * The Witchery

Insert ¶ #

392. about Montserrat is that it's Motto is "God Save the King" as an anthem and the national song is "Motherland" but when you go to Plymouth (the original capital) it is a ghost town with the Motto "God save the Queen" and its nickname is: The Emerald Isle of the Caribbean". Now in Plymouth, the ghost town is also where St Anthony's the Anglican church is buried under ash. On September 17, 1989 hurricane Hugo struck Montserrat destroyed a 130-foot

Insert ¶ #

393. stone jetty in Plymouth's harbour, and destroyed many other buildings. After the hurricane in 1989, Montserrat was hit by volcanic eruptions in 1995 which caused ash to fall across a wide area of Plymouth * Now, let me break this down. Montserrat is governed by the United Kingdom however its in the caribbean sea near Venezuela, Puerto Rico, (U.S) Dominican Republic, Haiti, Jamaica & Cuba before reaching the United States. So, on August 26, 1988 I was born in Compton CA (mind you there is a Compton Surrey England). Also, I was born at Dominguez Hospital in Compton CA.

Insert ¶ #

Civil Rights Complaint Pursuant to U.S.C. § 1983

394. On September 17, 1989 (the year of my birth) my partner
*Insert ¶ #*
who has Dominican in his bloodline turned 9 years old, this
is also the same day that Plymouth the capital of Montserrat
got hit by hurricane hugo. Montserrat Motto is "God Save
the King," the national anthem is "Motherland", and Plymouth's
motto is "God save the Queen" and its nickname is "Emerald
Isle of the Caribbean." Basically, the U.K. governs Monserrat
however their anthem is Motherland when we all know that

395. Africa is the "REAL MOTHER LAND" so this sounds like
*Insert ¶ #*
Somebody is trying to pretend to be who they are not. This
is located in the Caribbean Sea meaning CA+RIB+BEAN
which means the false Mother has displaced the title
matter from its true foundation and placed it upon herself; this
also reflects the church being in ROME instead of in Israel.
Also, this shows the world being turned in the wrong direction
because its backwards, the backwardness seemed beneficial

396. for many such as White, Hispanic, Indian, & Chinese, etc
*Insert ¶ #*
however in reality, even though it was designed to affect,
confuse, & misdirect the blacks; all it did was change the whole
world from the foundation of truths into a perverted lie (that's
why everybody else was able to cheat in attempt to steal
the inheritance because they knew more about the Blacks
history than the blacks did, due to alot of deception). In fact,
to prove this claim from this topic; I'd like to add that
after Plymouth got hit by hurricane (Hurry Cane) Hugo

1  397. its 180-foot stone jetty fell into Plymouth's harbour
2  *Insert ¶ ii* and destroyed other buildings and became a ghost town.
3  This kind resemble how God destroyed the tower of Babel, changed
4  their languages (which you see 3 languages), and scattered them
5  throughout the earth. *Now, remember that St Anthony's
6  Church (none catholicism) was planted in Plymouth in 1630
7  by an Irish man named Anthony Brisket. However, right before
8  1636, in the year 1619 the term "computer" was used to define a
9
10  398. person who knew how to calculate or keep books.
11  *Insert ¶ ii* Then, fasting forward to 1636, add 140 years that will
12  then lead us to the year 1776 which is when they broke
13  away from King George III. So, basically what I got from
14  this knowledge is that it was premeditated prior to the Blacks
15  arrival in America in 1776 (now that's just my assumption).
16  The calculations do add up pertaining to my assumption due
17  to the fact that in the 1500's there was a line of separation
18
19  399. drawn in the Catholic church due to claims of the misuse
20  *Insert ¶ ii* of power while leading the members to believe that they can
21  pay to receive a lesser penalty. This is what brought upon
22  the church dividing and the Protestants going their
23  own way especially because they don't believe in the pope
24  playing the middle man, as if the Pope is God. The only
25  issue with this whole situation is that this goes to show
26  that the Catholic Church DID NOT accept the church people
27  wanting to separate because He had his own evil
28

/33
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

400. agenda in mind. Technically, the Roman Catholic's agenda
Insert ¶ #
was to overtake humanity, conquer the lands, place his
and other people in positions that surround who he
considers as outsiders. So, the only way to get away
from here is to face the process of the journey that
fulfills Biblical prophecy. This is why the end time battle
comes to play because the sorcery of the Roman Catholics.
In fact, right now we see the truth unfolding before

401. our eyes every day. What we see right now is the
Insert ¶ #
end time battle, the antichrist deceiving the entire
world, and a fight to overcome the deception at hand
Even, when you go to Revelation 12:1-6 it says: And there
appeared a great wonder in heaven; a woman clothed with
the sun, and the moon under her feet, and upon her head
a crown of twelve stars: and she being with child cried,
travailing in birth, and pained to be delivered. ③And there

402. appeared another wonder in heaven; and behold a
Insert ¶ #
great red dragon, having seven heads and ten horns, and
seven crowns upon his heads. ④And his tail drew the
third part of the stars of heaven, and did cast them to the
earth: and the dragon stood before the woman which was ready
to be delivered, for to devour her child as soon as it was born.
⑤And she brought forth a man child, who was to rule all
nations with a rod of iron: and her child was caught up
unto God, and to his throne. ⑥And the woman fled into

134
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

403. the wilderness, where she hath a place, prepared of God, that they should feed her there a thousand two hundred and threescore days. ** As you can see, they attempted to create a false version of Revelation by placing people in positions that would adhere to their agenda, cause the world to believe that other women were that great wonder in heaven (stealing worship again by falsifying identities) and that the true person was the red dragon. To break

404. it down using religion is you had people who were working for the red dragon (systematically) that worked to get rid of the black protestant church, to steal the inheritance, and to attack Israel. Roman Catholics used sorcery, the bible, etc. in order to attempt to be that woman however the results (fruit) that came from such evil has only been lack, perversion, drugs, violence, & pride. The reason this is so is because you know a tree by its

405. Fruit. The fruit that came forth has been demonic, mind controlling & deceptive, etc. With all this being said, open your eyes and see the truth so that we know it was only by God that turned this whole situation around. Also, must I add that while they were pretending to be me, they were destroying the land as well while blackmailing me.

The Living WORD vs Hypnosis Twisted Truth

1  406. Genesis 2:18-25 ⑱And the LORD God said, It is not good
2  Insert ¶ #   that the man should be alone; I will make him an help
3  meet for him. ⑲And out of the ground the LORD God
4  formed every beast of the field, and every fowl of the
5  air; and brought them unto Adam to see what he would
6  call them: and whatsoever Adam called every living
7  creature, that was the name thereof. ⑳And Adam gave
8  names to all cattle, and to the fowl of the air, and
9
10  407. to every beast of the field; but for Adam there
11  Insert ¶ #   was not found an help meet for him ㉑And the LORD
12  God caused a deep sleep to fall upon Adam, and he
13  slept: and he took one of his ribs, and closed up
14  the flesh instead thereof: ㉒ and the rib, which the
15  LORD God had taken from man, made he a woman,
16  and brought her unto the man. ㉓And Adam said,
17  This is now bone of my bones, and flesh of my flesh:
18
19  408. She shall be called Woman, because she was taken out
20  Insert ¶ #   of Man. ㉔Therefore shall a man leave his father and
21  his mother, and shall cleave unto his wife: and they
22  shall be one flesh. ㉕ And they were both naked, the
23  man and his wife, and were not ashamed.
24  * EXPLANATION
25
26  Genesis 2:18 The LORD said it wasn't good for the man to be alone,
27  so he decided to make him a partner.(Amos 3:3 Can two walk together
28  except they be agreed?) Then God formed animal out of the ground

| 36
Page Number

409. (just like he did when he took the dust of the ground to create
Insert ¶ 9

Adam but there was one thing God didn't do to the animals like he
did to Adam and that was to breathe the breath of life within
them; so that is why he had Adam name the animals which
made the animals subject to Adam's authority) Once Adam was
done naming the animals the LORD still acknowledged that
there was not a help meet (partner) for Adam which means
that the animals are not his help meet because they are

410. on a lower level than the stance of Adam's authority.
Insert ¶ 8

That's when the LORD caused a deep sleep to fall upon Adam,
and he slept; and he took one of his ribs, and closed up the
flesh instead thereof (Genesis 2:21). * Now let me break down
this verse real quick: the LORD caused a deep sleep to fall upon
Adam... this saying is speaking on a physical form of sleep
which can be manifested in subconscious ways like as a trance.
Trances manifest in the form of mysticism which entails a direct

411. connection, communication and communion with the divine;
Insert ¶ 8

yoga, sufism, shaman, umbanda, crazy horse, etc are different
groups that use mysticism which alters the subconscious mind.
In the military there's a such thing as "battle trance" that's a
mental state when combatants do not feel fear and pain,
they lose their identity and acquire a collective identity.
You also have hypnotherapy which is a type of mind-body
intervention. Hypnosis is used to create a state of focused attention
and increased suggestibility in the treatment of a medical or

412 . psychological disorder or concern. Next, the word Trance
Insert ¶ #
in American Christianity relates to power or presence, or the
indwelling of God, or Christ, or the spirits. In the 18th
century the Anglo-American Protestants awakening, brought about
the psychology of religion, which consists of the application of
psychological methods and interpretive frameworks to the diverse
contents of religious traditions as well as to both religious and
irreligious individuals. Some of these experiences consist of

413 . uncontrolled bodily movements (fits, convulsions, catalepsy);
Insert ¶ #
spontaneous vocalizations (crying out, shouting, speaking in tongues);
unusual sensory experiences (trances, visions, voices, clairvoyance,
out-of-body experiences); and alterations of consciousness
and/or memory (dreams, mesmeric trance, mediumistic trance,
hypnosis, possession, alternating personality. Trance like
states are often interpreted as religious ecstasy or visions.
Some of the techniques vary from prayer, religious rituals,

414 . meditation, breathwork, physical exercise, sexual intercourse
Insert ¶ #
MUSIC, DANCING, sweating, fasting, thirsting, and the
consumption of psychotropic drugs such as cannabis.
Sensory modality is the channel or conduit for the induction
of the trance. Benevolent, neutral, and malevolent
trances may be induced by different methods: (A) Auditory:
driving through the sense of hearing by chanting, auditory
storytelling, overtone singing, drumming, music, etc.
(B) Disciplines: Meditation, Yoga, etc. (C) Gustatory:

415. driving through the sense of taste, and indigestion;
*Insert ¶ #*
including starvation, herbs, hallucinogens, and drugs.
(D) Kinesthetic: driving through the sense of feeling
and movement. (E) Miscellaneously: traumatic accident,
sleep deprivation, nitrogen narcosis (deep diving), fever,
by the use of a sensory deprivation tank or mind-control
techniques, hypnosis, meditation, prayer, etc. (F) Naturally
occurring: dreams, lucid dreams, euphoria, ecstasy, psychosis

416. as well as purported premonitions, out-of-body experiences,
*Insert ¶ #*
and channeling. (G) Olfactory: driving via scent through the
sense of smell by perfume, pheromones, incense, flowers,
pollen, indeed any scent for which we have an association or
memory, etc; (H) Photic or Visual: driving through the sense of
sight by yantra, visual story telling, mandala, cinema, theater,
art, architecture, beauty, strobe lights, form constants, symmetry.
(I) AUDITORY | Driving and AUDITORY art: Charles Tart

417. provides the definition of auditory driving as being the
*Insert ¶ #*
induction of trance through the sense of hearing. this process
is known as ENTRAINMENT (Brainwave entrainment refers to the
observation that brainwaves will naturally synchronize to the
rhythm of periodic external stimuli, such as flickering lights,
speech, music, or tactile stimuli. As different conscious states
can be associated with different dominate brainwave frequencies
it is hypothesized that brainwave entrainment might induce a desired state.)
Back to auditory driving and auditory art; it says the usage

139

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

418. of repetitive rhythms to induce trance states is an ancient
Insert ¶ ii
phenomenon. Throughout the world, shamanistic practitioners (the
word shamanism derives from the Russian word samán, which
itself comes from the word samân from a Tungusic language that is
spoken by Tungusic people who are native to Siberia, China, and Mongolia.
The Tungusic people are categorized under Southern Tungusic
and Northern Tungusic; both of these categories have sub-categories.
When you look up southeastern Tungusic there's a group called

419. Nanai Group. Nanai also means "NaNa" (Nana is the
Insert ¶ ii
nickname my mother called me). In the southeastern
Tungusic peoples they also have under the Nanai (Gold, Goldi (which
are one of the ethnic groups within the people's republic of China and
the Russian federation) & Hezhen) after this group comes (Akani meaning
brother, Birar which is a village in India, & finally the last word
is samagir). The last group in southeastern Tungusic is the Amur
group which divides into Upper Amur, Central Amur, and

420. Lower Amur. Ⓐ Upper Amur has the right-bank Amur (a
Insert ¶ ii
river), Sungari meaning SUGAR (a river), and Bikin (Usuri
in which Bikin (Usuri) means the ceremony (Usuri) (a river).
Ⓑ Next group is Central Amur which has Sakachi-Alyan (also called
Sikachi-Alyan & is a small Nanai village in Russia), Naykhin (he is
of standard Nanai but not identical) Naykhin is a city in Russia, and
Dzhuen (a city in Russia). Finally, we have Lower Amur has
Bolon (a lake), Ekon, and Gorin (a river in Russia). The
Amur River is the Tenth largest river in the world and it's

140

Page Number

421. nickname is Black Dragon River. This Amur River also
Insert ¶ #
was a political body called the "Amur River Society" or the "Black
Dragon Society." This society was founded in Japan in 1901.
During the Russo-Japanese War, annexation of Korea, and Siberian Intervention,
the Imperial Japanese Army made use of Black Dragon Society for
espionage, sabotage, and assassination. The Black Dragons waged
a very successful psychological warfare campaign in conjunction
with the Japanese military, spreading disinformation and propaganda

422. throughout the region (seems as if this is another repeat when
Insert ¶ #
it comes to China and the industries propaganda and disinfortion that's
being spewed out through mainstream media). Methods of psychological
warfare consists of: Demoralization, Propaganda radio stations,
Renaming cities and other places when captured, such as the
renaming of Saigon to Ho Chi Minh City after communist
victory in the Vietnam War (*This is how people have taken other
peoples land and labeled it their own), false flag events (this is

423. an act committed with the intent of disguising the actual source
Insert ¶ #
of responsibility and pinning blame on another party), terrorism
the threat of chemical weapons (this would be chem trails,
drugs, etc in today's time), Information Warfare (fake news,
social media information, reality shows, television, etc is promoting
a lot of false Information). According to Daniel Lerner who was
in the Office of Strategic Services; most of these techniques were
developed during World World II or earlier, and have been used
to some degree in every conflict since. Lerner also divided the

141
Page Number



424. psychological warfare operations into three categories, which are:
Insert ¶ #
White propaganda (omissions and emphasis): Truthful and not
strongly biased, where the source of information is acknowledged.
Gray propaganda (omissions, emphasis, and mixed ethical religious
bias): Largely truthful, containing no information that can be
proven wrong; the source is not identified. Black propaganda
(commissions of falsification): Inherently deceitful, information
given in the product is attributed to a source that was not

425. responsible for its creation. * Now that we understand
Insert ¶ #
psychological warfare let me explain Black Dragon's influence
after being disbanded in 1946. The Black Dragon Society was
reconstituted in 1961 by Omori Sogen as the Black Dragon
Club. Their influence in United States came through the Ethiopian
Pacific Movement and the Peace Movement of Ethiopia (Both African-
American black nationalist organizations) claimed they were affiliated
with the Black Dragon Society. As a part of their effort to support

426. such organizations, the Black Dragon Society sent an agent,
Insert ¶ #
Satokata  Takahashi  (Sounds similar to Tekeshi 69 Who was labeled a
snitch for telling, and getting out of jail), to promote pan-Asianism
and claim that Japan would treat them as racial equals. Satokata
Takahashi became a patron of Noble Drew Ali and the Moorish
Science Temple of America, Elijah Muhammed and the Nation
of Islam, as well as the Pacific Movement of the Eastern World.

# IV. STATEMENT OF FACTS

*(Explain what happened in your own words. You do not have to cite legal authority in this section. Be specific about names, dates, and places. Explain what each Defendant did. Remember to number every paragraph.)*

927. Genesis 1:1. In the beginning God created the heaven and the earth. John 1:1 - In the beginning was the Word, and the Word was with God, and the Word was God. Genesis 1:3 - And God said, let there be light: and there was light. Genesis 1:6 - And God said, let there be a firmament in the midst of the waters, and let it divide the waters from the waters. Genesis 1:9 - And God said, Let the waters under the heaven be gathered

928. together unto one place, and let the dry land appear: and it was so. Genesis 1:14 - And God said, let there be lights in the firmament of the heaven to divide the day from the night; and let them be for signs, and for seasons, and for days, and years: Genesis 1:20 - And God said, Let the waters bring forth abundantly the moving creature that hath life, and fowl that may fly above the earth in

929. the open firmament of heaven. Genesis 1:22 - And God blessed them, saying, Be fruitful, and multiply, and fill the waters in the seas, and let fowl multiply in the earth. Genesis 1:26 - And God said, Let us make man in our image, after our likeness: and let them have dominion over the fish of the sea, and over the fowl of the air, and over the cattle, and over all the earth, and over every creeping thing that creepeth upon the earth. Genesis 1:27 - So God created man in his own image, in the image of God created

Pro Se Clinic Form                    Page Number

1  930 . be him; male and female created he them. Genesis
Insert ¶ #
2  1:28. And God blessed them, and God said unto them, Be
3  fruitful, and multiply, and replenish the earth, and subdue
4  it, and have dominion over the fish of the sea, and over
5  the fowl of the air, and over every living thing that moveth
6  upon the earth. Genesis 2:16 - And the Lord God commanded
7  the man, saying, of every tree of the garden thou mayest
8  freely eat. Genesis 2:17 - But of the tree of the knowledge
9

10  931 . of good and evil, thou shalt not eat of it: for in the
Insert ¶ #
11  day that thou eatest thereof thou shalt surely die.
12  *** Lets explain what I take from these scriptures ***
13  Starting with Genesis 1:1 and John 1:1, these two scriptures
14  to me Are the foundation of perversion when it comes to
15  the worlds system. See in Genesis 1:1 it says In the beginning
16  God created the heaven and the earth then in John 1:1 it says
17  In the beginning was the Word, and the Word was with God.
18

19  932 . And the Word was God. The perversion snuck in because
Insert ¶ #
20  in the worlds system they twisted up the origin, purity, and
21  likeness of Gods Word in order to redefine the heaven and
22  earth. The backwardness comes in because the world puts
23  the heaven and earth before they put the Word which
24  is God. However, at the beginning of the Book it states in
25  Genesis 1:1 that God created the heaven and the earth. Then,
26  it goes to Genesis 1:3. and begins by saying God said... Now,
27  when you go to John 1:1 it says : In the beginning was the
28  Word, and the Word was with God, and the Word was God.

933. So if in Genesis 1:1 it says God created the heaven and
*Insert ¶ #*
the earth; that is basically explaining that God visualized
what He was going to create. Genesis 1:3 And God said, Let there
be light: and there was light. This scripture is God teaching
us the power of words (God said, Let there be: and there was).
That's an example of the supernatural being manifested
into the natural realm. In other words, let's basically
say that is sound and movement. ✳ This is why music,

933. movies, dances, etc. can easily go from something
*Insert ¶ #*
that started off innocent and then become something
perverted. It's all about the vision (perception) of the
individual that is creating the art. Whatever visual the
artist or creator had in mind while creating will be trans-
ferred to their content and whoever sees or hears that
artist's work will then either grow from it or become
destructive because of it. For example: The doctor tells

934. his/her patient that they have a sickness (remember the
*Insert ¶ #*
power of words) that's when the patient goes through a
mental shock at the doctors office and the first thing
the patient does is speak aloud what the doctor has
just said because they're questioning the doctor. However
what the patient doesn't know is by repeating the doctors
diagnosis aloud that they have just made a verbal contract
with the sickness and their body so the body begans
to manifest signs of the sickness because of their own
declaration, perception, and verbal agreement to their body for
the sickness. Proverbs 18:21 (145) *Page Number* Death and Life are in the
power of the tongue *Rights Complaint Pursuant to U.S.C. § 1983* and he that loveth
eat the fruit thereof. So its the Spirit Realm b4 the Natural Realm (to be taught later)...

The serpent stole Seed & Made them His Own through Sorcery, Education, Jobs, etc

# IV. STATEMENT OF FACTS

*(Explain what happened in your own words. You do not have to cite legal authority in this section. Be specific about names, dates, and places. Explain what each Defendant did. Remember to number every paragraph.)*

Insert ¶ # : Romans 8:28 And we know that all things work together for good to them that love God, to them who are the called according to his purpose. Matthew 11:25 At that time Jesus answered, and said, I thank thee, O Father, Lord of heaven and earth, because thou hast hid these things from the wise and prudent, and hast revealed them unto babes * Matthew 11:25 is why the Elite has always went after the children. ① Looking for the lamb and bride in order

Insert ¶ # : to pervert (twisted truth) their identity, image, and beliefs so that the Elite could rob them of their destiny. ② To steal from the youth their innocence (perversion as a weapon), creative ability from a pure form, and to rob and/or kill and God given insight, visions, or dreams (if they robbed them it was for capitalization and if they killed their gift it is to make sure nobody could see their true motive, expose their tactics, and overturn their position that was built from stolen

Insert ¶ # : power) Matthew 12:24-27 ② But when the Pharisees heard it, they said, This fellow doth not cast out devils, but by Beelzebub the prince of devils ② And Jesus knew their thoughts, and said unto them, Every kingdom divided against itself is brought to desolation, and every city or house divided against itself shall not stand ② And if Satan cast out Satan, he is divided against himself; how shall then his kingdom stand? ② And if I by Beelzebub cast out devils, by whom do your children cast them out? therefore they shall be your judges. * Matthew 12:24-27 = This passage of scripture is

1   : a revealer of multiple truths there are a few. ⑪ Beelzebub

2   *Insert ¶ #*  in Greek (G954) is beelzeboul meaning dung-god, beelzebul, a

3   name of Satan, Baal of (the) Fly, and in Hebrew (H1168) it would

4   be Baal, a Phoenician diety. (H1167) it is a master, owner (like slavery)

5   confederate (with H1285), adversary and according to (H1166) Baal means

6   to have dominion (over) wife (like pimping and hoeing). ⑫ Beelzebub

7   (Beelzebul & Ba'al) are the princes of Satan (devils/demons). Job 41:34

8   ⑪ He beholdeth all high things: he is a King over all the

9

10   __ . children of pride.* Job 41:34 is referring to Leviathan

11   *Insert ¶ #.*  as being the King over the children of pride. John 9:42-45 says

12   ⑫ Jesus said unto them, If God were your Father, ye would

13   love me: for I proceeded forth and came from God; neither

14   came I of myself, but he sent me. ⑬ Why do ye not understand

15   my speech? even because ye cannot hear my word. ⑭ Ye

16   are of your father the devil, and the lusts of your father

17   ye will do. He was a murderer from the beginning, and

18

19

20   __ . abode not in the truth, because there is no truth

21   *Insert ¶ #*  in him. When he speaketh a lie, he speaketh of his

22   own: for he is a liar, and the father of it. ⑮ And

23   because I tell you the truth, ye believe me not.

24   Genesis 3:14-16 ⑭ And the LORD God said unto the serpent, Because

25   thou hast done this, thou art cursed above all cattle, and above

26   every beast of the field; upon thy belly shalt thou go, and

27   dust shalt thou eat all the days of thy life. ⑮ And I

28   will put enmity between thee and the woman, and

1 _____: between thy seed and her seed; it shall bruise thy
2 Insert ¶ # head, and thou shalt bruise his head⑯ Unto the woman he
3 said, I will greatly multiply thy sorrow and thy conception;
4 in sorrow thou shalt bring forth children, and thy desire
5 shall be to thy husband, and he shall rule over thee.
6 Sumenary: Matthew 12:24 (paraphrased) Beelzebub the prince of devils aka Bajal
7 Usb 41:34 (paraphrased) King over the children of pride, John 8:44 (paraphrased)
8 Ye are of your father the devil, Genesis 3:14 (paraphrased) And the LORD
9
10 _____: God said unto the serpent, because thou hast done this, thou
11 Insert ¶ # art cursed above all cattle, and above every beast of the field.
12 All these passages of scripture define different identities of
13 the enemy of God (King of Kings and LORD of lords) while using different
14 names but speaking about the same spirit (ex: Beelzebub, King, Father
15 the devil, and serpent). When speaking about his seed they are
16 devils & children of pride, drug dealers (pharmaceuticals and big
17 companies, etc) and to verify this passage is talking about
18
19 _____: the people in positions to lead by example the sheep that they are
20 Insert ¶ # supposed to be watching or governing is because in Genesis 3:14 (paraphrased)
21 God told the serpent that because of what he did (which was to
22 use manipulation, deception, and perversion) a twisted truth based off of envy,
23 wrong motives, twisting words that mislead people from GOD's Real
24 Truth in order to gain control of their lives, and misrepresenting
25 the TRUE God all in the while replicating God so that the
26 people will serve the creature more than the creator)
27 that the serpent would be cursed above all the cattle
28

Civil Rights Complaint Pursuant to U.S.C. § 1983